United States District Court
Southern District of Texas
**ENTERED**
June 11, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **LIZELLE GONZALEZ,** | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. <u>7:24-cv-00132</u> |
| | § | |
| **GOCHA ALLEN RAMIREZ,** | § | JURY DEMANDED |
| **ALEXANDRIA LYNN BARRERA,** | § | |
| **STARR COUNTY, and** | § | |
| **RENE FUENTES,** | § | |
| *Defendants* | | |

### ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO FILE OMNIBUS RESPONSE TO DEFENDANTS' RULE 12 MOTIONS AND MOTION TO EXCEED WORD LIMIT

Now before the Court is Plaintiff's Unopposed Motion to File Omnibus Response to Defendants' Rule 12 Motions and Motion to Exceed Word Limit. (Dkt. 24). After considering such unopposed motion, the Court GRANTS it. It is therefore

ORDERED that Plaintiff be permitted to file an Omnibus Response to Defendants' Rule 12 motions. It is further

ORDERED that the word limit for Plaintiff's omnibus response shall be extended to 13,000 words.

SO ORDERED on this <u>  11th  </u> of June, 2024.

_____
HON. DREW B. TIPTON
UNITED STATES DISTRICT JUDGE