UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LIZELLE GONZALEZ, | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. <u>**7:24-cv-00132**</u> |
| | § | |
| GOCHA ALLEN RAMIREZ, | § | JURY DEMANDED |
| ALEXANDRIA LYNN BARRERA, | § | |
| STARR COUNTY, and | § | |
| RENE FUENTES, | § | |
| *Defendants* | | |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE EXHIBITS REFERENCED IN DEFENDANTS' MOTIONS TO DISMISS

Pending before the Court is Plaintiff's Motion to Strike Exhibits Referenced in Defendants' Motion to Dismiss. ECF. No. 28. After reviewing the Motion, the record, and the applicable law, the Court is of the opinion that it should be granted.

It is SO ORDERED.

Signed this ____ day of _____, 2024.

                                                  _____
                                                  **DREW B. TIPTON**
                                                  **UNITED STATES DISTRICT JUDGE**