UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| LIZELLE GONZALEZ, § | |
| *Plaintiff* § | |
| § | |
| v. § | CIVIL ACTION NO: 7:24-CV-00132 |
| § | |
| GOCHA ALLEN RAMIREZ, et al., § | JURY DEMANDED |
| *Defendants* § | |

### PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES

**TO THE HONORABLE JUDGE DREW B. TIPTON:**

COMES NOW, LIZELLE GONZALEZ, Plaintiff herein, and pursuant to the Order for Conference and Disclosure of Interested Parties entered on April 8, 2024, files this her Disclosure of Interested Parties and for such would respectfully show unto the Court as follows:

To the best of Plaintiff's current knowledge, the following is a list of persons, associations or persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are or may be financially interested in the outcome of this litigation:

### I.
### PLAINTIFF

Lizelle Gonzalez
*Plaintiff*

*Counsel for Plaintiff Lizelle Gonzalez*

| | |
|---|---|
| I. Cecilia Garza | Veronica Sepulveda Martinez |
| State Bar No. 24041627 | State Bar No. 24081144 |
| USDTX No.: 578825 | USDTX No. 3048499 |
| 202 E. Sprague Street | 202 E. Sprague Street |
| Edinburg, Texas 78539 | Edinburg, Texas 78539 |
| Telephone No.: (956) 335-4900 | Telephone No.: (956) 335-4900 |
| cecilia@garzamartinezlaw.com | veronica@garzamartinezlaw.com |
| *Attorney in charge for Plaintiff* | |

Adriana Piñon
David A. Donatti
American Civil Liberties Union of Texas
P.O. Box 12905
Austin, TX 78711-2905
Telephone No.: (713) 942-8146

Lauren Alicia Johnson
American Civil Liberties Union Foundation
915 15th Street NW
Washington DC 20005
Telephone No.: (202) 731-5567

## II.

## **DEFENDANTS**

Gocha Allen Ramirez
(District Attorney for the 229th Judicial District)

Alexandria Barrera
(Asst. District Attorney for the 229th Judicial District)

Rene Fuentes
(Starr County Sheriff)

Starr County, Texas
*Defendants*

*Counsel for Defendants Starr County, District Attorney Ramirez, Assistant District Attorney Barrera and Sheriff Fuentes*

RICARDO J. NAVARRO
Attorney In Charge
State Bar No. 14829100
So. Dist. Id No. 5953
rjnavarro@rampagelaw.com

Kelly R. Albin
State Bar No. 24086079
So. Dist. Id No. 3792304
kralbin@rampagelaw.com
**DENTON NAVARRO RODRIGUEZ BERNAL
 SANTEE& ZECH, P.C.**
549 N. Egret Bay, Suite 200
League City, Texas 77573

Tel. 832.632.2102
Fax 832-632-2132

Texas Association of Counties
Risk Management Fund
1210 San Antonio Street
Austin, Texas 78701
*Risk Management Services for the Defendant Starr County, Texas*

                        Respectfully submitted,

By: *I.C. Garza*
I. Cecilia Garza
State Bar No. 24041627
Federal Admission No.: 578825
202 E. Sprague Street
Edinburg, Texas 78539
Telephone No.:  956/335-4900
Telecopier No.:  956/338-5700
cecilia@garzamartinezlaw.com
***ATTORNEY IN CHARGE FOR PLAINTIFF***

Veronica Sepulveda Martinez State Bar No. 24081144
Federal Admission No.: 3048499 202 E. Sprague Street
Edinburg, Texas 78539
Telephone No.: (956) 335-4900 Telecopier No.: (956) 338-5700
 veronica@garzamartinezlaw.com

Lauren Alicia Johnson
American Civil Liberties Union Foundation
915 15th Street NW
Washington DC 20005
Telephone No.: (202) 731-5567
ljohnson@aclu.org

David A. Donatti (Bar No. 24097612)

Adriana Piñon (Bar No. 24089768 )<br>
American Civil Liberties Union of Texas<br>
P.O. Box 12905<br>
Austin, TX 78711-2905<br>
Telephone No.: (713) 942-8146<br>
Facsimile: (713) 942-8966<br>
ddonatti@aclutx.org<br>
apinon@aclutx.org

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of this Disclosure of Interested Parties was served in accordance with the Federal Rules of Civil Procedure by electronic transmission to all registered ECF users appearing in the case on June 27, 2024.

                                                            _____<br>
                                                            I. Cecilia Garza