# AFFIDAVIT FOR AUTHENTICATION OF BUSINESS RECORDS

### AFFIDAVIT OF CARLOS DELGADO

**THE STATE OF TEXAS** §
§
**COUNTY OF STARR** §

Before me, the undersigned authority, personally appeared Carlos Delgado, who, being duly sworn, deposed and said:

1. My name is Carlos Delgado. I am of sound mind, capable of making this affidavit, and have personal knowledge of the facts stated which are all true and correct.

2. I am with the Starr County Sheriff's Office, and as such, I am an employee responsible for the maintenance of the records attached to this affidavit and can attest to their authenticity.

3. I have reviewed the records submitted with Defendants' Motion to Dismiss as Confidential Exhibits 1-7 and these documents are true and correct copies of records that are kept by the Starr County Sheriff's Office Department Records Division in the regular course of its business.

4. It was the regular course of that business for an employee or representative of the business with knowledge of the act, event, condition, or opinion recorded to make the record or to transmit information thereof to be included in such record.

5. The record was made at or near the time of the act, event, condition, or opinion recorded, or reasonably soon thereafter.

_____   _____
Signature of Carlos Delgado        Printed Name of Carlos Delgado

SUBSCRIBED AND SWORN before me on the 29th day of June, 2024.

Notary in and for the State of Texas

_____   _____
Signature of Notary                Printed Name of Notary