UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **LIZELLE GONZALEZ,** | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. <u>7:24-cv-00132</u> |
| | § | |
| **GOCHA ALLEN RAMIREZ,** | § | JURY DEMANDED |
| **ALEXANDRIA LYNN BARRERA,** | § | |
| **STARR COUNTY, and** | § | |
| **RENE FUENTES,** | § | |
| *Defendants* | | |

**ORDER DENYING PLAINTIFF'S MOTION TO STRIKE EXHIBITS REFERENCED IN DEFENDANTS' MOTION TO DISMISS**

Pending before the Court is Plaintiff's Motion to Strike Exhibits Referenced in Defendants' Motion to Dismiss. ECF 28. After reviewing the Motion, the record, and the applicable law, the Court is of the opinion that it should be granted.

SO ORDERED.

SIGNED on this _____ of JULY, 2024

_____
HON. DREW B. TIPTON
UNITED STATES DISTRICT JUDGE