# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| **LIZELLE GONZALEZ,** § | | |
| *Plaintiff* § | | |
| § | | |
| v. § | CIVIL ACTION NO. <u>7:24-cv-00132</u> | |
| § | | |
| **GOCHA ALLEN RAMIREZ,** § | JURY DEMANDED | |
| **ALEXANDRIA LYNN BARRERA,** § | | |
| **STARR COUNTY, and** § | | |
| **RENE FUENTES,** § | | |
| *Defendants* § | | |

## <u>PARTIES' JOINT MOTION FOR ENTRY OF PROPOSED DISCOVERY SCHEDULE</u>

On July 24, 2024, the Court denied the defendants' motions to dismiss without prejudice. *See* Minute Entry, July 24, 2024. The Court ordered the parties to confer and submit an agreed proposed discovery schedule. *Id*. The parties have met and conferred regarding a limited discovery schedule to address the defendants' assertions of immunity. The parties jointly propose the following schedule.

| | |
|---|---|
| Deadline for parties to serve initial disclosures | August 31, 2024 |
| Deadline for parties to serve first set of Requests for Production, Admissions, and Interrogatories (objections and responses are due according to the Federal Rules of Civil Procedure) | September 16, 2024 |
| Deadline to send deficiency letters | Within 14 days of the receipt of responses |
| Deadline to respond to deficiency letters | Within 7 days of the receipt of the letter |
| Notice of Disputes Regarding Written Discovery (if any) | November 15, 2024 |
| Notice of Proposed Depositions | November 1, 2024 |

| Depositions to be taken by | January 17, 2024 |
|---|---|

A proposed order is attached hereto.

        Respectfully Submitted,

By: *I.C. Garza*
I. Cecilia Garza
State Bar No. 24041627
Federal Admission No.: 578825
202 E. Sprague Street
Edinburg, Texas 78539
Telephone No.:  956/335-4900
Telecopier No.:  956/338-5700
cecilia@garzamartinezlaw.com
***Attorney in charge for Plaintiff***

Veronica Sepulveda Martinez
State Bar No. 24081144
Federal Admission No.: 3048499
202 E. Sprague Street
Edinburg, Texas 78539
Telephone No.:  956/335-4900
Telecopier No.:  956/338-5700
veronica@garzamartinezlaw.com

Lauren Alicia Johnson
American Civil Liberties Union Foundation
915 15th Street NW
Washington DC 20005
Telephone No.: (202) 731-5567
ljohnson@aclu.org

David A. Donatti (Bar No. 24097612)
Adriana Piñon (Bar No. 24089768 )
American Civil Liberties Union of Texas
P.O. Box 12905
Austin, TX 78711-2905
Telephone No.: (713) 942-8146
Facsimile: (713) 942-8966
ddonatti@aclutx.org
apinon@aclutx.org
**ATTORNEYS FOR PLAINTIFF**

By: *Ricardo J. Navarro*
RICARDO J. NAVARRO
Lead Attorney
State Bar No. 14829100
So. Dist. Id No. 5953
rjnavarro@rampagelaw.com

By: *Kelly R. Albin*
Kelly R. Albin
State Bar No. 24086079
So. Dist. ID No. 3792304
kralbin@rampagelaw.com

**DENTON NAVARRO RODRIGUEZ
   BERNAL SANTEE & ZECH, P.C.**
549 N. Egret Bay, Suite 200
League City, Texas 77573
832- 632-2102 (office)
832-632-2132 (fax)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion was served in accordance with the Federal Rules of Civil Procedure by electronic transmission to all registered ECF users appearing in the case on August 21, 2024.

_I.C. Garza_
I. Cecilia Garza