United States District Court
Southern District of Texas
**ENTERED**
September 03, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LIZELLE GONZALEZ, | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. **7:24-cv-00132** |
| | § | |
| GOCHA ALLEN RAMIREZ, | § | |
| ALEXANDRIA LYNN BARRERA, | § | |
| STARR COUNTY, and | § | |
| RENE FUENTES, | § | |
| *Defendants* | § | |

## AGREED DISCOVERY SCHEDULING ORDER

On July 24, 2024, the Court denied the defendants' motions to dismiss without prejudice. *See* Minute Entry, July 24, 2024. The Court ordered the parties to confer and submit an agreed proposed discovery schedule to address the defendants' assertions of immunity. *Id*. Pursuant to the Parties' Joint Motion for Entry of a Proposed Discovery Schedule, the Court issues this Agreed Discovery Scheduling Order.

| | |
|---|---|
| Deadline for parties to serve initial disclosures | August 31, 2024 |
| Deadline for parties to serve first set of Requests for Production, Admissions, and Interrogatories (objections and responses are due according to the Federal Rules of Civil Procedure) | September 16, 2024 |
| Deadline to send deficiency letters | Within 14 days of the receipt of responses |
| Deadline to respond to deficiency letters | Within 7 days of the receipt of the letter |
| Notice of Disputes Regarding Written Discovery (if any) | November 15, 2024 |
| Notice of Proposed Depositions | November 1, 2024 |

| Depositions to be taken by | January 17, 2024 |

IT IS SO ORDERED.

SIGNED on _____September 3_____, 2024.

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE