# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| **LIZELLE GONZALEZ,** | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 7:24-cv 00132** |
| | § | |
| **GOCHA ALLEN RAMIREZ,** | § | |
| **ALEXANDRIA LYNN BARRERA,** | § | |
| **RENE FUENTES, and** | § | |
| **STARR COUNTY, TEXAS,** | § | |
| *Defendants* | § | |

## DEFENDANTS' NOTICE OF INTENT TO TAKE THE
## ORAL AND VIDEOTAPED DEPOSITION OF LIZELLE GONZALEZ

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the oral and videotaped deposition of Lizelle Gonzalez will be taken by the undersigned attorney via stenographic and video conferencing means.

**Witness:** Lizelle Gonzalez

**Date:** January 13, 2025

**Time:** 10:30 a.m.

**Address:** 202 E. Sprague Street Edinburg, Texas 78539

**Court Reporter:** Bryant Stingley, Inc. – Stenographic and Video Conference

Said deposition will begin on Monday, January 13, 2025, at 10:30 a.m. in person before a certified Court Reporter and videographer and will continue day to day until completed and as provided for in the Rules and the agreements of Counsel. All other parties are hereby invited to attend and cross-examine.

Respectfully submitted,

By: *Ricardo J. Navarro*
RICARDO J. NAVARRO
Attorney In Charge

        State Bar No. 14829100
        So. Dist. Id No. 5953
        rjnavarro@rampagelaw.com
        **DENTON NAVARRO RODRIGUEZ**
          **BERNAL SANTEE & ZECH**
        A Professional Corporation
        549 Egret Bay Blvd., Ste. 200
        League City, Texas 77573
        832/632-2102
        832/632-2134 (Fax)

By:   *Kelly R. Albin*
        KELLY R. ALBIN
        State Bar No. 24086079
        So. Dist. ID No. 3792304
        kralbin@rampagalaw.com
        **DENTON NAVARRO RODRIGUEZ**
          **BERNAL SANTEE & ZECH, P.C.**
        549 Egret Bay Blvd., Ste. 200
        League City, Texas 77573
        832/632-2102
        832/632-2134 (Fax)

        **ATTORNEYS FOR DEFENDANTS**
        **GOCHA ALLEN RAMIREZ, ALEXANDRIA**
        **BARRERA, SHERIFF RENE FUENTES, AND**
        **STARR COUNTY, TEXAS**

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of this document has been served on the persons or parties identified below in accordance with one or more of the recognized methods of service by the Federal Rules of Civil Procedure on the 7th day of JANUARY 2025.

Ida Cecilia Garza
Veronica Sepulveda Martinez
GARZA MARTINEZ, PLLC

Adriana Piñon
David A. Donatti
Ashley Harris
Sarah Corning
ACLU of TEXAS

Lauren Alicia Johnson
Elizabeth Jarit
ACLU FOUNDATION

**ATTORNEYS FOR PLAINTIFF**

      By:   *Kelly R. Albin*
               RICARDO J. NAVARRO
               KELLY R. ALBIN