**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **LIZELLE GONZALEZ** | § | |
|     **Plaintiff** | § | |
| | § | |
| **Vs.** | § | **CIVIL ACTION 7:24-CV-00132** |
| | § | |
| **GOCHA ALLEN RAMIREZ, et al.** | § | |
|     **Defendants** | § | |

**PLAINTIFF'S NOTICE OF INTENT TO TAKE THE**
**ORAL AND VIDEOTAPED DEPOSITION OF RAFAEL AGUIRRE**

TO:     Defendants, by and through their attorneys of record, Ricardo J. Navarro and Kelly R. Albin, DENTON NAVARRO RODRIGUEZ BERNAL SANTEE & ZECH, P.C., rjnavarro@rampagelaw.com, kralbin@rampagelaw.com

PLEASE TAKE NOTICE that Plaintiff will take the *in person* oral and videotaped deposition of RAFAEL AGUIRRE pursuant to Rule 30 of the Federal Rules of Civil Procedure before certified shorthand reporters, Esquire Deposition Solutions, as follows:

    **Date:**        **January 13, 2025**

    **Time:**        **9:00 a.m.**

    **Location:**    **Esquire Deposition Solutions**

                    **7000 N. 10th Street, Ste. C2-B**

                    **McAllen, Texas 78504**

Said deposition will begin at 9:00 a.m. and continue thereafter from day to day until completed. All other parties are hereby invited to attend and cross-examine the deponent. Said deposition may be videotaped in addition to the customary stenographic recording.

*Signature Page to Follow*

Plaintiff's Notice of the Deposition of Rafael Aguirre           Page 1

Respectfully Submitted,

By: _____

I. Cecilia Garza
State Bar No. 24041627
Federal Admission No.: 578825
202 E. Sprague Street
Edinburg, Texas 78539
Telephone No.:  956/335-4900
Telecopier No.:  956/338-5700
cecilia@garzamartinezlaw.com
*Attorney in charge for Plaintiff*


Veronica Sepulveda Martinez
State Bar No. 24081144
Federal Admission No.: 3048499
202 E. Sprague Street
Edinburg, Texas 78539
Telephone No.:  956/335-4900
Telecopier No.:  956/338-5700
veronica@garzamartinezlaw.com

Lauren Alicia Johnson
American Civil Liberties Union Foundation
915 15th Street NW
Washington DC 20005
Telephone No.: (202) 731-5567
ljohnson@aclu.org

David A. Donatti (Bar No. 24097612)
Adriana Piñon (Bar No. 24089768)
American Civil Liberties Union of Texas
P.O. Box 12905
Austin, TX 78711-2905
Telephone No.: (713) 942-8146
Facsimile: (713) 942-8966
ddonatti@aclutx.org
apinon@aclutx.org

**ATTORNEYS FOR PLAINTIFF**

Plaintiff's Notice of the Deposition of Rafael Aguirre                              Page 2

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of this notice was served in accordance with the Federal Rules of Civil Procedure by e-mail to all registered ECF users appearing in the case on January 8, 2025.

_I. C. Garza_

I. Cecilia Garza

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **LIZELLE GONZALEZ** | § | |
|     **Plaintiff** | § | |
| | § | |
| **Vs.** | § | **CIVIL ACTION 7:24-CV-00132** |
| | § | |
| **GOCHA ALLEN RAMIREZ, et al.** | § | |
|     **Defendants** | § | |

**PLAINTIFF'S NOTICE OF INTENT TO TAKE THE**
**<u>ORAL AND VIDEOTAPED DEPOSITION OF ESMERALDA NAVARRO MUNIZ</u>**

TO:     Defendants, by and through their attorneys of record, Ricardo J. Navarro and Kelly R. Albin, DENTON NAVARRO RODRIGUEZ BERNAL SANTEE & ZECH, P.C., <u>rjnavarro@rampagelaw.com</u>, <u>kralbin@rampagelaw.com</u>

PLEASE TAKE NOTICE that Plaintiff will take the *in person* oral and videotaped deposition of ESMERALDA NAVARRO MUNIZ pursuant to Rule 30 of the Federal Rules of Civil Procedure before certified shorthand reporters, Esquire Deposition Solutions, as follows:

    **Date:**        **January 13, 2025**

    **Time:**       **11:00 a.m.**

    **Location:**    **Esquire Deposition Solutions**

                 **7000 N. 10th Street, Ste. C2-B**

                 **McAllen, Texas 78504**

Said deposition will begin at 11:00 a.m. and continue thereafter from day to day until completed. All other parties are hereby invited to attend and cross-examine the deponent. Said deposition may be videotaped in addition to the customary stenographic recording.

