UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **LIZELLE GONZALEZ,** | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 7:24-cv 00132** |
| | § | |
| **GOCHA ALLEN RAMIREZ,** | § | |
| **ALEXANDRIA LYNN BARRERA,** | § | |
| **RENE FUENTES, and** | § | |
| **STARR COUNTY, TEXAS,** | § | |
| *Defendants* | § | |

### ORDER ON DEFENDANTS' EMERGENCY MOTION TO QUASH AND FOR PROTECTIVE ORDER AND REQUEST FOR SANCTIONS

On this day came to be considered DEFENDANTS GOCHA ALLEN RAMIREZ, ALEXANDRIA LYNN BARRERRA, RENE FUENTES, AND STARR COUNTY, TEXAS' Emergency Motion to Quash and for Protective Order and Request for Sanctions. The parties, by and through their respective attorneys of record, appeared via zoom. The Court, after considering the motions, and the record on file, as well as the arguments of counsel, is of the opinion that DEFENDANTS GOCHA ALLEN RAMIREZ, ALEXANDRIA LYNN BARRERRA, RENE FUENTES, AND STARR COUNTY, TEXAS' Emergency Motion to Quash and for Protective Order and Request for Sanctions should in all things be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that DEFENDANTS GOCHA ALLEN RAMIREZ, ALEXANDRIA LYNN BARRERRA, RENE FUENTES, AND STARR COUNTY, TEXAS' Emergency Motion to Quash and for Protective Order and Request for Sanctions is hereby GRANTED in all respects.  It is also ORDERED that any relief not expressly granted is hereby DENIED.

Signed on this _____ day of _____, 2025.

_____
US DISTRICT JUDGE