United States District Court
Southern District of Texas

**ENTERED**
March 13, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT　　　　SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:24-cv-00132 |
|---|---|---|---|

Lizelle Gonzalez
Plaintiff

*versus*

Gocha Allen Ramirez, Alexandria Lynn Barrera, Rene Fuentes, Starr County
Defendants

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Nancy Rosenbloom<br>American Civil Liberties Union Foundation<br>125 Broad Street<br>New York, NY, 1004<br>202-393-4930; nrosenbloom@aclu.org<br>New York (Bar No. 2168425); Oregon (Bar No. 210544)<br>U.S. Supreme Court; Seventh Circuit of Appeals; Western District of Wisconsin; Southern District of New York; Eastern District of NY |
|---|---|

| Name of party applicant seeks to appear for: | Lizelle Gonzalez |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes ___   No ___ ✔ ___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/28/2025 | Signed: | /s/ Nancy Rosenbloom |
|---|---|---|

| The state bar reports that the applicant's status is: | currently registered |
|---|---|
| Dated: 03/13/2025 | Clerk's signature  *Karen Lopez* |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: March 13, 2025

*Drew B Tipton*
United States District Judge