AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| GONZALEZ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 7:24-cv-00132 |
| RAMIREZ et al | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  Becky Ann Rocha, c/o Vance Gonzales, Esq.
VWG Law Group, 4016 N. 22nd St., McAllen, TX 78504 (956) 332 2428
*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Bryant Stingley, Inc.<br>701 E. Harrison, #200,<br>Harlingen TX 78550 | Date and Time:<br>04/11/2025 3:30 pm |
|---|---|
| The deposition will be recorded by this method: | via stenographic and video methods |

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 3/31/2025

*CLERK OF COURT*

OR

*Kelly R. Albin*

*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Starr County Gocha Allen Ramirez, Rene Fuentes, & Alexandria Barrera, who issues or requests this subpoena, are:

Kelly R. Albin, 701 East Harrison Ave Suite 100, Harlingen, TX 78550, kralbin@rampagelaw.com, 832-632-2102

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 7:24-cv-00132

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Becky Ann Rocha on *(date)* March 31, 2025

☑ I served the subpoena by delivering a copy to the named individual as follows:
Patricia Ann Molina for Attorney Vance Gonzales, O
on *(date)* 04/01/25 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $         for travel and $         for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date: April 1, 2025

*Server's signature*

Oscar Ortega Process Server #3155
*Printed Name and title*

PO Box 6752, McAllen, TX 78502
*Server's address*

Additional information regarding attempted service, etc.: