# INDICTMENT

**IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS**

**THE GRAND JURY OF STARR COUNTY, TEXAS**, duly selected, empanelled, sworn, charged, and organized at the **JANUARY 2022 TERM** of the **229th Judicial District Court** for Starr County, upon their oaths present to said Court that, **LIZELLE HERRERA**, Defendant, on or about the **7th day of January, 2022**, and before the presentment of this indictment, in Starr County, Texas did then and there intentionally and knowingly cause the death of an individual J.A.H, by a self-induced abortion,

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**GRAND JURY FOREMAN**

AT 3:44 O'CLOCK P M
FILED
MAR 30 2022
ORLANDO VELASQUEZ
DISTRICT CLERK STARR CO. TX
DEPUTY

L. Gonzalez 000006

4-1-22

CAUSE NO. 22-CR__-61

BOND AMOUNT $ 500,000.00 S.B.

**OFFENSE:**
MURDER

WITNESSES FOR THE STATE

_____

_____

_____

STATE'S PROSECUTOR

GOCHA ALLEN RAMIREZ

**THE STATE OF TEXAS** }{

**COUNTY OF STARR** }{

I, Orlando Velasquez, Clerk of the District Court within and for the County and State aforesaid, do certify that the foregoing contains a true and correct copy of indictment in Cause No. 22-CR__-61, of the State of Texas v. **LIZELLE HERRERA,** as now on file in this office. **IN TESTIMONY WHEREOF** I hereto set my hand and official seal, this the 30th day of March, A.D., 2022.

**ORLANDO VELASQUEZ**
**CLERK OF THE** 381st
**DISTRICT COURT**

By: Zeida Leija  Deputy, Starr County, Texas.

L. Gonzalez 000007