Filed: 4/11/2022 9:31 AM
Orlando Velasquez, District Clerk
Starr County, Texas

Zeida Leija

## NO. 22-CR-61

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 381ST DISTRICT COURT |
| | § | |
| V. | § | OF |
| | § | |
| LIZELLE HERRERA | § | STARR COUNTY, TEXAS |
| D.O.B. 12/07/1995 | | |

### MOTION TO DISMISS

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES the State of Texas by and through her Attorney, and respectfully requests the Court to dismiss the above entitled and numbered criminal action in which the defendant is charged with the offense of **MURDER** for the reason:

_X_ The evidence is insufficient;
___ The defendant was convicted in another case;
___ The complaining witness has requested dismissal;
___ The case has been refiled;
___ The defendant is unapprehended;
___ The defendant is deceased;
___ The defendant has been granted immunity.
_X_ Other: In the interest of Justice.

WHEREFORE, it is prayed that the above entitled and number cause be dismissed.

Respectfully submitted

_____
GOCHA ALLEN RAMIREZ
DISTRICT ATTORNEY

L. Gonzalez 000008

**NO. 22-CR-61**

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 381ST DISTRICT COURT |
| | § | |
| V. | § | OF |
| | § | |
| LIZELLE HERRERA | § | STARR COUNTY, TEXAS |
| D.O.B. 12/07/1995 | | |

### ORDER

The foregoing motion having been presented to me on this the 11th day of April, 2022 and the same having been considered, it is, therefore, ORDERED, ADJUDGED and DECREED that said above entitled and numbered cause be and the same is hereby dismissed.

Judge Presiding

AT 10:45 O'CLOCK A M  FILED

APR 11 2022

ORLANDO VELASQUEZ
DISTRICT CLERK, STARR CO. TX
BY: _____ DEPUTY

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Yarithza Saenz on behalf of Gocha Ramirez
Bar No. 16501800
yarithza.saenz@da.co.starr.tx.us
Envelope ID: 63434992
Status as of 4/11/2022 9:44 AM CST

Associated Case Party: Starr County District Attorney's Office

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Alexandria Barrera | | alexandria.barrera@da.co.starr.tx.us | 4/11/2022 9:31:01 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Cynthia Fuentes | | cfuentes@co.starr.tx.us | 4/11/2022 9:31:01 AM | SENT |

Associated Case Party: Lizelle Herrera

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Calixtro Villarreal | | cal_orlaw@hotmail.com | 4/11/2022 9:31:01 AM | SENT |

L. Gonzalez 000010