**TRANSCRIPTION AND TRANSLATION**

**OF INTERVIEW OF**

**LIZELLE HERRERA**

L. Gonzalez 000017

| | | |
|---|---|---|
| 1 | **INV. MUÑIZ:** Okay, the | Okay, the apartments or the |
| 2 | apartments or the houses? | houses? |
| 3 | **L. HERRERA:** The houses. | The houses. |
| 4 | **INV. MUÑIZ:** Okay, uh, what's | Okay, uh, what's her name? |
| 5 | her name? | |
| 6 | **L. HERRERA:** Josefa Montoya. | Josefa Montoya. |
| 7 | **INV. MUÑIZ:** Okay, tell me what | Okay, tell me what happened |
| 8 | happened after, uhm, you got to | after, uhm, you got to your |
| 9 | your grandma's house. | grandma's house. |
| 10 | **L. HERRERA:** I got down, I- I | I got down, I… I got do…before |
| 11 | got do… before I got down I | I got down I gave my |
| 12 | gave my prescription to my | prescription to my grandpa, |
| 13 | grandpa, because they gave me a | because they gave me a |
| 14 | prescription, I went inside the | prescription, I went inside the |
| 15 | house, she asked me where I | house, she asked me where I |
| 16 | wanted to lay down, she said if | wanted to lay down, she said if |
| 17 | I want to go in her room, the | I want to go in her room, the |
| 18 | guest room or the living room, | guest room or the living room, |
| 19 | I said I would go in the other | I said I would go in the other |
| 20 | room, like the guest room, but | room, like the guest room, but |
| 21 | first I wanted to do the… like, | first I wanted to do the… like, |
| 22 | I wanted to pee, she said okay, | I wanted to pee, she said okay, |
| 23 | so I put my purse in the room, | so I put my purse in the room, |
| 24 | I went to go pee, I peed, donde | I went to go pee, I peed, when |
| 25 | me limpié pos' tiré el papel y | I wiped well I threw out the |

| | | |
|---|---|---|
| 1 | doctor and they told me to lay | to lay back, I told them, I |
| 2 | back, le dije, I laid back y | laid back and when I woke up no |
| 3 | pa' cuando I woke up ya no | one was there, I said so I |
| 4 | había nadie, dije so I don't | don't know, I stayed that |
| 5 | know, quedé esa noche, la | night, the next night and then |
| 6 | siguiente noche y luego ya | (inaudible) they released me. |
| 7 | (inaudible) me dieron de alta. | |
| 8 | **INV. MUÑIZ:** So, you were | So, you were released on the |
| 9 | released on the 11th. | 11th. |
| 10 | **L. HERRERA:** (inaudible) I was | (inaudible) I was released on a |
| 11 | released on a Monday, que fue | Monday, which was the 10th. |
| 12 | at the 10th. | |
| 13 | **INV. MUÑIZ:** On the 10th. | On the 10th. |
| 14 | **L. HERRERA:** Yeah, sí, because I | Yeah, yes, because I slept |
| 15 | slept through the 8th, the 9th, | through the 8th, the 9th, and |
| 16 | and then I got, uhm, discharged | then I got, uhm, discharged on |
| 17 | on the 10th, yes. | the 10th, yes. |
| 18 | **INV. MUÑIZ:** Okay, so I'm | Okay, so I'm assuming that |
| 19 | assuming that these two days | these two days that were there |
| 20 | that were there you had to make | you had to make arrangements |
| 21 | arrangements for the baby? | for the baby? |
| 22 | **L. HERRERA:** Pos' I didn't | Well, I didn't before they took |
| 23 | before me llevaron, they just | me, they just asked me what I |
| 24 | asked me what I wanted to do, | wanted to do, like, do you want |
| 25 | like, do you want to | to (inaudible) or do you want |

| | | |
|---|---|---|
| 1 | **L. HERRERA:** Yeah, but when I left the hospital… even when I left I really… y es como ellos me dicen, ¿'tas segura que 'tabas cerrada? Pos' I don't know, el doctor obviamente él me checa y yo no me puedo meter la mano pa' checar si estoy cerrada o no, 'cause él me dijo, dijo, no, ya estás cerrada, tú te puedes ir, y yo ya no traiba dolores. | Yeah, but when I left the hospital- even when I left I really… and it's like they tell me, are you sure that you were closed? Well, I don't know, the doctor obviously checked me and I can't reach in to see if I'm closed or not, 'cause he told me, he said, no, you already closed, you can go, and I wasn't in pain. |
| 13 | **INV. MUÑIZ:** Okay, that's what I was going to ask, so when you left the hospital, you left the hospital because, uhm, according to doctors at the hospital… | Okay, that's what I was going to ask, so when you left the hospital, you left the hospital, you left the hospital because, uhm, according to doctors at the hospital… |
| 19 | **L. HERRERA:** Mhm. | Mhm. |
| 20 | **INV. MUÑIZ:** … your cervix was closed, you didn't have contractions and the baby had a heartbeat. | …your cervix was closed, you didn't have contractions and the baby had a heartbeat. |
| 24 | **L. HERRERA:** Yeah, yeah, 'cause I was on the monitor, and the | Yeah, yeah, 'cause I was on the monitor, and the baby did have |

| | | |
|---|---|---|
| 1 | **L. HERRERA:** No. | No. |
| 2 | **INV. MUÑIZ:** No blood on the paper. | No blood on the paper. |
| 4 | **L. HERRERA:** Nada, cuando yo me… yo sentí blood, no, porque cuando yo me limpie no traiba, porque yo traiba discharge, pero yo dije es del… I was on a foley catheter, dije es del mismo, del catheter, porque pos' lo traigo un buen rato, pero no traiba sangre yo, yo miré sangre ya cuando el sac estaba de fuera, que yo me lo detuve, that I took my hand out, yo traiba sangre poquita manchada, pero pos' yo traiba el sac (inaudible) like lo traiba ahí, o sea, agarrado. | None, when I… I felt blood, no, because when I cleaned myself I didn't have any, because I had discharge, but I told them it's from the… I was on a foley catheter, I said it's from that, from the catheter, because well I have it a good long while, but I didn't have blood, I saw blood once the sac was out, when I held it, that I took my hand out, I had a little bit of a blood stain, but well I had the sac (inaudible) like I had it there, I mean, holding it. |
| 20 | **INV. MUÑIZ:** (inaudible). | (inaudible). |
| 21 | **L. HERRERA:** Y en ese ratito I… I called the one… so, I called my grandma and then I called 911. | And in that little while I… I called the one… so, I called my grandma and then I called 911. |
| 25 | **INV. MUÑIZ:** Okay. | Okay. |