# AFFIDAVIT

BEFORE ME, the undersigned authority, personally appeared **Graciela G. Medrano** (custodian of Record), who, being by me duly sworn, deposed as follows:

"My name is **Graciela G. Medrano**, I am of sound mind, capable of making this affidavit, over 18 years of age, and personally acquainted with the facts herein stated:

I am the custodian of records of **Starr County Memorial Hospital**. Attached hereto are **146** (number of pages) pages of records dated **7th** day of **January**, 2022 **to January 10, 2022** from **Starr County Memorial Hospital**.

These said **146** pages of records are kept by **Starr County Memorial Hospital** in the regular course of business, and it was the regular course of business of **Starr County Memorial Hospital** for an employee or representative of **Starr County Memorial Hospital**, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original."

*Graciela B. Medrano*
AFFIANT, **Graciela G. Medrano**

SWORN TO AND SUBSCRIBED before me on this the **16** day of **February**, 2022.

*Mary E. Ramirez*
NOTARY PUBLIC STATE OF TEXAS

Notary's Printed Name: **Mary E. Ramirez**

My commission expires: **03/12/2025**

[Notary Seal: Mary E Ramirez, My Commission Expires 03/12/2025, ID No. 5706809]

Docs Responsive to GJ Subpoena
to SC Memorial Hospital

0001

```
                        STARR COUNTY MEMORIAL HOSPITAL
                                  P.O. BOX 78
                            RIO GRANDE CITY, TX 78582
   ---------NAME---------   NUMBER  SEX AGE   ADMIT     DISC.   XRAY#   F/C   TYPE
   GONZALEZ LIZELLE          10421667 F  26   1/07/22                   UMR   O/P
   DATE OF BIRTH: 12/07/1995   M/R# 111065      PH#: 956-437-0905   RM 204

   LOCATION:                                 TRANSCRIBED: 01/08/22 10:41
   US PREGNANCY EVAL              76805       COMPLETED: 01/07/22 22:31 MEP 16218
   {REASON FOR PELVIS:   PAIN

   PHYSICIAN: LOZANO ROD
```

================================================================
                    R A D I O L O G Y   R E P O R T
================================================================

OBSTETRIC ULTRASOUND (> 14 WEEKS)

CLINICAL HISTORY: Pain

TECHNIQUE: Multiple ultrasound images of the fetus were obtained.

COMPARISON: None.

FINDINGS:

There is a single intrauterine gestation.

Placenta is anterior wall. Placenta is grade 1.

Presentation is cephalic.

Fetal heart rate is 146 beats per minute.

Amniotic fluid index is 11.12 cm.

Measurements are as follows.

BPD: 4.43 mm.

HC: 16.93 mm.

AC: 13.67 mm.

FL: 2.95 mm.

Estimated fetal weight by measurements is 277 grams.

Age by ultrasound is 19 weeks 2 days.

EDD by ultrasound is 6/1/2022.

Docs Responsive to GJ Subpoena
to SC Memorial Hospital

0019

**Starr County Memorial Hospital**
2753 Hospital Court
Rio Grande City, TX 78582

Print Date & Time: 1/9/2022 16:30
Printed by: Norma Aguirre RN

HERRERA, LISELL
MR#: 10421746
DOB :
Unit: LD
Attending: MD RAMIREZ
Age 26
Bed: LDRP4

