# STARR COUNTY SHERIFF'S OFFICE

## INVESTIGATIVE REPORT

| By: Investigator Juan Ramon Guerra Jr.<br>Starr County Sheriff's Office | Date of Occurrence: 01/08/22 |
|---|---|
| Offense 1: Murder | Location of Occurrence: Starr County Memorial Hospital |
| Case Number: 2022-00085 | |

Victim: Herrera, Jasiel Alessandro

Date of Birth: 01/08/22

Address:

Phone Number:

Suspect: Herrera, Lizelle

Date of Birth: 12/07/95

Address: 30 Robin Drive, Falcon Height, 78545

Phone Number: 956-437-0905

Attachments:

1. Investigator Juan Guerra Jr. # 204 interview of CPS Case Worker Daisy Perez.

CONFIDENTIAL EXHIBIT #4

Investigative Report

January 20, 2022

      Investigator Esmeralda Muniz # 208 asked Investigator Juan Guerra Jr. # 204 for assistants in interviewing CPS Case Work Daisy Perez in an ongoing murder investigation that had been reported on January 11, 2022. Investigator Guerra made contact with Daisy at the Starr County Sheriff's Office. Investigator Guerra started the video interview at 2:05pm **(The following is a synopsis of the interview. For full details please review video interview).** Daisy stated the following: Daisy proceeded to 30 Robin Drive Falcon Height Texas to interview Lizelle Herrera. Lizelle stated that on January 7, 2022 she left work early around 3:30pm or 4:00pm to Miguel Aleman Mexico by herself. Lizelle stated she purchased some pills (did not mention name of medication) to have an abortion. Lizelle stated that around 4:30pm she inserted to pills in her vagina. Lizelle also stated that she did not tell anyone about what she was doing. Lizelle stated that she had tried the abortion because, she was having problems with her pregnancy. Lizelle stated that she was tired and feeling sick all the time. On January 7, 2022 at around 7:00pm Lizelle proceeded to the Starr County Memorial Hospital because she was having contractions. Lizelle stated that Doctor Lozano checked her and the baby at the hospital. Lizelle was told by Doctor Lozano that she would be fine and that the baby had a heartbeat. Lizelle stated that she was left at the Starr County Memorial Hospital overnight for observation. Lizelle stated that at around 12:00pm on January 8, 2022 she was released from the hospital. Lizelle made contact with her husband's grandmother (did not mention name for the grandmother) to pick her up at the hospital. Lizelle was taken to her husband's grandmother's residence which is located behind the Dollar General store on FM 3167. Lizelle stated she went to the restroom and she was 10 minutes in the restroom and she had some type of discharge. Lizelle called the ambulance and was picked up via ambulance and taken to the Starr County Memorial Hospital. Lizelle told Daisy that once at her husband's grandmother's residence, she did not take any more pills. Lizelle stated that around 5:30pm Doctor Lozano preformed a C-section on her and her baby boy was taken out. Lizelle was told that she was told that her baby

Page  2          CONFIDENTIAL EXHIBIT #4

boy by the name of Herrera, Jasiel Alessandro deceased. Lizelle told Daisy that she wanted to keep Jasiel and did not want an abortion after all. Daisy had Lizelle call her husband Ismael Herrera to come to the residence for an interview due to him not being at the residence.

Daisy made contact with Ismael at the residence and exampled him about the incident. Ismael was stocked and claimed he did not know anything about Lizelle putting pills in her virgin to have an abortion.

Investigator Guerra ended the video interview at 2:22pm.

Starr County Sheriff Investigator: Juan Ramon Guerra Jr.