## APPLICATION FOR SUBPOENA

**IN RE:**

Investigation                                              Before the Starr County 229th Grand
in Starr County, Texas                                     Jury, January 2022 Term

*To the Clerk of said Court:*

Comes now the State by her Assistant District Attorney ABEL VILLARREAL, JR. and makes this application for the issuance of subpoena for the following individual:

Custodian of Records
Dr. Rodolfo Lozano
Obstetrics & Gynecology Office
1927 US-83
Rio Grande City, Texas 78582
Telephone No.: 956-488-9700

Applicant prays that the said subpoenas be made returnable on the 12th day of January 2022.

AT 10:47 O'CLOCK A.M. FILED

JAN 12 2022

ORLANDO VELASQUEZ
DISTRICT CLERK STARR CO., TX
BY: _____ DEPUTY

ABEL VILLARREAL, JR.
ASSISTANT DISTRICT ATTORNEY

CONFIDENTIAL EXHIBIT #6

## THE STATE OF TEXAS
## GRAND JURY SUBPOENA DUCESTECUM

TO ANY SHERIFF OR PEACE OFFICER OF THE STATE OF TEXAS—GREETING:
YOU ARE HEREBY COMMANDED TO SUMMON:

NAMES OF WITNESSES     LOCATION (ADDRESS)

**Custodian of Records**
**Dr. Rodolfo Lozano**
**Obstetrics & Gynecology Office**
**1927 US-83**
**Rio Grande City, Texas 78582**
**Telephone No.: 956-488-9700**

to be and personally appear on **INSTANTER;** within and for said County at the Court House thereof, in Rio Grande City, Texas, then and there to testify as a witness before the Grand Jury for the **July 2022 Term,** of the **229th District Court** of Starr county, Texas and there to remain from day to day, and from term to term until discharged by said Court. Said above named witness(es) is further commanded to produce at said time and place above set forth the following books, papers, documents or other tangible things, to-wit:

Pursuant to an official investigation being conducted by the Starr County Sheriff's Office, it is directed that your company furnish **any and all medical reports/records/notes and any and all completed labs, pertaining to LIZELLE HERRERA, DOB: 12/07/1995.**

Failure to obey this subpoena is punishable by a fine not exceeding five hundred dollars, to be collected as fines and costs in other criminal cases.

Herein fail not, but of this Subpoena make due return, showing how you have executed the same.

In lieu of appearance in person, the witness may provide the requested information to Investigator Esmeralda Muniz, Starr County Sheriff's Office by email: esmeralda.muniz@starrcountyso.org

Witness my official signature, at Rio Grande City, Texas on this, the _12th_ day of January 2022.

ORLANDO VELASQUEZ
DISTRICT CLERK
RIO GRANDE CITY, TEXAS
BY: _Diaira Comea_
DEPUTY CLERK

ISSUED BUT NOT PREPARED BY DISTRICT CLERK'S OFFICE

*Warning: The proceedings of a Grand Jury shall be secret. Any person unlawfully disclosing information obtained by the Grand Jury is subject to punishment for contempt. Tex. Code Criminal Procedure Article 20.02.*

CONFIDENTIAL EXHIBIT #6