*APPLICATION FOR SUBPOENA*

*IN RE:*

Investigation
in Starr County, Texas

Before the Starr County 229th Grand
Jury, January 2022 Term

*To the Clerk of said Court:*

Comes now the State by her Assistant District Attorney ABEL VILLARREAL, JR. and makes this application for the issuance of subpoena for the following individual:

**Custodian of Records**
**Starr County Memorial Hospital**
**128 N. FM 3167**
**Rio Grande City, Texas 78582**

Applicant prays that the said subpoenas be made returnable on the 12th day of January 2022.

AT 10:47 O'CLOCK A.M.
FILED
JAN 12 2022
ORLANDO VELASQUEZ
DISTRICT CLERK STARR CO. TX.
BY: _____ DEPUTY

_____
ABEL VILLARREAL, JR.
ASSISTANT DISTRICT ATTORNEY

CONFIDENTIAL EXHIBIT #7

# THE STATE OF TEXAS
## GRAND JURY SUBPOENA DUCESTECUM

TO ANY SHERIFF OR PEACE OFFICER OF THE STATE OF TEXAS—GREETING:
YOU ARE HEREBY COMMANDED TO SUMMON:

NAMES OF WITNESSES    LOCATION (ADDRESS)

**Custodian of Records**
**Starr County Memorial Hospital**
**128 N. FM 3167**
**Rio Grande City, Texas 78582**

to be and personally appear on **INSTANTER;** within and for said County at the Court House thereof, in Rio Grande City, Texas, then and there to testify as a witness before the Grand Jury for the **January 2022 Term,** of the **229th District Court** of Starr county, Texas and there to remain from day to day, and from term to term until discharged by said Court. Said above named witness(es) is further commanded to produce at said time and place above set forth the following books, papers, documents or other tangible things, to-wit:

Pursuant to an official investigation being conducted by the Starr County Sheriff's Office, it is directed that your company furnish **any and all medical reports/records/notes and any and all completed labs, pertaining to LIZELLE HERRERA, DOB: 12/07/1995, from January 7, 2022 at 12:00 am to January 10, 2022, 11:59 pm**

Failure to obey this subpoena is punishable by a fine not exceeding five hundred dollars, to be collected as fines and costs in other criminal cases.

Herein fail not, but of this Subpoena make due return, showing how you have executed the same.

In lieu of appearance in person, the witness may provide the requested information to Investigator Esmeralda Muniz, Starr County Sheriff's Office by email: esmeralda.muniz@starrcountyso.org

Witness my official signature, at Rio Grande City, Texas on this, the _12th_ day of January 2022.

ORLANDO VELASQUEZ
DISTRICT CLERK
RIO GRANDE CITY, TEXAS
BY: *Diana Gomez*
DEPUTY CLERK

*ISSUED BUT NOT PREPARED BY DISTRICT CLERK'S OFFICE*

Warning: The proceedings of a Grand Jury shall be secret. Any person unlawfully disclosing information obtained by the Grand Jury is subject to punishment for contempt. Tex. Code Criminal Procedure Article 20.02.

CONFIDENTIAL EXHIBIT #7