Inmate Release Form
STARR COSO

## INMATE DETAILS

**Inmate Name**: HERRERA LIZELLE
**Sex**: F
**Race**: W
**DOB**: 12/07/1995
**CCN**: 810553
**SSN**: 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
**Address**: 30 ROBIN DRV FALCON HEIGHTS TX 78543
**City**: FALCON HEIGHTS
**State**: TX
**Zip**: 78543

## RELEASE

**Release Date Time**: 04/09/2022 16:09
**ATN**: 214012218407
**Officer**: KTREVINO TREVINO, KEILA

## CHARGES

| Code | Title | Type | Release Code |
|---|---|---|---|
| 09990030 | MURDER | F1 | PERSONAL SURETY BAIL UNDERTAKE |

**Comments:** 1. MURDER (F1)
$500,000 SURETY BOND AS PER 381ST JUDGE ORLANDO VASQUEZ
BONDED OUT BY GONZALEZ BAIL BONDS
BOND APPROVED SHERIFF RENE FUENTES
RELEASED BY K.TREVINO #2939

NCIC/TCIC AND LOCAL WARRANTS CLEARED

Inmate Signature: _[signature]_

Releasing Officer Printed Name: K. Trevino

Releasing Officer Signature: _[signature]_ 2939

Remarks: _____

**Printed On:** 4/9/2022 4:09:57 PM
**Printed By:** KTREVINO

Page 1 of 1