**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| **LIZELLE GONZALEZ** § | | |
| Plaintiff § | | |
| § | | |
| Vs. § | CIVIL ACTION 7: 24-CV-00132 | |
| § | | |
| **GOCHA ALLEN RAMIREZ, et al.** § | | |
| Defendants § | | |

**DISTRICT ATTORNEY GOCHA ALLEN RAMIREZ'S
MOTION FOR SUMMARY JUDGMENT BRIEF IN SUPPORT THEREOF**

# EXHIBIT "A"

To Defendant's Motion for Summary Judgment

## ***Video Produced via USB to Court***

Video (RanellRosa_202201111340_VHC2009527_40363263)