CAUSE NO. 22-CR-61

# CAPIAS

# THE STATE OF TEXAS

## TO ANY PEACE OFFICER OF THE STATE OF TEXAS, GREETINGS:

You are Hereby Commanded to Arrest **Lizelle Herrera** DOB: **12/07/1995**, with mailing address of **30 Robin Dr., Falcon Heights, TX 78545 OR WHEREVER SHE MAY BE FOUND** and have safely keep, so that you have him/her before **The Honorable 381st District Court of Starr County Texas,** at the Court house of said County, in the City of Rio Grande City, Texas. Immediately, then and there to answer The State of Texas upon a Capias Issued in Said Court, Charging Lizelle Herrera with the offense of **MURDER** herein fail not, but due return make hereof as the law directs.

WITNESS MY SIGNATURE AND OFFICIAL SEAL, ON THIS THE 5th day of April, 2022.



Orlando Velasquez
381ST DISTRICT COURT CLERK
STARR COUNTY, TEXAS
BY: DEPUTY CLERK

L. Gonzalez 000001

| |
|---|
| # CAPIAS<br>## INSTATNER-D.C<br>File No. 22-CR-61<br>## THE STATE OF TEXAS<br>VS.<br>## LIZELLE HERRERA |
| ISSUED ON: 04 05 2022.<br><br>Orlando Velasquez<br>STARR COUNTY DISTRICT CLERK<br>By: *Zelda Leija* (signature)<br>DEPUTY CLERK |
| THE AMOUNT OF BAIL FIXED BY THE COURT IN THIS CASE IS $_____ |
| FILED ON: _____, \_\_\_\_<br><br>Orlando Velasquez<br>STARR COUNTY DISTRICT CLERK<br>By: _____<br>DEPUTY CLERK |

### PEACE OFFICER'S RETURN

CAME TO HAND ON THE \_\_ DAY OF _____, 20\_\_\_ AT _____ O'CLOCK \_\_\_M.

AND EXECUTED ON THE \_\_ DAY OF _____, 20\_\_\_ AT _____ O'CLOCK \_\_\_M..

BY ARRESTING THE WITHIN NAMED DA Lizelle Herrera AT _____ IN _____ IN THE COUNTY JAIL OF STARR COUNTY, TEXAS.

RETURNED ON THIS _____ DAY OF _____ A.D. _____ .

FEE-------------$_____

MILEAGE-----$_____      PEACE OFFICER STARR COUNTY.

TOTAL--------$_____     BY_____ DEPUTY

L. Gonzalez 000002

# INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS

**THE GRAND JURY OF STARR COUNTY, TEXAS**, duly selected, empanelled, sworn, charged, and organized at the **JANUARY 2022 TERM** of the **229th Judicial District Court** for Starr County, upon their oaths present to said Court that, **LIZELLE HERRERA**, Defendant, on or about the **7th day of January, 2022**, and before the presentment of this indictment, in Starr County, Texas did then and there intentionally and knowingly cause the death of an individual J.A.H, by a self-induced abortion,

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

*[signature]*
**GRAND JURY FOREMAN**

FILED
AT 3:44 O'CLOCK P M

MAR 30 2022

ORLANDO VELASQUEZ
DISTRICT CLERK STARR CO. TX
*[signature]* DEPUTY

*[381st District Court Starr County, Texas seal]*

A TRUE COPY I CERTIFY
ORLANDO VELASQUEZ

APR 05 2022     L. Gonzalez     000003

DISTRICT CLERK STARR COUNTY TEXAS

4-1-22

CAUSE NO. 22-CR__-61

BOND AMOUNT $ 500,000.00 S.B.

**OFFENSE:**
MURDER

WITNESSES FOR THE STATE

_____

_____

_____

STATE'S PROSECUTOR

GOCHA ALLEN RAMIREZ

**THE STATE OF TEXAS**  }{

**COUNTY OF STARR**  }{

I, Orlando Velasquez, Clerk of the District Court within and for the County and State aforesaid, do certify that the foregoing contains a true and correct copy of indictment in Cause No. 22-CR__-61, of the State of Texas v. **LIZELLE HERRERA,** as now on file in this office. **IN TESTIMONY WHEREOF** I hereto set my hand and official seal, this the 30th day of March, A.D., 2022.

**ORLANDO VELASQUEZ
CLERK OF THE 381st
DISTRICT COURT**

By: _Zeida Rija_ Deputy, Starr County, Texas.

L. Gonzalez 000004

**BRENDALY GUERRERO**
**CHIEF DEPUTY**

PHONE (956) 716-4800  EXT8482
FAX (956) 487 8493



**ORLANDO VELASQUEZ**
DISTRICT CLERK
STARR COUNTY COURTHOUSE, ROOM 304
RIO GRANDE CITY, TEXAS 78582

# RECEIPT

**AN ITEMIZED LIST OF CONTENTS, RECEVIED BY OUR OFFICE FROM
THE OFFICE OF ORLANDO VELASQUEZ-DISTRICT CLERK IS AS FOLLOWS:**

| | | | |
|---|---|---|---|
| CITATION BY PERSONAL | ☐ | WRIT TO SERVE | ☐ |
| SUBPOENA | ☐ | JUDGMENT NISI | ☐ |
| CAPIAS | ☒ | JURY BOOK INDEX | ☐ |
| SUMMONS | ☐ | OTHER/ NOTICE | ☐ |

**CAUSE: 22-CR-61**
**The State of Texas vs. DA Case #: 32848**
**ISSUED ON Tuesday, April 05, 2022**

**PICKED UP ON THIS THE** _____ **DAY OF** _____, **2022**

| | | | |
|---|---|---|---|
| ☐ | ROMA POLICE DEPARTMENT | ☒ | SHERIFF DEPARTMENT |
| ☐ | R.G.C. POLICE DEPARTMENT | ☐ | DPS |
| ☐ | CONSTABLE | ☐ | DISTRICT ATTORNEY |
| ☐ | CIVIL PROCESSOR | ☐ | OTHER |

L. Gonzalez 000005