From: +19563426720 Brandy Voss
To: +19568445148 Ramirez (owner)

Every officer of election shall retain and preserve, for a period of twenty-two months from the date of any general, special, or primary election of which candidates for the office of President, Vice President, presidential elector, Member of the Senate, Member of the House of Representatives, or Resident Commissioner from the Commonwealth of Puerto Rico are voted for, all records and papers which come into his possession relating to any application, registration, payment of poll tax, or other act requisite to voting in such election, except that, when required by law, such records and papers may be delivered to another officer of election and except that, if a State or the Commonwealth of Puerto Rico designates a custodian to retain and preserve these records and papers at a specified place, then such records and papers may be deposited with such custodian, and the duty to retain and preserve any record or paper so deposited shall devolve upon such custodian. Any officer of election or custodian who willfully fails to comply with this section shall be fined not more than $1,000 or imprisoned not more than one year, or both.
52 U.S.C.A. § 20701 (West)

Any person, whether or not an officer of election or custodian, who willfully steals, destroys, conceals, mutilates, or alters any record or paper required by section 20701 of this title to be retained and preserved shall be fined not more than $1,000 or imprisoned not more than one year, or both.
52 U.S.C.A. § 20702 (West)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19568445148 Ramirez | | 3/4/2022 9:41:11 PM(UTC-6) | |

**Status:** Read
**Platform:**

3/4/2022 9:07:59 PM(UTC-6)

---

From: +19563426720 Brandy Voss
To: +19568445148 Ramirez (owner)

Good afternoon! Please vote for Joe Escobedo for President of the State Bar of Texas! You should have received your ballot via email (please check your junk folder if not in your inbox). If you would prefer to vote via paper ballot, you should receive that in the mail today. Voting will be held from April 1st through 5:00 p.m. on May 2nd.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19568445148 Ramirez | | 4/1/2022 1:45:22 PM(UTC-5) | |

**Status:** Read
**Platform:**

4/1/2022 1:25:06 PM(UTC-5)

---

From: +19563426720 Brandy Voss
To: +19568445148 Ramirez (owner)

Do you have time for a quick call? It's Brandy Wingate Voss

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19568445148 Ramirez | | 4/9/2022 4:32:30 PM(UTC-5) | |

**Status:** Read
**Platform:**

4/9/2022 4:26:25 PM(UTC-5)

From: +19563426720 Brandy Voss
To: +19568445148 Ramirez (owner)

**Kind of urgent**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19568445148 Ramirez | | 4/9/2022 4:32:30 PM(UTC-5) | |

**Status:** Read
**Platform:**

4/9/2022 4:26:32 PM(UTC-5)

---

From: +19563426720 Brandy Voss
To: +19568445148 Ramirez (owner)

Eek! Sorry I missed you! I stepped away for a second! Called you back

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19568445148 Ramirez | | 4/9/2022 5:11:02 PM(UTC-5) | |

**Status:** Read
**Platform:**

4/9/2022 5:02:50 PM(UTC-5)

---

From: +19563426720 Brandy Voss
To: +19568445148 Ramirez (owner)

**Press release**

**Attachments:**

Title: abortion_pill_release_edwards_06102015.pdf
Size: 203781
File name: ~/Library/SMS/Attachments/00/00/at_0_0CA44FCD-A334-4EC1-BA9C-0ED5C13D4586/abortion_pill_release_edwards_06102015.pdf
Path: https://p36-content.icloud.com/M1A7D64E8BFF6D64FF2280DE1417887F741770AAA920C048CF379805B1C94DCA9.C01USN00
[~/Library/SMS/Attachments/00/00/at_0_0CA44FCD-A334-4EC1-BA9C-0ED5C13D4586/abortion_pill_release_edwards_06102015.pdf]

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19568445148 Ramirez | | 4/9/2022 5:18:56 PM(UTC-5) | |

**Status:** Read
**Platform:**

4/9/2022 5:11:33 PM(UTC-5)

314

From: +19563426720 Brandy Voss
To: +19568445148 Ramirez (owner)

