## AFFIDAVIT OF HILDA GONZÁLEZ GARZA

| | |
|---|---|
| THE STATE OF TEXAS | * |
| | * |
| COUNTY OF STARR | * |

**BEFORE ME,** the undersigned notary public, on this day personally appeared Hilda González Garza, known to me, who being duly sworn, on her oath stated:

"My name is Hilda González Garza, I am an attorney, my office address in 205 E. Fifth St., Rio Grande City, Texas 78582. I am of sound mind and capable of making this affidavit.

I am making this affidavit addressing the *Civil Action No. 7:24-cv-00132; Lizelle Gonzalez, Plaintiff v. Gocha Allen Ramirez, Alexandria Lynn Barrera, Starr County, and Rene Fuentes, Defendants; United State District Court for the Southern District of Texas, McAllen Division.*

I do not have any personal knowledge of any events that led to the indictment or arrest of Lizelle Gonzalez, a/k/a Lizelle Herrera on the charges of murder."

Further, affiant sayeth not.

_____
Hilda González Garza

**SWORN AND SUBSCRIBED TO BEFORE ME,** on this the 21st day of March, 2025.

STEPHANIE MARTINEZ
Notary Public, State of Texas
Comm. Expires 01-28-2028
Notary ID 130515101

_____
NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS