# AFFIDAVIT OF MARTIE GARCIA-VELA

**THE STATE OF TEXAS**  *

**COUNTY OF STARR**  *

*

**BEFORE ME,** the undersigned notary public, on this day personally appeared Martie Garcia Vela, known to me, who being duly sworn, on her oath stated:

"My name is Martie Garcia Vela, I am an attorney, my office address is 4101 Washington Avenue Houston, Texas 77007. I am of sound mind and capable of making this affidavit.

I am making this affidavit addressing the *Civil Action No. 7:24-cv-00132; Lizelle Gonzalez, Plaintiff v Gocha Allen Ramirez, Alexandria Lynn Barrera, Starr County, Rene Fuentes, Defendants; United State's District Court for the Southern District of Texas, McAllen Division.*

I do not have any personal knowledge of any events that led to the indictment or arrest of Lizelle Gonzalez, a/k/a Lizelle Herrera on the charges of murder."

Further, affiant sayeth not.

_____
Martie Garcia-Vela

SWORN AND SUBSCRIBED TO BEFORE ME, on this the 26th day of March.

SYLVIA GARCIA
Notary ID #128071094
My Commission Expires
October 31, 2025

_____
NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS