IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **LIZELLE GONZALEZ**     Plaintiff | § § § | |
| Vs. | § § | CIVIL ACTION 7:24-CV-00132 |
| **GOCHA ALLEN RAMIREZ, et al.**     Defendants | § § § | |

**ORDER ON DEFENDANT DISTRICT ATTORNEY GOCHA ALLEN RAMIREZ' MOTION FOR SUMMARY JUDGMENT**

===============================================================

On this day the Court took under consideration the Motion for Summary Judgment filed on behalf of Individual Defendant Gocha Allen Ramirez; a state prosecutor sued in their Individual Capacity.

After consideration of the Motion, the response thereto, and the materials pertinent to the Motion, the Court finds that the Motion has merit and should be Granted.

IT IS, THEREFORE, ORDERED that the claims and causes of action by Plaintiff against Defendant Gocha Allen Ramirez is DISMISSED WITH PREJUDICE.

SO ORDERED.

SIGNED this _____ day of _____, 2025.

_____
U.S. DISTRICT COURT