From: +19564374054 Alexandria Barrera (owner)
To: +19567355296 Inv. Esmer Muniz

**Good morning, we have grand jury the 18th**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19567355296 Inv. Esmer Muniz | 2/2/2022 9:07:27 AM(UTC-6) | 2/2/2022 11:15:22 AM(UTC-6) | |

Status: Sent
Platform:

2/2/2022 9:07:26 AM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4542B0C (Table: message, handle, Size: 160223232 bytes)

---

From: +19567355296 Inv. Esmer Muniz
To: +19564374054 Alexandria Barrera (owner)

**Good morning, ok thank you**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 2/2/2022 11:22:03 AM(UTC-6) | |

Status: Read
Platform:

2/2/2022 11:15:30 AM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4546B2A (Table: message, handle, Size: 160223232 bytes)

---

From: +19567355296 Inv. Esmer Muniz
To: +19564374054 Alexandria Barrera (owner)

**Good morning, wut do I need for grand jury ?**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 2/15/2022 9:16:12 AM(UTC-6) | |

Status: Read
Platform:

2/15/2022 8:55:51 AM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x45E2204 (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

**From:** +19564374054 Alexandria Barrera (owner)
**To:** +19567355296 Inv. Esmer Muniz

Hi Esmer. Just the whole packet investigation and I will prob need you. Will you be available Friday morning?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19567355296 Inv. Esmer Muniz | 2/15/2022 9:16:35 AM(UTC-6) | 2/15/2022 9:17:04 AM(UTC-6) | |

**Status:** Sent
**Platform:**

2/15/2022 9:16:34 AM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x45E3F85 (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

---

**From:** +19567355296 Inv. Esmer Muniz
**To:** +19564374054 Alexandria Barrera (owner)

It's my day off but I will come in, wut time?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 2/15/2022 9:17:38 AM(UTC-6) | |

**Status:** Read
**Platform:**

2/15/2022 9:17:36 AM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x45E37E5 (Table: message, handle, Size: 160223232 bytes)

---

**From:** +19564374054 Alexandria Barrera (owner)
**To:** +19567355296 Inv. Esmer Muniz

9am

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19567355296 Inv. Esmer Muniz | 2/15/2022 9:17:44 AM(UTC-6) | 2/15/2022 9:17:44 AM(UTC-6) | |

**Status:** Sent
**Platform:**

2/15/2022 9:17:43 AM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x45E35A4 (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

87

**From:** +19567355296 Inv. Esmer Muniz
**To:** +19564374054 Alexandria Barrera (owner)

The investigation packet still needs some typing … does it have to be finished?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 2/15/2022 9:18:00 AM(UTC-6) | |

**Status:** Read
**Platform:**

2/15/2022 9:18:01 AM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x45E4F83 (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

---

**From:** +19564374054 Alexandria Barrera (owner)
**To:** +19567355296 Inv. Esmer Muniz

Yes it does, it has to be turned in

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19567355296 Inv. Esmer Muniz | 2/15/2022 9:18:16 AM(UTC-6) | | |

**Status:** Sent
**Platform:**

2/15/2022 9:18:15 AM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x45E4D05 (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

---

**From:** +19564374054 Alexandria Barrera (owner)
**To:** +19567355296 Inv. Esmer Muniz

It won't be done by Wednesday afternoon?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19567355296 Inv. Esmer Muniz | 2/15/2022 9:18:33 AM(UTC-6) | 2/15/2022 9:19:24 AM(UTC-6) | |

**Status:** Sent
**Platform:**

2/15/2022 9:18:31 AM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x45E4AAF (Table: message, handle, Size: 160223232 bytes)

**From:** +19567355296 Inv. Esmer Muniz
**To:** +19564374054 Alexandria Barrera (owner)

I need 3 interviews to finish typing…. I will have by Wednesday afternoon

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 2/15/2022 9:20:30 AM(UTC-6) | |

**Status:** Read
**Platform:**

2/15/2022 9:20:27 AM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x45E5F83 (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

---

**From:** +19564374054 Alexandria Barrera (owner)
**To:** +19567355296 Inv. Esmer Muniz

Ok thanks!

