Filed: 4/7/2022 1:45 PM
Orlando Velasquez, District Clerk
Starr County, Texas

Diana Correa

# CAUSE NO. CC-22-209

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE COUNTY COURT |
| THE MARRIAGE OF | § | |
| | § | |
| ISMAEL HERRERA | § | AT LAW OF |
| AND | § | |
| LICELLE GONZALEZ | § | |
| | § | |
| AND IN THE INTEREST OF | § | STARR COUNTY, TEXAS |
| ISMAEL HERRERA III AND | § | |
| RAYMOND I. HERRERA, CHILDREN | | |

## ORIGINAL PETITION FOR DIVORCE

*1.    Discovery Level*

Discovery in this case is intended to be conducted under level 2 of rule 190 of the Texas Rules of Civil Procedure.

*2.    Parties*

This suit is brought by Ismael Herrera, Petitioner. Ismael Herrera has not been issued a driver's license. Ismael Herrera has not been issued a Social Security number.

Licelle Gonzalez is Respondent.

*3.    Domicile*

Petitioner has been a domiciliary of Texas for the preceding six-month period and a resident of this county for the preceding ninety-day period.

*4.    Service*

No service on Respondent is necessary at this time.

*5.    Protective Order Statement*

No protective order under title 4 of the Texas Family Code, protective order under subchapter A of Chapter 7B of the Texas Code of Criminal Procedure, or order for emergency protection under Article 17.292 of the Texas Code of Criminal Procedure is in effect in regard to

In the Matter of the Marriage of Ismael Herrera and Licelle Gonzalez                Page 1 of 4
and In the Interest of Ismael Herrera III and Raymond Israel Herrera, Children
**Original Petition for Divorce**

a party to this suit or a child of a party to this suit and no application for any such order is pending.

6.    *Dates of Marriage and Separation*

The parties were married on or about March 24, 2015 and ceased to live together as spouses on or about January 01, 2022.

7.    *Grounds for Divorce*

The marriage has become insupportable because of discord or conflict of personalities between Petitioner and Respondent that destroys the legitimate ends of the marriage relationship and prevents any reasonable expectation of reconciliation.

Respondent has committed adultery.

8.    *Children of the Marriage*

Petitioner and Respondent are parents of the following children of this marriage who are not under the continuing jurisdiction of any other court:

Name:  Ismael Herrera III

Sex:  Male

Birth date:  September 3, 2015

Name:  Raymond Israel Herrera

Sex:  Male

Birth date:  August 19, 2016

There are no court-ordered conservatorships, court-ordered guardianships, or other court-ordered relationships affecting the children the subject of this suit.

No property of consequence is owned or possessed by the children the subject of this suit.

Petitioner believes that Petitioner and Respondent will enter into a written agreement

In the Matter of the Marriage of Ismael Herrera and Licelle Gonzalez          Page **2** of **4**
and In the Interest of Ismael Herrera III and Raymond Israel Herrera, Children
**Original Petition for Divorce**

containing provisions for conservatorship of, possession of, access to, and support of the children. If such an agreement is made, Petitioner requests that the Court approve that agreement and adopt it as the Court's order. If such an agreement is not made, Petitioner requests the Court to make orders for conservatorship of, possession of, access to, and support of the children.

9.   *Division of Community Property*

Petitioner believes Petitioner and Respondent will enter into an agreement for the division of their estate. If such an agreement is made, Petitioner requests the Court to approve the agreement and divide their estate in a manner consistent with the agreement. If such an agreement is not made, Petitioner requests the Court to divide their estate in a manner that the Court deems just and right, as provided by law.

10.   *Separate Property*

Respondent owns certain separate property that is not part of the community estate of the parties, and Respondent requests the Court to confirm that separate property as Respondent's separate property and estate.

11.   *Prayer*

Petitioner prays that citation and notice issue as required by law and that the Court grant a divorce and all other relief requested in this petition.

Petitioner prays for general relief.

Respectfully submitted,

LAW OFFICE OF JUDITH A SOLIS
110 W. Fifth Street
Rio Grande City, TX 78582
Tel: (956) 487-3500
Fax: (956) 317-1441

In the Matter of the Marriage of Ismael Herrera and Licelle Gonzalez            Page **3** of **4**
and In the Interest of Ismael Herrera III and Raymond Israel Herrera, Children
**Original Petition for Divorce**

By: /S/ *Judith A. Solis*
    Judith A. Solis
    State Bar No. 24026052
    j.a.lawcenter@gmail.com
    Attorney for Petitioner

In the Matter of the Marriage of Ismael Herrera and Licelle Gonzalez       Page 4 of 4
and In the Interest of Ismael Herrera III and Raymond Israel Herrera, Children
**Original Petition for Divorce**