| | |
|---|---|
| **From:** | Bernice Garza <bernice.garza@da.co.starr.tx.us> |
| **Sent time:** | 04/08/2022 11:28:26 AM **CONFIDENTIAL** |
| **To:** | Alexandria Barrera; Gocha Ramirez |
| **Cc:** | Abel Villarreal |
| **Subject:** | FW: Telemundo 40 Information request |
| **Attachments:** | image001.png |

From Iridiana Barcenas at Telemundo...

-----Original Message-----
From: "Barcenas, Iridiana (NBCUniversal)" <Iridiana.Barcenas@telemundo.com>
Sent: Friday, April 8, 2022 11:24am
To: "Bernice.garza@da.co.starr.tx.us" <Bernice.garza@da.co.starr.tx.us>
Cc: "@NBC UNI KTLM DESK" <ktlmdesk@telemundo.com>
Subject: Telemundo 40 Information request

Hey there Bernice.

This is Iridiana from Telemundo 40. We would like to request information regarding the arrest of Lizelle Herrera, whom was arrested April 7, 2022. Arresting agency is Starr County Sheriff's office. Her charge is murder.

Thanks in advance for your help.

Iridiana Barcenas
Assignment Desk Editor
Telemundo 40 / KTLM

200 S. 10th St. 2nd Floor
McAllen, TX 78501
C: (956) 249-7781
Iridiana.Barcenas@telemundo.com

 

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Stephanie Baer <stephanie.baer@buzzfeed.com> |
| **Sent time:** | 04/08/2022 06:02:18 PM |
| **To:** | Gocha Ramirez; Abel Villarreal; Judith Solis; Hilda Garza; Alexandria Barrera |
| **Subject:** | BuzzFeed News inquiry re woman arrested for self-induced abortion |

Hello,

I was hoping to get some more information about 26-year-old Lizelle Herrera, who was reportedly arrested and charged with murder for a self-induced abortion.

Can I get a copy of the complaint/charging document? Who reported her? How did she induce her abortion? Did she speak with deputies when she was arrested about the circumstances regarding her abortion?

If someone could get back to me on this as soon as possible I'd appreciate it.

Thank you,

Stephanie

--

**Stephanie K. Baer** (she/her) | **BuzzFeed News** | Reporter
Twitter: @skbaer
1135 N. Highland Ave., Los Angeles, CA 90038

| | |
|---|---|
| From: | Susan Rinkunas <srinkunas@jezebel.com> |
| Sent time: | 04/08/2022 08:26:00 PM   **CONFIDENTIAL** |
| To: | Gocha Ramirez |
| Subject: | Media request: Charges against Lizelle Herrera |

Hi DA Ramirez,

I'm a reporter seeking information about the arrest of Lizelle Herrera yesterday. Major Delgado said the Starr County DA's office is planning a media release for this case on Monday (see below).

Is that timing still accurate? I'd like to receive the release whenever it comes out.

Thank you,
Susan

--

**Susan Rinkunas**
Senior Reporter, Jezebel
(she/her)

**JEZEBEL**

---------- Forwarded message ---------
From: **Carlos Delgado** <carlos.delgado@starrcountyso.org>
Date: Fri, Apr 8, 2022 at 8:16 PM
Subject: Re: Media request: Charges against Lizelle Herrera
To: Susan Rinkunas <srinkunas@jezebel.com>


On April 7, 2022 Lizelle Herrera was arrested and served with an indictment on the charge of Murder after Herrera did then and there intentionally and knowingly cause the death of an individual by self-induced abortion. Herrera remains in the custody of the Starr County Detention Center with a bond of $500,000 surety bond
This case remains under investigation

Since the case is still under investigation no other information can be released
The District Attorney is planning a media release on Monday

Sent from my iPhone

> On Apr 8, 2022, at 6:53 PM, Susan Rinkunas <srinkunas@jezebel.com> wrote:
>
>
> Hi Major Delgado,
>
> I'm a reporter seeking information about the arrest of Lizelle Herrera yesterday.
>
> Under which Texas law is she being indicted for murder? Can you please share the police report?
>
> Thank you,
> Susan
>
> --
> **Susan Rinkunas**
> Senior Reporter, Jezebel
> (she/her)
>
> **JEZEBEL**

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Fernando, Christine <CFernando@usatoday.com> |
| **Sent time:** | 04/09/2022 09:23:42 AM |
| **To:** | Gocha Ramirez |
| **Subject:** | USA TODAY - Lizelle Herrera Case |

Hello DA Gocha Ramirez,

My name is Christine Fernando, and I'm a reporter for USA TODAY. I'm reaching out request any comment or statement from the DA's office regarding Lizelle Herrera, who was arrested Thursday and charged with murder after being accused of performing a "self-induced abortion."

Thank you for your time and take care,
Christine

**INCOMING ESI**                                                                                             **GR 000319**

**CONFIDENTIAL**

| | |
|---|---|
| From: | Amiel, Andrea <Andrea.Amiel@abc.com> |
| Sent time: | 04/09/2022 07:47:12 PM |
| To: | Abel Villarreal |
| Cc: | cfuentesrgc@yahoo.com; Eloy Vera; Gocha Ramirez |
| Subject: | ABC News - Interview request re: Lizette Herrera |

District Attorney Ramirez,

I'm writing on behalf of ABC News to request an interview with you for Good Morning America and all ABC News platforms.

We would like to ask you about the case of Lizelle Herrera - what she is accused of doing, what laws apply in this case, and next steps in her prosecution. Can you share a copy of the indictment as well?

Please let me know how to be in touch by telephone so that we can set this up.

Sincerely,

Andrea Amiel


**Andrea Amiel**
*ABC News*
m: (917) 783-0059 + andrea.amiel@abc.com

**INCOMING ESI**   **GR 000112**