| | |
|---|---|
| **From:** | Becky Wagner <midwagner@gmail.com> |
| **Sent time:** | 04/09/2022 08:54:41 AM **CONFIDENTIAL** |
| **To:** | Gocha Ramirez |
| **Subject:** | Detention of Lizelle Herrera |

Hello,

The detention of Lizelle Herrera is disgusting and illegal. Abortions are not criminalized under the Texas Penal Code on Homicide or in SB8. You are illegally detaining her AND imposing excessive bail (she currently can't attempt to abort another kid as she isn't currently pregnant).

Release her immediately!

Sincerely,
Becky Wagner

A Concerned Texas Citizen

**CONFIDENTIAL**

| | |
|---|---|
| From: | Marian Breslin McDonald <marian.mcdonald@gmail.com> |
| Sent time: | 04/09/2022 11:06:00 AM |
| To: | Gocha Ramirez |
| Subject: | Free Lizelle Herrera |

Dear Sir:

The arrest and jailing of Lizelle Herrera is an egregious injustice. The charge against her - murder, allegedly - is unconstitutional.

On her behalf, I demand her immediate release.

Marian McDonald

| | |
|---|---|
| From: | Rebecca L Walker <rebecca.walker@utexas.edu> |
| Sent time: | 04/09/2022 11:28:15 AM |
| To: | Gocha Ramirez |
| Subject: | Unjust Arrest and Detention in Starr County - Liselle Herrera |

**CONFIDENTIAL**

To District Attorney Gocha Ramirez, Starr County District Attorney's Office,

I am writing to you from Dallas, Texas with grave concerns over a recent arrest in Starr county that I believe to be unjust. Lizelle Herrera, age 26, was arrested on April 7, 2022 and at the time I am writing this email she is in the Starr County Detention Center held on charges of murder with a $500,000 bond. These charges stem from allegations that she induced an abortion. Self-inducing an abortion is not a crime in Texas. There is no criminal statute that allows for this arrest or prosecution. A self-induced abortion has no precedent for being prosecuted as murder. Because of this, I believe the Starr County Sheriff's office is acting beyond the scope of their duties. I believe Lizelle has not just a case for why she should be released but a substantial ability to sue this county upon her release. I demand the immediate release of Lizelle and would like to file a formal complaint with the District Attorney's office. I have already reached out to make a complaint directly with the Sheriff's office. Please return my call at 713-419-3439 or reply at this email address with next steps for me to submit this complaint.

Thank you for your time,
Rebecca Walker

| | |
|---|---|
| **From:** | Jennifer Catherine <jmcatherine@gmail.com> |
| **Sent time:** | 04/09/2022 12:09:20 PM |
| **To:** | Gocha Ramirez |
| **Subject:** | Lizelle Herrera |

**CONFIDENTIAL**

Dear D.A. Ramirez,
Abortion is still a Constitutional right. Roe has not been overturned.  You are violating Lizelle Herrera's Constitutional right by arresting her for exercising her Constitutional right.
Sincerely,
Jennifer Catherine


Sent from my iPhone

**INCOMING ESI**  **GR 000311**

**From:** Allie Morgan <alliemomorgan@gmail.com>
**Sent time:** 04/09/2022 12:35:29 PM   **CONFIDENTIAL**
**To:** Gocha Ramirez
**Subject:** Urgent Request

Hello Mr. Ramirez,

I am writing in support of Liselle Herrera, who is being wrongfully charged with murder. She went to a hospital seeking help/medical care, and is now wrongfully being held on an absolutely outrageous bail amount for charges that make no sense. This is unconstitutional and a scary and upsetting abuse of Liselle's rights.

Please do what you can to ensure she is released.

