From: +19562226041 Abel Villareal
To: +19568445148 Ramirez (owner)

Even anti abortion organizations are supporting the decision

Attachments:



Title: IMG_6210.heic
Size: 90526
File name: ~/Library/SMS/Attachments/b0/00/at_0_43D39599-2D53-44BD-A496-96658951B1F8/IMG_6210.heic
Path: https://p54-content.icloud.com/MF8F8246D115999CC0F4FCD09B94F7858B24A74ACAA1F08BFFA8B406DA4BFE77A.C01USN00
~/Library/SMS/Attachments/b0/00/at_0_43D39599-2D53-44BD-A496-96658951B1F8/IMG_6210.heic

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19568445148 Ramirez | | 4/10/2022 5:45:15 PM(UTC-5) | |

Status: Read
Platform:

4/10/2022 5:44:59 PM(UTC-5)

---

From: +19562226041 Abel Villareal
To: +19568445148 Ramirez (owner)

That's interesting

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19568445148 Ramirez | | 4/10/2022 5:45:15 PM(UTC-5) | |

Status: Read
Platform:

4/10/2022 5:45:06 PM(UTC-5)

---

From: +19568445148 Ramirez (owner)

Yea. It's been a very interesting week overall. It's not going to be easy walking into our office tomorrow. But, once again, I thank you for all your help Abel. You helped me more than you know today

Priority: Normal
Status: Sent
Platform:

4/10/2022 5:49:31 PM(UTC-5)

The anti-abortion group Texas Right to Life supported Mr. Ramirez's decision to drop the charge. S.B. 8 and other anti-abortion policies in the state "clearly prohibit criminal charges for pregnant women," the organization said in a statement. "Texas Right to Life opposes public prosecutors going outside of the bounds of Texas' prudent and carefully crafted policies."