**From:** +19562929272 Isaac Ramirez
**To:** +19568445148 Ramirez (owner)

So proud of you Dad

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19568445148 Ramirez | | 4/10/2022 2:39:04 PM(UTC-5) | |

**Status:** Read
**Platform:**

4/10/2022 2:22:49 PM(UTC-5)

---

**From:** +19568445148 Ramirez (owner)

I fucked up Isaac. I may pay the consequences with my career but once I realized this injustice, I had to make it right. I've received death threats, been told I'm going straight to hell, told to eat shit and that I am evil. I'm sorry that I can't talk right now but I'm depressed. But I love you. Thank you for loving me back

**Priority:** Normal
**Status:** Sent
**Platform:**

4/10/2022 2:47:43 PM(UTC-5)

---

**From:** +19562929272 Isaac Ramirez
**To:** +19568445148 Ramirez (owner)

Fuck them all

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19568445148 Ramirez | | 4/10/2022 2:50:15 PM(UTC-5) | |

**Status:** Read
**Platform:**

4/10/2022 2:48:23 PM(UTC-5)

---

**From:** +19562929272 Isaac Ramirez
**To:** +19568445148 Ramirez (owner)

You did the right thing

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19568445148 Ramirez | | 4/10/2022 2:50:15 PM(UTC-5) | |

**Status:** Read
**Platform:**

4/10/2022 2:48:29 PM(UTC-5)