

PLAINTIFF 0188



PLAINTIFF 0207



Gocha A Ramirez >

May 18, 2021 at 12:43 PM

Hey bby. I'm leaving you some $ right now in my mailbox. I've got to go to La Joya for a 1:30 meeting. Please pick it up asap because I don't know when my mailman comes by. Take care

Ok thank you. Likewise

Got it thank you when you are ready text me

May 18, 2021 at 6:57 PM

Hey friend

Call me if abs when you get a chance

May 20, 2021 at 5:24 PM

Are you ok?

May 22, 2021 at 3:10 PM

Hey I'm only worried about you hope all is well take care

Jun 4, 2021 at 4:04 PM



iMessage

PLAINTIFF 0214



PLAINTIFF 0216



PLAINTIFF 0237



PLAINTIFF 0273





PLAINTIFF 0277



PLAINTIFF 0284



PLAINTIFF 0285



PLAINTIFF 316