

PLAINTIFF 0228