*Signature Page to Follow*

Respectfully Submitted,

By: _____

I. Cecilia Garza
State Bar No. 24041627
Federal Admission No.: 578825
202 E. Sprague Street
Edinburg, Texas 78539
Telephone No.:  956/335-4900
Telecopier No.:  956/338-5700
cecilia@garzamartinezlaw.com
***Attorney in charge for Plaintiff***


Veronica Sepulveda Martinez
State Bar No. 24081144
Federal Admission No.: 3048499
202 E. Sprague Street
Edinburg, Texas 78539
Telephone No.:  956/335-4900
Telecopier No.:  956/338-5700
veronica@garzamartinezlaw.com

Lauren Alicia Johnson
American Civil Liberties Union Foundation
915 15th Street NW
Washington DC 20005
Telephone No.: (202) 731-5567
ljohnson@aclu.org

David A. Donatti (Bar No. 24097612)
Adriana Piñon (Bar No. 24089768)
American Civil Liberties Union of Texas
P.O. Box 12905
Austin, TX 78711-2905
Telephone No.: (713) 942-8146
Facsimile: (713) 942-8966
ddonatti@aclutx.org
apinon@aclutx.org

**ATTORNEYS FOR PLAINTIFF**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| **LIZELLE GONZALEZ** | § | |
| **Plaintiff** | § | |
| | § | |
| **Vs.** | § | **CIVIL ACTION 7:24-CV-00132** |
| | § | |
| **GOCHA ALLEN RAMIREZ, et al.** | § | |
| **Defendants** | § | |

**PLAINTIFF'S NOTICE OF INTENT TO TAKE THE
<u>ORAL AND VIDEOTAPED DEPOSITION OF CARLOS DELGADO</u>**

TO:    Defendants, by and through their attorneys of record, Ricardo J. Navarro and Kelly R. Albin, DENTON NAVARRO RODRIGUEZ BERNAL SANTEE & ZECH, P.C., <u>rjnavarro@rampagelaw.com</u>, <u>kralbin@rampagelaw.com</u>

PLEASE TAKE NOTICE that Plaintiff will take the *in person* oral and videotaped deposition of CARLOS DELGADO pursuant to Rule 30 of the Federal Rules of Civil Procedure before certified shorthand reporters, Esquire Deposition Solutions, as follows:

    **Date:**        **January 13, 2025**

    **Time:**        **2:00 p.m.**

    **Location:**    **Esquire Deposition Solutions**

                **7000 N. 10th Street, Ste. C2-B**

                **McAllen, Texas 78504**

Said deposition will begin at 2:00 p.m. and continue thereafter from day to day until completed. All other parties are hereby invited to attend and cross-examine the deponent. Said deposition may be videotaped in addition to the customary stenographic recording.

*Signature Page to Follow*

Plaintiff's Notice of the Deposition of Carlos Delgado        Page 1

Respectfully Submitted,

By: _____
I. Cecilia Garza
State Bar No. 24041627
Federal Admission No.: 578825
202 E. Sprague Street
Edinburg, Texas 78539
Telephone No.:  956/335-4900
Telecopier No.:  956/338-5700
cecilia@garzamartinezlaw.com
***Attorney in charge for Plaintiff***


Veronica Sepulveda Martinez
State Bar No. 24081144
Federal Admission No.: 3048499
202 E. Sprague Street
Edinburg, Texas 78539
Telephone No.:  956/335-4900
Telecopier No.:  956/338-5700
veronica@garzamartinezlaw.com

Lauren Alicia Johnson
American Civil Liberties Union Foundation
915 15th Street NW
Washington DC 20005
Telephone No.: (202) 731-5567
ljohnson@aclu.org

David A. Donatti (Bar No. 24097612)
Adriana Piñon (Bar No. 24089768)
American Civil Liberties Union of Texas
P.O. Box 12905
Austin, TX 78711-2905
Telephone No.: (713) 942-8146
Facsimile: (713) 942-8966
ddonatti@aclutx.org
apinon@aclutx.org

**ATTORNEYS FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of this notice was served in accordance with the Federal Rules of Civil Procedure by e-mail to all registered ECF users appearing in the case on January 8, 2025.