## LD- Flowsheet

| | | 01/07/22 | | |
|---|---|---|---|---|
| | 19:25 | 20:05 | 20:50 | 20:55 |
| Annotation Comment | Patient presenting to OB RM# 204 as outpatient for a chief complaint of lower abdominal pain, described as "contractions" onset today at 1730. G5, P3, AB1, unable to reall LMP, states had IUD removed August 2021 and found out she was pregnant in October 2021. Patient placed in room, MD R. Lozano made aware of patients arrival, pending MD eval. | Upon SVE by MD, 2 pills found, said to be cytotec in an attempt to have an abortion, that were placed vaginally at 1630 today. Denies any pills inserted rectally or taken orally. Admits to having had an argument with unborn baby's dad and "I thought that was a solution". Also admitted to her friend providing her with the pills from Miguel Aleman MX. Vaginal irrigation with NS 500 mL done by MD R. Lozano. Tolerated fairly. Patient noted to be crying. Advised that abortions are illegal in TX. Verbalized understanding. | | |
| Recorded by | s00454 | s00454 | s00454 | s00454 |

| | 01/07/22 | | | |
|---|---|---|---|---|
| | 21:00 | 21:07 | 21:08 | 21:18 |
| Vital Signs | | | | |
| NBP Sys/Dia (mmHg) | | 96/59 | 78/59 | 85/50 |
| Mean | | 71 | 68 | 69 |
| HR | | 85 86 | 83 | 82 |
| SaO2 (%) | | 100 | | |
| Medications | | | | |
| Tocolytics | Indocin PO mg @ Annotation: 25 MG PO given at this time | | | |
| Anesthesia | | | | |
| LaborFlag | | Antepartum/Labor | Antepartum/Labor | Antepartum/Labor |

LD- Flowsheet
Print Requested by: Norma Aguirre RN

Page 2

**Docs Responsive to GJ Subpoena
to SC Memorial Hospital**

**0066**

**Patient: HERRERA, LIZELLE**
**MRN: 111065**
VisitID: 10421746
956-487-5561
26y, F

**Clinical Report - Nurses**
Starr County Memorial
2573 Hospital Drive, Rio Grande City, TX 78582

Registration Date/Time: 01/08/2022 12:40

### TRIAGE

Arrived by EMS.   Historian: patient.   Patient has a primary care physician.   Primary physician (DR RAMIREZ).
Triage time: 12:42 01/08/2022.   Acuity: LEVEL 3.

Chief Complaint: ABDOMINAL PAIN and VAGINAL BLEEDING.
12:42 01/08/22.   Alert.
This started today.   ( PT AAOX4, 19 WEEKS PREGNANT AS PER EDC, CC OF VAG BLEEDING AND LOWER ABD PAIN ONSET ABOUT 1 HR AGO, PAIN 5/10, PT DC FROM HOSPITAL EARLIER TODAY).

SEPSIS SCREEN: NEGATIVE. SIRS criteria negative: heart rate greater than 90. No possible sources of infection.   --12:50 Lizeth Alanis, RN

12:42 01/08/22.   BP: 125/80. MAP: 95. HR: 118. RR: 17. O2 saturation: 100%. Temp: 99.8 F. Pain level now: 5/10.   --12:50 Lizeth Alanis, RN

12:42 01/08/22.

FETAL HEART TONES: Fetal heart tones: unable to obtain.   --13:25 Lizeth Alanis, RN.
Weight: 91.6 kg. Height/Length: 62 inches. BMI: 37.   --12:42 Lizeth Alanis, RN.

**Medications**
None.   --08:31 Lizeth Alanis, RN.

**Allergies**
No Known Drug Allergy.   --12:42 Lizeth Alanis, RN.

### PROBLEMS:
Pregnant.
Dysfunctional Uterine Bleeding.
Biliary Colic.
Insomnia.   --12:43 Lizeth Alanis, RN.

ADDITIONAL SURGERIES:
Abortion (02/20/2021).
Breast Augmentation.
Tummy Tuck 03/20/2021.   --12:43 Lizeth Alanis, RN.

**History**
12:42 01/08/22.

PAST MEDICAL HX: Immunizations: up-to-date and has received COVID-19: first and second dose.   Last normal menstrual period- EDC06/02/2022. Gravida 5. Para 3. Abortions 1.
SOCIAL HX: Never smoker.   No alcohol use or drug use.   She has not traveled outside the U.S.