19.06

**Attachments:**



Title: § 19.06. Applicability to Certain Conduct.jpeg
Size: 454357
File name: ~/Library/SMS/Attachments/ba/10/at_0_BD2BEE11-66A4-44CE-9020-6234248C2A0E/§ 19.06. Applicability to Certain Conduct.jpeg
Path: https://p33-content.icloud.com/M1A7D64E8BFF6D64FF2280DE1417887F741770AAA920C048CF379805B1C94DCA9.C01USN00
~/Library/SMS/Attachments/ba/10/at_0_BD2BEE11-66A4-44CE-9020-6234248C2A0E/§ 19.06. Applicability to Certain Conduct.jpeg

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19568445148 Ramirez | | 4/9/2022 5:18:56 PM(UTC-5) | |

**Status:** Read
**Platform:**

4/9/2022 5:11:53 PM(UTC-5)



From: +19563426720 Brandy Voss
To: +19568445148 Ramirez (owner)

Thanks friend! Appreciate you taking the time to talk to me!

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19568445148 Ramirez | | 4/9/2022 5:18:56 PM(UTC-5) | |

**Status:** Read
**Platform:**

4/9/2022 5:12:11 PM(UTC-5)

From: +19563426720 Brandy Voss
To: +19568445148 Ramirez (owner)

I read your press release. Well done

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19568445148 Ramirez | | 4/10/2022 2:48:06 PM(UTC-5) | |

**Status:** Read
**Platform:**

4/10/2022 2:28:51 PM(UTC-5)

From: +19568445148 Ramirez (owner)

Thank you. And thank you for your call. I hardly know you but I am surely indebted to you.

**Priority:** Normal
**Status:** Sent
**Platform:**

4/10/2022 2:50:07 PM(UTC-5)

From: +19563426720 Brandy Voss
To: +19568445148 Ramirez (owner)

Glad to help any time.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19568445148 Ramirez | | 4/10/2022 2:50:46 PM(UTC-5) | |

**Status:** Read
**Platform:**

4/10/2022 2:50:42 PM(UTC-5)

From: +19563426720 Brandy Voss
To: +19568445148 Ramirez (owner)

To be clear, you're not indebted to me at all. I'm grateful for public servants who are fair and just, and today you showed that you are. I'm just a lawyer who has plenty of opinions to share ;) I'll gladly share them with anyone who will listen!

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19568445148 Ramirez | | | |

**Status:** Read
**Platform:**

4/10/2022 9:50:36 PM(UTC-5)

| # | | Deleted | * |
|---|---|---|---|

316

From: +19568445250 Hilda Garza
To: +19568445148 Ramirez (owner)

Gocha, I just read indictment. Did prosecutor presenting case to grand jury look at Penal Code 19.06. I have been getting calls from reporters, Democratic Party and others about her case.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19568445148 Ramirez | | 4/9/2022 6:28:49 PM(UTC-5) | |

**Status:** Read
**Platform:**

4/9/2022 6:21:53 PM(UTC-5)



From: +19568445250 Hilda Garza
To: +19568445148 Ramirez (owner)

Just FYI

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19568445148 Ramirez | | 4/9/2022 6:28:49 PM(UTC-5) | |

**Status:** Read
**Platform:**

4/9/2022 6:22:13 PM(UTC-5)

> From: +19568445148 Ramirez (owner)
> I know. I'm going to have to correct this. I'll put out a statement tomorrow
> Priority: Normal
> Status: Sent
> Platform:
>
> 4/9/2022 6:29:33 PM(UTC-5)

From: +19568445250 Hilda Garza
To: +19568445148 Ramirez (owner)

Please, I had Democratic Party representatives and party chairs wanting to come to her aid with defense attorneys and financial support and safe housing today. I told them she had posted bond and I heard Calixtro might represent her.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19568445148 Ramirez | | 4/9/2022 6:31:18 PM(UTC-5) | |

Status: Read
Platform:

4/9/2022 6:31:11 PM(UTC-5)

From: +19568445250 Hilda Garza
To: +19568445148 Ramirez (owner)

Gocha, I just read your Facebook post. Thank you. Just forwarded to all the reporters, Democratic Party Representatives and non profit that had rally.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19568445148 Ramirez | | 4/10/2022 12:35:39 PM(UTC-5) | |

Status: Read
Platform:

4/10/2022 12:18:28 PM(UTC-5)

| # | | Deleted | * |
|---|---|---|---|