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19567355296 Inv. Esmer Muniz | 2/15/2022 9:20:37 AM(UTC-6) | 2/15/2022 9:20:41 AM(UTC-6) | |

**Status:** Sent
**Platform:**

2/15/2022 9:20:37 AM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x45E583F (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

---

**From:** +19567355296 Inv. Esmer Muniz
**To:** +19564374054 Alexandria Barrera (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 2/15/2022 9:23:54 AM(UTC-6) | |

**Status:** Read
**Platform:**

2/15/2022 9:20:48 AM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x45E5617 (Table: message, handle, Size: 160223232 bytes)

**From:** +19567355296 Inv. Esmer Muniz
**To:** +19564374054 Alexandria Barrera (owner)

I will be taking the case in the morning… the subpoena for the hospital records will be ready for pick up tomorrow at 8 so I will swing by at that time

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 2/16/2022 4:36:37 PM(UTC-6) | |

**Status:** Read
**Platform:**

2/16/2022 4:32:47 PM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x45F7F83 (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

---

**From:** +19564374054 Alexandria Barrera (owner)
**To:** +19567355296 Inv. Esmer Muniz

Ok

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19567355296 Inv. Esmer Muniz | 2/16/2022 4:36:42 PM(UTC-6) | 2/16/2022 4:36:51 PM(UTC-6) | |

**Status:** Sent
**Platform:**

2/16/2022 4:36:42 PM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x45F7813 (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

---

**From:** +19564374054 Alexandria Barrera (owner)
**To:** +19567355296 Inv. Esmer Muniz

Morning Esmer! Were you able to take case?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19567355296 Inv. Esmer Muniz | 2/17/2022 10:16:04 AM(UTC-6) | 2/17/2022 6:18:43 PM(UTC-6) | |

**Status:** Sent
**Platform:**

2/17/2022 10:16:03 AM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x45FBF85 (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

**From:** +19567355296 Inv. Esmer Muniz
**To:** +19564374054 Alexandria Barrera (owner)

Hello, had a family emergency… I'm in Houston… I had txt Aguirre in the early morning to pick up medical records…. Let me check with Aguirre to see if it was turned in … sorry I'm replying late, my dad is in critical condition

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 2/17/2022 7:19:31 PM(UTC-6) | |

**Status:** Read
**Platform:**

2/17/2022 6:20:20 PM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x45FE3BB (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

---

**From:** +19564374054 Alexandria Barrera (owner)
**To:** +19567355296 Inv. Esmer Muniz

I'm sorry to hear that. Don't worry.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19567355296 Inv. Esmer Muniz | 2/17/2022 7:34:10 PM(UTC-6) | 2/17/2022 8:36:43 PM(UTC-6) | |

**Status:** Sent
**Platform:**

2/17/2022 7:32:01 PM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x45FFF85 (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

---

**From:** +19567355296 Inv. Esmer Muniz
**To:** +19564374054 Alexandria Barrera (owner)

Thank you

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 2/17/2022 8:36:51 PM(UTC-6) | |

**Status:** Read
**Platform:**

2/17/2022 8:36:48 PM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x45FFD23 (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

91





From: +19567355296 Inv. Esmer Muniz
To: +19564374054 Alexandria Barrera (owner)

Good morning, when is the next grand jury date to present case of the fetus
**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 3/9/2022 11:15:41 AM(UTC-6) | |

**Status:** Read
**Platform:**

3/9/2022 11:01:36 AM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x46E3F83 (Table: message, handle, Size: 160223232 bytes)

**From:** +19564374054 Alexandria Barrera (owner)
**To:** +19567355296 Inv. Esmer Muniz

3/25

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19567355296 Inv. Esmer Muniz | 3/9/2022 11:15:49 AM(UTC-6) | 3/9/2022 11:20:08 AM(UTC-6) | |