Thank you,
Allie Morgan

| | |
|---|---|
| **From:** | John-Michael Torres <sonaorillasdelrio@gmail.com> |
| **Sent time:** | 04/09/2022 01:10:54 PM |
| **To:** | Gocha Ramirez |
| **Subject:** | Lizelle Herrera |

**CONFIDENTIAL**

I am writing to respectfully express my outrage at your office's arrest of Lizelle Herrera. It is wrong and unconstitutional for Lizelle to be arrested on murder charges for a miscarriage or an alleged self-induced abortion. People who are pregnant should not be criminalized regardless of the outcome of a pregnancy. Release her immediately.

John-Michael Torres
McAllen, TX
956-534-0267

--

- -
John-Michael Torres
Mission, TX
956-534-0267
Pronouns/pronombres: He, Él, Compa

**From:** Theresa Costonis <tcostonis@yahoo.com>
**Sent time:** 04/09/2022 04:46:40 PM  **CONFIDENTIAL**
**To:** Gocha Ramirez
**Subject:** Lizelle Herrera

Dear General Ramirez,

As a lawyer, I urge you to drop the murder charge against Lizelle Ramirez. It is clearly unconstitutional. No pregnant person should ever be prosecuted for a pregnancy loss. This is absolutely discriminatory. Drop these outrageous charges and salvage the reputation of your county.

Sincerely,

Theresa Costonis. Esq.

Sent from my iPhone

| | |
|---|---|
| **From:** | Deb Liebman <deb.liebman@gmail.com> |
| **Sent time:** | 04/09/2022 04:51:58 PM **CONFIDENTIAL** |
| **To:** | Gocha Ramirez |
| **Subject:** | Lizzie |

Free Lizzie. She didn't commit a crime under TX law.

| | |
|---|---|
| **From:** | Rebecca duRivage-Jacobs <rebeccadurivagejacobs@gmail.com> |
| **Sent time:** | 04/09/2022 06:28:54 PM |
| **To:** | Gocha Ramirez |
| **Subject:** | Release Lizelle Herrera |

**CONFIDENTIAL**

```
Hello Mr Ramirez,

I am contacting you regarding the recent arrest of Lizelle Herrera. Self managed abortion is not
murder. Abortion is not a criminalized offense. Lizelle's body and all pregnant persons bodies
should not be policed by others. I demand that all charges be dropped against Lizelle. You and
your state should be ashamed of themselves for infringing on the rights of pregnant people.

Rebecca duRivage-Jacobs
```

**INCOMING ESI**                                                                                                    **GR 000143**

**CONFIDENTIAL**

| | |
|---|---|
| From: | Clea Mattingly <cleasmattingly@gmail.com> |
| Sent time: | 04/09/2022 06:31:33 PM |
| To: | Gocha Ramirez |
| Subject: | DropRecent charge of murder against a women who had an abortion |

Dear Mr. Ramirez,

Roe is still the law of the land and abortion is a still legal. To condemn this woman and charge her with murder is an atrocity I cannot even put into words. I'm sure your email is being flooded with the same request as I have, drop her charges now. Save the tax dollars and use them to put away people who endanger others, Aka, real criminals.

Best,

Clea

Sent from my iPhone

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Susan Ortiz <oennovy@yahoo.com> |
| **Sent time:** | 04/09/2022 09:03:12 PM |
| **To:** | Gocha Ramirez |
| **Subject:** | FREE Lizelle Herrera immediately |

Women are not LIVESTOCK.  You cannot force a woman to give birth against her will.  A fetus is NOT an "individual" who can be murdered. Under what law is Herrera being charged? Holding Lizelle Herrera against her will is illegal, dangerous and unconstitutional.  Lizelle Herrera must be set free immediately.

This is an affront to women everywhere and will not be allowed.  I will work continuously to ensure that everyone involved in this arrest is fired or resigns.

Women cannot be forced to give birth.
Women are not livestock.
Women cannot be forced to give birth.
Women are not livestock.

SET LIZELLE HERRERA FREE IMMEDIATELY!

Sincerely
Dr. Susan Ortiz

**INCOMING ESI**   **GR 000095**