I. Cecilia Garza

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this notice was served in accordance with the Federal Rules of Civil Procedure by e-mail to all registered ECF users appearing in the case on January 8, 2025.

I. Cecilia Garza

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| **LIZELLE GONZALEZ** | § | |
| **Plaintiff** | § | |
| | § | |
| **Vs.** | § | **CIVIL ACTION 7:24-CV-00132** |
| | § | |
| **GOCHA ALLEN RAMIREZ, et al.** | § | |
| **Defendants** | § | |

**PLAINTIFF'S NOTICE OF INTENT TO TAKE THE
ORAL AND VIDEOTAPED DEPOSITION OF RODOLFO LOZANO, M.D.**

TO:    Defendants, by and through their attorneys of record, Ricardo J. Navarro and Kelly R. Albin, DENTON NAVARRO RODRIGUEZ BERNAL SANTEE & ZECH, P.C., rjnavarro@rampagelaw.com, kralbin@rampagelaw.com

PLEASE TAKE NOTICE that Plaintiff will take the *in person* oral and videotaped deposition of RODOLFO LOZANO, M.D. pursuant to Rule 30 of the Federal Rules of Civil Procedure before certified shorthand reporters, Esquire Deposition Solutions, as follows:

Date:        **January 14, 2025**

Time:        **9:00 a.m.**

Location:    **Esquire Deposition Solutions**

**7000 N. 10th Street, Ste. C2-B**

**McAllen, Texas 78504**

Said deposition will begin at 9:00 a.m. and continue thereafter from day to day until completed.  All other parties are hereby invited to attend and cross-examine the deponent.   Said deposition may be videotaped in addition to the customary stenographic recording.

*Signature Page to Follow*

Respectfully Submitted,

By: _____
I. Cecilia Garza
State Bar No. 24041627
Federal Admission No.: 578825
202 E. Sprague Street
Edinburg, Texas 78539
Telephone No.:  956/335-4900
Telecopier No.:  956/338-5700
cecilia@garzamartinezlaw.com
*Attorney in charge for Plaintiff*


Veronica Sepulveda Martinez
State Bar No. 24081144
Federal Admission No.: 3048499
202 E. Sprague Street
Edinburg, Texas 78539
Telephone No.:  956/335-4900
Telecopier No.:  956/338-5700
veronica@garzamartinezlaw.com

Lauren Alicia Johnson
American Civil Liberties Union Foundation
915 15th Street NW
Washington DC 20005
Telephone No.: (202) 731-5567
ljohnson@aclu.org

David A. Donatti (Bar No. 24097612)
Adriana Piñon (Bar No. 24089768)
American Civil Liberties Union of Texas
P.O. Box 12905
Austin, TX 78711-2905
Telephone No.: (713) 942-8146
Facsimile: (713) 942-8966
ddonatti@aclutx.org
apinon@aclutx.org

**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this notice was served in accordance with the Federal Rules of Civil Procedure by e-mail to all registered ECF users appearing in the case on January 8, 2025.

_I. C. Garza_

I. Cecilia Garza

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **LIZELLE GONZALEZ** | § | |
| **Plaintiff** | § | |
| | § | |
| **Vs.** | § | **CIVIL ACTION 7:24-CV-00132** |
| | § | |
| **GOCHA ALLEN RAMIREZ, et al.** | § | |
| **Defendants** | § | |

**PLAINTIFF'S NOTICE OF INTENT TO TAKE THE**
**ORAL AND VIDEOTAPED DEPOSITION OF MARTHA TORRES**

TO:    Defendants, by and through their attorneys of record, Ricardo J. Navarro and Kelly R. Albin, DENTON NAVARRO RODRIGUEZ BERNAL SANTEE & ZECH, P.C., rjnavarro@rampagelaw.com, kralbin@rampagelaw.com