**Status:** Sent
**Platform:**

3/9/2022 11:15:48 AM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x46E3D09 (Table: message, handle, Size: 160223232 bytes)

---

**From:** +19567355296 Inv. Esmer Muniz
**To:** +19564374054 Alexandria Barrera (owner)

Ok thank you, I will be ready for that day with the case of the fetus

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 3/9/2022 11:33:36 AM(UTC-6) | |

**Status:** Read
**Platform:**

3/9/2022 11:33:17 AM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x46E7F83 (Table: message, handle, Size: 160223232 bytes)

---

**From:** +19564374054 Alexandria Barrera (owner)
**To:** +19567355296 Inv. Esmer Muniz

Okay but i need it before to review it

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19567355296 Inv. Esmer Muniz | 3/9/2022 11:33:46 AM(UTC-6) | 3/9/2022 11:35:40 AM(UTC-6) | |

**Status:** Sent
**Platform:**

3/9/2022 11:33:45 AM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x46E7A0E (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

**From:** +19567355296 Inv. Esmer Muniz
**To:** +19564374054 Alexandria Barrera (owner)

Ok, I will txt you once the packet is complete

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 3/9/2022 12:48:18 PM(UTC-6) | |

**Status:** Read
**Platform:**

3/9/2022 11:36:48 AM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x46E8CDB (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

---

**From:** +19564374054 Alexandria Barrera (owner)
**To:** +19567355296 Inv. Esmer Muniz

By when do you think you can have it in?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19567355296 Inv. Esmer Muniz | 3/9/2022 12:48:35 PM(UTC-6) | | |

**Status:** Sent
**Platform:**

3/9/2022 12:48:27 PM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x46E8498 (Table: message, handle, Size: 160223232 bytes)

---

**From:** +19564374054 Alexandria Barrera (owner)
**To:** +19567355296 Inv. Esmer Muniz

I'll be out some days next weeks.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19567355296 Inv. Esmer Muniz | 3/9/2022 12:48:35 PM(UTC-6) | 3/9/2022 12:48:47 PM(UTC-6) | |

**Status:** Sent
**Platform:**

3/9/2022 12:48:34 PM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x46E8236 (Table: message, handle, Size: 160223232 bytes)

**From:** +19567355296 Inv. Esmer Muniz
**To:** +19564374054 Alexandria Barrera (owner)

Monday or Tuesday, I'll finish making the copies and burning the cd's

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 3/9/2022 12:51:54 PM(UTC-6) | |

**Status:** Read
**Platform:**

3/9/2022 12:49:56 PM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x46E9D2F (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

---

**From:** +19567355296 Inv. Esmer Muniz
**To:** +19564374054 Alexandria Barrera (owner)

Good afternoon, yesterday I was out most of the day and did take the case… if you're there today let me know so I can go over and drop it off

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 3/16/2022 2:31:47 PM(UTC-5) | |

**Status:** Read
**Platform:**

3/16/2022 2:29:17 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x472BD7A (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

---

**From:** +19564374054 Alexandria Barrera (owner)
**To:** +19567355296 Inv. Esmer Muniz

I will be there tomorrow. But I do need that file tomorrow please.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19567355296 Inv. Esmer Muniz | 3/16/2022 7:08:46 PM(UTC-5) | 3/16/2022 7:08:53 PM(UTC-5) | |

**Status:** Sent
**Platform:**

3/16/2022 7:08:45 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x472EF85 (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

From: +19567355296 Inv. Esmer Muniz
To: +19564374054 Alexandria Barrera (owner)

Yes it's ready… I will go over in the morning, thanks

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 3/16/2022 7:09:33 PM(UTC-5) | |

**Status:** Read
**Platform:**

3/16/2022 7:09:22 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x472E753 (Table: message, handle, Size: 160223232 bytes)

---

From: +19567355296 Inv. Esmer Muniz
To: +19564374054 Alexandria Barrera (owner)