PLEASE TAKE NOTICE that Plaintiff will take the *in person* oral and videotaped deposition of MARTHA TORRES pursuant to Rule 30 of the Federal Rules of Civil Procedure before certified shorthand reporters, Esquire Deposition Solutions, as follows:

Date:    **January 14, 2025**

Time:    **11:00 a.m.**

Location:    **Esquire Deposition Solutions**

**7000 N. 10th Street, Ste. C2-B**

**McAllen, Texas 78504**

Said deposition will begin at 11:00 a.m. and continue thereafter from day to day until completed.  All other parties are hereby invited to attend and cross-examine the deponent.   Said deposition may be videotaped in addition to the customary stenographic recording.

*Signature Page to Follow*

Respectfully Submitted,

By: _____

I. Cecilia Garza
State Bar No. 24041627
Federal Admission No.: 578825
202 E. Sprague Street
Edinburg, Texas 78539
Telephone No.:  956/335-4900
Telecopier No.:  956/338-5700
cecilia@garzamartinezlaw.com
***Attorney in charge for Plaintiff***


Veronica Sepulveda Martinez
State Bar No. 24081144
Federal Admission No.: 3048499
202 E. Sprague Street
Edinburg, Texas 78539
Telephone No.:  956/335-4900
Telecopier No.:  956/338-5700
veronica@garzamartinezlaw.com

Lauren Alicia Johnson
American Civil Liberties Union Foundation
915 15th Street NW
Washington DC 20005
Telephone No.: (202) 731-5567
ljohnson@aclu.org

David A. Donatti (Bar No. 24097612)
Adriana Piñon (Bar No. 24089768)
American Civil Liberties Union of Texas
P.O. Box 12905
Austin, TX 78711-2905
Telephone No.: (713) 942-8146
Facsimile: (713) 942-8966
ddonatti@aclutx.org
apinon@aclutx.org

**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this notice was served in accordance with the Federal Rules of Civil Procedure by e-mail to all registered ECF users appearing in the case on January 8, 2025.

_I. C. Garza_
_____
I. Cecilia Garza

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **LIZELLE GONZALEZ** | § | |
| **Plaintiff** | § | |
| | § | |
| **Vs.** | § | **CIVIL ACTION 7:24-CV-00132** |
| | § | |
| **GOCHA ALLEN RAMIREZ, et al.** | § | |
| **Defendants** | § | |

**PLAINTIFF'S NOTICE OF INTENT TO TAKE THE**
**ORAL AND VIDEOTAPED DEPOSITION OF JUDITH SOLIS**

TO:     Defendants, by and through their attorneys of record, Ricardo J. Navarro and Kelly R. Albin, DENTON NAVARRO RODRIGUEZ BERNAL SANTEE & ZECH, P.C., rjnavarro@rampagelaw.com, kralbin@rampagelaw.com

PLEASE TAKE NOTICE that Plaintiff will take the *in person* oral and videotaped deposition of JUDITH SOLIS pursuant to Rule 30 of the Federal Rules of Civil Procedure before certified shorthand reporters, Esquire Deposition Solutions, as follows:

|  |  |
|---|---|
| **Date:** | **January 14, 2025** |
| **Time:** | **2:00 p.m.** |
| **Location:** | **Esquire Deposition Solutions** |
| | **7000 N. 10th Street, Ste. C2-B** |
| | **McAllen, Texas 78504** |

Said deposition will begin at 2:00 p.m. and continue thereafter from day to day until completed. All other parties are hereby invited to attend and cross-examine the deponent. Said deposition may be videotaped in addition to the customary stenographic recording.