On my way to drop off case, do I drop it off with you or downstairs like we drop them off ?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 3/17/2022 11:51:44 AM(UTC-5) | |

**Status:** Read
**Platform:**

3/17/2022 11:51:39 AM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4730F83 (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

---

From: +19564374054 Alexandria Barrera (owner)
To: +19567355296 Inv. Esmer Muniz

Downstairs

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19567355296 Inv. Esmer Muniz | 3/17/2022 11:54:47 AM(UTC-5) | | |

**Status:** Sent
**Platform:**

3/17/2022 11:51:50 AM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4730CF3 (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

**From:** +19564374054 Alexandria Barrera (owner)
**To:** +19567355296 Inv. Esmer Muniz

Not sure if Trini will be there since it's lunch time

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19567355296 Inv. Esmer Muniz | 3/17/2022 11:54:47 AM(UTC-5) | 3/17/2022 11:55:46 AM(UTC-5) | |

**Status:** Sent
**Platform:**

3/17/2022 11:52:02 AM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4730ACD (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

---

**From:** +19567355296 Inv. Esmer Muniz
**To:** +19564374054 Alexandria Barrera (owner)

Ok I'll try after lunch

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 3/17/2022 12:09:36 PM(UTC-5) | |

**Status:** Read
**Platform:**

3/17/2022 11:55:58 AM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x473084B (Table: message, handle, Size: 160223232 bytes)

---

**From:** +19564374054 Alexandria Barrera (owner)
**To:** +19567355296 Inv. Esmer Muniz

Were you able to bring it in?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19567355296 Inv. Esmer Muniz | 3/17/2022 2:25:18 PM(UTC-5) | 3/17/2022 2:35:25 PM(UTC-5) | |

**Status:** Sent
**Platform:**

3/17/2022 2:20:24 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x47313E5 (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

101

From: +19567355296 Inv. Esmer Muniz
To: +19564374054 Alexandria Barrera (owner)

I'm here, there's one turning in cases in front of me then I'm next

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 3/17/2022 2:35:43 PM(UTC-5) | |

**Status:** Read
**Platform:**

3/17/2022 2:35:36 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4732D1E (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

---

From: +19567355296 Inv. Esmer Muniz
To: +19564374054 Alexandria Barrera (owner)

Ricky took it so they are going to send upstairs to you

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | 3/17/2022 2:41:41 PM(UTC-5) | 3/17/2022 2:41:41 PM(UTC-5) | |

**Status:** Read
**Platform:**

3/17/2022 2:41:30 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4732A9E (Table: message, handle, Size: 160223232 bytes)

---

From: +19564374054 Alexandria Barrera (owner)
To: +19567355296 Inv. Esmer Muniz

Thank you

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19567355296 Inv. Esmer Muniz | 3/17/2022 2:41:42 PM(UTC-5) | 3/17/2022 2:41:42 PM(UTC-5) | |

**Status:** Sent
**Platform:**

3/17/2022 2:41:41 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4732867 (Table: message, handle, Size: 160223232 bytes)

From: +19567355296 Inv. Esmer Muniz
To: +19564374054 Alexandria Barrera (owner)

thank you, stay cool cuz it's hot outside lol

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 3/17/2022 2:58:33 PM(UTC-5) | |

**Status:** Read
**Platform:**

3/17/2022 2:42:21 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4732672 (Table: message, handle, Size: 160223232 bytes)

---

From: +19564374054 Alexandria Barrera (owner)
To: +19567355296 Inv. Esmer Muniz

Lol, you too!