*Signature Page to Follow*

Respectfully Submitted,

By: _____

I. Cecilia Garza
State Bar No. 24041627
Federal Admission No.: 578825
202 E. Sprague Street
Edinburg, Texas 78539
Telephone No.:  956/335-4900
Telecopier No.:  956/338-5700
cecilia@garzamartinezlaw.com
***Attorney in charge for Plaintiff***


Veronica Sepulveda Martinez
State Bar No. 24081144
Federal Admission No.: 3048499
202 E. Sprague Street
Edinburg, Texas 78539
Telephone No.:  956/335-4900
Telecopier No.:  956/338-5700
veronica@garzamartinezlaw.com

Lauren Alicia Johnson
American Civil Liberties Union Foundation
915 15th Street NW
Washington DC 20005
Telephone No.: (202) 731-5567
ljohnson@aclu.org

David A. Donatti (Bar No. 24097612)
Adriana Piñon (Bar No. 24089768)
American Civil Liberties Union of Texas
P.O. Box 12905
Austin, TX 78711-2905
Telephone No.: (713) 942-8146
Facsimile: (713) 942-8966
ddonatti@aclutx.org
apinon@aclutx.org

**ATTORNEYS FOR PLAINTIFF**

Plaintiff's Notice of the Deposition of Judith Solis                    Page 2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this notice was served in accordance with the Federal Rules of Civil Procedure by e-mail to all registered ECF users appearing in the case on January 8, 2025.

_I. C. Garza_
_____
I. Cecilia Garza

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **LIZELLE GONZALEZ** | § | |
| **Plaintiff** | § | |
| | § | |
| **Vs.** | § | **CIVIL ACTION 7:24-CV-00132** |
| | § | |
| **GOCHA ALLEN RAMIREZ, et al.** | § | |
| **Defendants** | § | |

**PLAINTIFF'S NOTICE OF INTENT TO TAKE THE**
**ORAL AND VIDEOTAPED DEPOSITION OF ABEL VILLARREAL, JR.**

TO:    Defendants, by and through their attorneys of record, Ricardo J. Navarro and Kelly R. Albin, DENTON NAVARRO RODRIGUEZ BERNAL SANTEE & ZECH, P.C., rjnavarro@rampagelaw.com, kralbin@rampagelaw.com

PLEASE TAKE NOTICE that Plaintiff will take the *in person* oral and videotaped deposition of ABEL VILLARREAL, JR. pursuant to Rule 30 of the Federal Rules of Civil Procedure before certified shorthand reporters, Esquire Deposition Solutions, as follows:

Date:        **January 15, 2025**

Time:         **9:00 a.m.**

Location:     **Garza Martinez, PLLC**

             **202 E. Sprague Street**

             **Edinburg, Texas 78539**

Said deposition will begin at 9:00 a.m. and continue thereafter from day to day until completed. All other parties are hereby invited to attend and cross-examine the deponent. Said deposition may be videotaped in addition to the customary stenographic recording.

*Signature Page to Follow*

Plaintiff's Notice of the Deposition of Abel Villarreal, Jr.                                      Page 1

Respectfully Submitted,

By: _____
I. Cecilia Garza
State Bar No. 24041627
Federal Admission No.: 578825
202 E. Sprague Street
Edinburg, Texas 78539
Telephone No.:  956/335-4900
Telecopier No.:  956/338-5700
cecilia@garzamartinezlaw.com
*Attorney in charge for Plaintiff*


Veronica Sepulveda Martinez
State Bar No. 24081144
Federal Admission No.: 3048499
202 E. Sprague Street
Edinburg, Texas 78539
Telephone No.:  956/335-4900
Telecopier No.:  956/338-5700
veronica@garzamartinezlaw.com

Lauren Alicia Johnson
American Civil Liberties Union Foundation
915 15th Street NW
Washington DC 20005
Telephone No.: (202) 731-5567
ljohnson@aclu.org

David A. Donatti (Bar No. 24097612)
Adriana Piñon (Bar No. 24089768)
American Civil Liberties Union of Texas
P.O. Box 12905
Austin, TX 78711-2905
Telephone No.: (713) 942-8146
Facsimile: (713) 942-8966
ddonatti@aclutx.org
apinon@aclutx.org

**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this notice was served in accordance with the Federal Rules of Civil Procedure by e-mail to all registered ECF users appearing in the case on January 8, 2025.