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19567355296 Inv. Esmer Muniz | 3/17/2022 2:58:39 PM(UTC-5) | | |

**Status:** Sent
**Platform:**

3/17/2022 2:58:37 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4732431 (Table: message, handle, Size: 160223232 bytes)

---

From: +19564374054 Alexandria Barrera (owner)
To: +19567355296 Inv. Esmer Muniz

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19567355296 Inv. Esmer Muniz | 3/17/2022 2:58:41 PM(UTC-5) | 3/17/2022 3:08:35 PM(UTC-5) | |

**Status:** Sent
**Platform:**

3/17/2022 2:58:40 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4732205 (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

From: +19567355296 Inv. Esmer Muniz
To: +19564374054 Alexandria Barrera (owner)

Loved "Lol, you too! "

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 3/17/2022 4:15:52 PM(UTC-5) | |

**Status:** Read
**Platform:**

3/17/2022 3:08:35 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4733D4D (Table: message, handle, Size: 160223232 bytes)





**From:** +19567355296 Inv. Esmer Muniz
**To:** +19564374054 Alexandria Barrera (owner)

Hello, tomorrow I take my folder or they are going review the binder I turned in? I've never done this, this is the first time

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 3/24/2022 3:54:15 PM(UTC-5) | |

**Status:** Read
**Platform:**

3/24/2022 3:53:57 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4794A95 (Table: message, handle, Size: 160223232 bytes)

---

**From:** +19564374054 Alexandria Barrera (owner)
**To:** +19567355296 Inv. Esmer Muniz

Hey. You don't need to bring anything. I'll present the case and you can be in there with me in case they have any questions for you.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19567355296 Inv. Esmer Muniz | 3/24/2022 3:54:46 PM(UTC-5) | 3/24/2022 3:55:48 PM(UTC-5) | |

**Status:** Sent
**Platform:**

3/24/2022 3:54:45 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4794495 (Table: message, handle, Size: 160223232 bytes)

---

**From:** +19567355296 Inv. Esmer Muniz
**To:** +19564374054 Alexandria Barrera (owner)

Ok, thank you

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 3/24/2022 3:59:53 PM(UTC-5) | |

**Status:** Read
**Platform:**

3/24/2022 3:56:14 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4795F83 (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

106

From: +19564374054 Alexandria Barrera (owner)
To: +19567355296 Inv. Esmer Muniz

**They indicted her on murder**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19567355296 Inv. Esmer Muniz | 3/25/2022 12:27:15 PM(UTC-5) | 3/25/2022 12:27:33 PM(UTC-5) | |

Status: Sent
Platform:

3/25/2022 12:27:13 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x47A07F7 (Table: message, handle, Size: 160223232 bytes)

---

From: +19567355296 Inv. Esmer Muniz
To: +19564374054 Alexandria Barrera (owner)

**Ok**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 3/25/2022 12:28:31 PM(UTC-5) | |

Status: Read
Platform:

3/25/2022 12:28:29 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x47A05AF (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

---

From: +19567355296 Inv. Esmer Muniz
To: +19564374054 Alexandria Barrera (owner)

**Wuts my next step ?**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 3/25/2022 1:45:36 PM(UTC-5) | |

Status: Read
Platform:

3/25/2022 1:17:23 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x47A2C8C (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

From: +19567355296 Inv. Esmer Muniz
To: +19564374054 Alexandria Barrera (owner)

Ok, thank you

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 3/31/2022 8:00:16 PM(UTC-5) | |

**Status:** Read
**Platform:**

3/31/2022 6:16:09 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x47DF3CC (Table: message, handle, Size: 160223232 bytes)

---

From: +19567355296 Inv. Esmer Muniz
To: +19564374054 Alexandria Barrera (owner)

Good afternoon

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 4/7/2022 1:07:30 PM(UTC-5) | |

**Status:** Read
**Platform:**

4/7/2022 12:49:17 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x483A6F6 (Table: message, handle, Size: 160223232 bytes)

---

From: +19567355296 Inv. Esmer Muniz
To: +19564374054 Alexandria Barrera (owner)

Just to let you know that the indictment was executed today and she is already in the jail

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 4/7/2022 1:07:30 PM(UTC-5) | |

**Status:** Read
**Platform:**

4/7/2022 12:49:59 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x483BF83 (Table: message, handle, Size: 160223232 bytes)