I. Cecilia Garza

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| **LIZELLE GONZALEZ** | § | |
| **Plaintiff** | § | |
| | § | |
| **Vs.** | § | **CIVIL ACTION 7:24-CV-00132** |
| | § | |
| **GOCHA ALLEN RAMIREZ, et al.** | § | |
| **Defendants** | § | |

**PLAINTIFF'S NOTICE OF INTENT TO TAKE THE
ORAL AND VIDEOTAPED DEPOSITION OF DEFENDANT RENE FUENTES**

TO:     Defendants, by and through their attorneys of record, Ricardo J. Navarro and Kelly R. Albin, DENTON NAVARRO RODRIGUEZ BERNAL SANTEE & ZECH, P.C., rjnavarro@rampagelaw.com, kralbin@rampagelaw.com

PLEASE TAKE NOTICE that Plaintiff will take the *in person* oral and videotaped deposition of Defendant RENE FUENTES pursuant to Rule 30 of the Federal Rules of Civil Procedure before certified shorthand reporters, Esquire Deposition Solutions, as follows:

Date:     **January 15, 2025**

Time:      **1:00 p.m.**

Location:     **Garza Martinez, PLLC**

**202 E. Sprague Street**

**Edinburg, Texas 78539**

Said deposition will begin at 1:00 p.m. and continue thereafter from day to day until completed. All other parties are hereby invited to attend and cross-examine the deponent. Said deposition may be videotaped in addition to the customary stenographic recording.

*Signature Page to Follow*

Plaintiff's Notice of the Deposition of Defendant Fuentes                    Page 1

Respectfully Submitted,

By: _____

I. Cecilia Garza
State Bar No. 24041627
Federal Admission No.: 578825
202 E. Sprague Street
Edinburg, Texas 78539
Telephone No.:  956/335-4900
Telecopier No.:  956/338-5700
cecilia@garzamartinezlaw.com
***Attorney in charge for Plaintiff***

Veronica Sepulveda Martinez
State Bar No. 24081144
Federal Admission No.: 3048499
202 E. Sprague Street
Edinburg, Texas 78539
Telephone No.:  956/335-4900
Telecopier No.:  956/338-5700
veronica@garzamartinezlaw.com

Lauren Alicia Johnson
American Civil Liberties Union Foundation
915 15th Street NW
Washington DC 20005
Telephone No.: (202) 731-5567
ljohnson@aclu.org

David A. Donatti (Bar No. 24097612)
Adriana Piñon (Bar No. 24089768)
American Civil Liberties Union of Texas
P.O. Box 12905
Austin, TX 78711-2905
Telephone No.: (713) 942-8146
Facsimile: (713) 942-8966
ddonatti@aclutx.org
apinon@aclutx.org

**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this notice was served in accordance with the Federal Rules of Civil Procedure by e-mail to all registered ECF users appearing in the case on January 8, 2025.

I. Cecilia Garza

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| **LIZELLE GONZALEZ** | § | |
| **Plaintiff** | § | |
| | § | |
| **Vs.** | § | **CIVIL ACTION 7:24-CV-00132** |
| | § | |
| **GOCHA ALLEN RAMIREZ, et al.** | § | |
| **Defendants** | § | |

**PLAINTIFF'S NOTICE OF INTENT TO TAKE THE
<u>ORAL AND VIDEOTAPED DEPOSITION OF DEFENDANT ALEXANDRIA BARRERA</u>**

TO:    Defendants, by and through their attorneys of record, Ricardo J. Navarro and Kelly R. Albin, DENTON NAVARRO RODRIGUEZ BERNAL SANTEE & ZECH, P.C., <u>rjnavarro@rampagelaw.com</u>, <u>kralbin</u>@rampagelaw.com

PLEASE TAKE NOTICE that Plaintiff will take the *in person* oral and videotaped deposition of Defendant ALEXANDRIA BARRERA pursuant to Rule 30 of the Federal Rules of Civil Procedure before certified shorthand reporters, Esquire Deposition Solutions, as follows:

| | |
|---|---|
| **Date:** | **January 16, 2025** |
| **Time:** | **9:00 a.m.** |
| **Location:** | **Esquire Deposition Solutions** |
| | **7000 N. 10th Street, Ste. C2-B** |
| | **McAllen, Texas 78504** |

Said deposition will begin at 9:00 a.m. and continue thereafter from day to day until completed.  All other parties are hereby invited to attend and cross-examine the deponent.   Said deposition may be videotaped in addition to the customary stenographic recording.

*Signature Page to Follow*

Plaintiff's Notice of the Deposition of Defendant Barrera                                        Page 1

Respectfully Submitted,

By: _I. C. Garza_____

I. Cecilia Garza
State Bar No. 24041627
Federal Admission No.: 578825
202 E. Sprague Street
Edinburg, Texas 78539
Telephone No.:  956/335-4900
Telecopier No.:  956/338-5700
cecilia@garzamartinezlaw.com
***Attorney in charge for Plaintiff***


Veronica Sepulveda Martinez
State Bar No. 24081144
Federal Admission No.: 3048499
202 E. Sprague Street
Edinburg, Texas 78539
Telephone No.:  956/335-4900
Telecopier No.:  956/338-5700
veronica@garzamartinezlaw.com

Lauren Alicia Johnson
American Civil Liberties Union Foundation
915 15th Street NW
Washington DC 20005
Telephone No.: (202) 731-5567
ljohnson@aclu.org

David A. Donatti (Bar No. 24097612)
Adriana Piñon (Bar No. 24089768)
American Civil Liberties Union of Texas
P.O. Box 12905
Austin, TX 78711-2905
Telephone No.: (713) 942-8146
Facsimile: (713) 942-8966
ddonatti@aclutx.org
apinon@aclutx.org

**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this notice was served in accordance with the Federal Rules of Civil Procedure by e-mail to all registered ECF users appearing in the case on January 8, 2025.

_____
I. Cecilia Garza

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| **LIZELLE GONZALEZ** | § | |
| **Plaintiff** | § | |
| | § | |
| **Vs.** | § | **CIVIL ACTION 7:24-CV-00132** |
| | § | |
| **GOCHA ALLEN RAMIREZ, et al.** | § | |
| **Defendants** | § | |

**PLAINTIFF'S NOTICE OF INTENT TO TAKE THE
<u>ORAL AND VIDEOTAPED DEPOSITION OF DEFENDANT G. ALLEN RAMIREZ</u>**

TO:    Defendants, by and through their attorneys of record, Ricardo J. Navarro and Kelly R. Albin, DENTON NAVARRO RODRIGUEZ BERNAL SANTEE & ZECH, P.C., <u>rjnavarro@rampagelaw.com</u>, <u>kralbin@rampagelaw.com</u>

PLEASE TAKE NOTICE that Plaintiff will take the *in person* oral and videotaped deposition of Defendant G. ALLEN RAMIREZ pursuant to Rule 30 of the Federal Rules of Civil Procedure before certified shorthand reporters, Esquire Deposition Solutions, as follows:

Date:    **January 17, 2025**

Time:     **9:00 a.m.**

Location:    **Esquire Deposition Solutions**

**7000 N. 10th Street, Ste. C2-B**

**McAllen, Texas 78504**

Said deposition will begin at 9:00 a.m. and continue thereafter from day to day until completed.  All other parties are hereby invited to attend and cross-examine the deponent.   Said deposition may be videotaped in addition to the customary stenographic recording.

*Signature Page to Follow*

Respectfully Submitted,

By: _I. C. Garza_____

I. Cecilia Garza
State Bar No. 24041627
Federal Admission No.: 578825
202 E. Sprague Street
Edinburg, Texas 78539
Telephone No.:  956/335-4900
Telecopier No.:  956/338-5700
cecilia@garzamartinezlaw.com
***Attorney in charge for Plaintiff***


Veronica Sepulveda Martinez
State Bar No. 24081144
Federal Admission No.: 3048499
202 E. Sprague Street
Edinburg, Texas 78539
Telephone No.:  956/335-4900
Telecopier No.:  956/338-5700
veronica@garzamartinezlaw.com

Lauren Alicia Johnson
American Civil Liberties Union Foundation
915 15th Street NW
Washington DC 20005
Telephone No.: (202) 731-5567
ljohnson@aclu.org

David A. Donatti (Bar No. 24097612)
Adriana Piñon (Bar No. 24089768)
American Civil Liberties Union of Texas
P.O. Box 12905
Austin, TX 78711-2905
Telephone No.: (713) 942-8146
Facsimile: (713) 942-8966
ddonatti@aclutx.org
apinon@aclutx.org

**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this notice was served in accordance with the Federal Rules of Civil Procedure by e-mail to all registered ECF users appearing in the case on January 8, 2025.

_____

I. Cecilia Garza