UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **LIZELLE GONZALEZ,** § | |
| *Plaintiff* § | |
| § | |
| v. § | **CIVIL ACTION NO. 7:24-cv 00132** |
| § | |
| **GOCHA ALLEN RAMIREZ,** § | |
| **ALEXANDRIA LYNN BARRERA,** § | |
| **RENE FUENTES, and** § | |
| **STARR COUNTY, TEXAS,** § | |
| *Defendants* § | |

**DEFENDANT GOCHA RAMIREZ'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S PHASE ONE INTERROGATORIES**
=============================================================

TO:   Plaintiff, Lizelle Gonzalez, by and through their attorneys of record, Cecilia Garza and Veronica Sepulveda Martinez of Garza Martinez Law; David A. Donatti and Adriana Pinon of American Civil Liberties Union of Texas; and Lauren Alicia Johnson of American Civil Liberties Union Foundation.

Now comes DEFENDANT, GOCHA RAMIREZ, and files these Objections and Responses to Plaintiff's Phase 1 Interrogatories.

SIGNED on this the 8th day of OCTOBER 2024.

                                                Respectfully submitted,

                                                **DENTON NAVARRO RODRIGUEZ**
                                                **BERNAL SANTEE & ZECH, P.C.**
                                                549 N. Egret Bay Blvd., Suite 200
                                                League City, Texas 77573
                                                Telephone: (832) 632-2102
                                                Facsimile: (832) 632-2132

                                                *Ricardo J. Navarro*
By:                                         _____
                                                RICARDO J. NAVARRO
                                                State Bar No. 14829100
                                                rjnavarro@rampagelaw.com

By: /S/ Kelly R. Albin
KELLY R. ALBIN
State Bar No. 24086079
kralbin@rampagelaw.com

**ATTORNEYS FOR DEFENDANTS SHERIFF RENE FUENTES, GOCHA ALLEN RAMIREZ, ALEXANDRIA BARRERA AND STARR COUNTY, TEXAS**

### CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that a true copy of this document has been served in accordance with one or more of the authorized methods for service of process contained in the Federal Rules of Civil Procedure on the persons or parties identified below and who are listed as attorneys to be noticed in this proceeding, on the on this the 8th day of OCTOBER 2024.

Ida Cecilia Garza
Veronica Sepulveda Martinez
GARZA MARTINEZ, PLLC

Adriana Piñon
David A. Donatti
American Civil Liberties Union of Texas

Lauren Alicia Johnson
American Civil Liberties Union Foundation

**ATTORNEYS FOR PLAINTIFF**

*Ricardo J. Navarro*
_____
RICARDO J. NAVARRO
KELLY R. ALBIN

**DEFENDANT GOCHA ALLEN RAMIREZ OBJECTIONS
AND RESPONSES TO PLAINTIFF'S PHASE ONE INTERROGATORIES**
==================================

INTERROGATORY NO. 1: Identify all persons with knowledge of the Investigation, Indictment, Arrest, Bail, and Dismissal, and describe their involvement, including all individuals who participated in the Investigation or were present during witness interviews.

OBJECTIONS: DEFENSE COUNSEL OBJECTS TO THIS INTERROGATORY ON THE GROUND THAT IT IS OVERBROAD AND REQUIRES THE DISCLOSURE OF INFORMATION THAT IS TO REMAIN UNDISCLOSED UNDER CHAPTER 20A OF THE TEXAS CODE OF CRIMINAL PROCEDURE. DEFENSE COUNSEL FURTHER OBJECTS TO THIS INTERROGATORY ON THE GROUND THAT IT IS INVASIVE OF ATTORNEY WORK PRODUCT PRIVILEGE. THE IDENTITY OF PERSONS WITH KNOWLEDGE OF FACTS WHO MAY BE DISCLOSED IN THIS CIVIL PROCEEDING ARE LISTSED IN THE RULE 26 DISCLOSURES PERTAINING TO THIS CIVIL LAWSUIT.

INTERROGATORY NO. 2: Identify each criminal statute under which Lizelle Gonzalez was investigated and charged related to the Investigation.

OBJECTIONS: DEFENSE COUNSEL OBJECTS TO THIS INTERROGATORY ON THE GROUND THAT IT IS OVERBROAD AND REQUIRES THE DISCLOSURE OF INFORMATION THAT IS TO REMAIN UNDISCLOSED UNDER CHAPTER 20A OF THE TEXAS CODE OF CRIMINAL PROCEDURE.

INTERROGATORY NO. 3: Describe each action you took related to the Investigation, Indictment, Arrest, Bail, and Dismissal.

OBJECTIONS: DEFENSE COUNSEL OBJECTS TO THIS INTERROGATORY ON THE GROUND THAT IT IS OVERBROAD AND REQUIRES THE DISCLOSURE OF INFORMATION THAT IS TO REMAIN UNDISCLOSED UNDER CHAPTER 20A OF THE TEXAS CODE OF CRIMINAL PROCEDURE.

ANSWER: Investigation, None. Indictment, None. Bail, None. Dismissal, I requested assistance with the preparation of a Dismissal and I signed and had it filed.

INTERROGATORY NO. 4: Describe all Interactions you had with other employees of the District Attorney's Office related to the Investigation, Indictment, Arrest, Bail, and Dismissal, including the date, substance of any conversations, and names and titles of all individuals present.

OBJECTIONS: DEFENSE COUNSEL OBJECTS TO THIS INTERROGATORY ON THE GROUND THAT IT IS OVERBROAD AND REQUIRES THE DISCLOSURE OF INFORMATION THAT IS TO REMAIN UNDISCLOSED UNDER CHAPTER 20A OF THE TEXAS CODE OF CRIMINAL PROCEDURE.

ANSWER: Subject to Defense Counsel's Objection, I spoke briefly with ADA Barrera in response to questions about presenting the SCSO case to a Grand Jury. Later, I spoke to ADA Abel Villarreal regarding assistance with preparing a Motion to Dismiss the indictment. I recall also asking ADA Villarreal to help me also with preparing a public statement about dismissal of the indictment. Otherwise, none. I did learn after the fact that ADA Villarreal had handled an Application from the SO for a GJ subpoena for medical records. I was not aware of the application from the SO at the time it happened, but it is not unusual for the SO to make a request to the DA office for a subpoena like this as an investigative tool. I did not see anything wrong with ADA Villarreal approving this request so I did not question it.

INTERROGATORY NO. 5: Describe all Interactions you had with the Sheriff's Office related to the Investigation, Indictment, Arrest, Bail, and Dismissal, including the date, substance of any conversations, and names of all individuals present.

OBJECTIONS: DEFENSE COUNSEL OBJECTS TO THIS INTERROGATORY ON THE GROUND THAT IT IS OVERBROAD AND REQUIRES THE DISCLOSURE OF INFORMATION THAT IS TO REMAIN UNDISCLOSED UNDER CHAPTER 20A OF THE TEXAS CODE OF CRIMINAL PROCEDURE.

ANSWER: Subject to Defense Counsel's Objection, communications with the SCSO were after the 19.06 issue surfaced. Please see my texts, provided to Defense Counsel, with texts with Sheriff Fuentes. Otherwise None.

INTERROGATORY NO. 6: Describe all Interactions you had with any individual or witness related to the Investigation, Indictment, Arrest, Bail, and Dismissal, including the date, substance of any conversations, and names of all individuals present.

OBJECTIONS: DEFENSE COUNSEL OBJECTS TO THIS INTERROGATORY ON THE GROUND THAT IT IS OVERBROAD AND REQUIRES THE DISCLOSURE OF INFORMATION THAT IS TO REMAIN UNDISCLOSED UNDER CHAPTER 20A OF THE TEXAS CODE OF CRIMINAL PROCEDURE.

INTERROGATORY NO. 7: Describe all Interactions you had with the Rio Grande City Police Department related to the Investigation, Indictment, Arrest, Bail, and Dismissal, including the date, substance of any conversations, and names of all individuals present.

ANSWER: None.

INTERROGATORY NO. 8: Describe all Interactions you had with Starr County Memorial Hospital related to the Investigation, Indictment, Arrest, Bail, and Dismissal, including the date, substance of any conversations, and names of all individuals present.

ANSWER: NONE.

INTERROGATORY NO. 9: Describe all Interactions you had with public hospitals since January 1, 2015, related to abortion or the termination of pregnancy, or related to alleged harm to an unborn child under any criminal or civil statute, including those Interactions relating to Texas Senate Bill 8 (87(R)), also known as the Texas Heartbeat Act, including the date, substance of any conversations, and names of all individuals present.

ANSWER:    None.

INTERROGATORY NO. 10:  State the number of times you have investigated or prosecuted a person for homicide under Chapter 19 of the Texas Penal Code or investigated or prosecuted a person for harm to an unborn child under any criminal or civil statute.

OBJECTIONS:    DEFENSE COUNSEL OBJECTS TO THIS INTERROGATORY ON THE GROUND THAT IT IS OVERBROAD AND REQUIRES THE DISCLOSURE OF INFORMATION THAT IS TO REMAIN UNDISCLOSED UNDER CHAPTER 20A OF THE TEXAS CODE OF CRIMINAL PROCEDURE.

ANSWER:    Subject to Defense Counsel's objection, in my capacity as an elected DA, I had not previously had a case file that involved allegations of harm to an unborn child.

INTERROGATORY NO. 11:  Provide the docket numbers for all cases you were involved in where at least one of the charges was for homicide under Chapter 19 of the Texas Penal Code or concerned alleged harm to an unborn child under any criminal or civil statute.

OBJECTIONS:    OBJECTIONS:    DEFENSE COUNSEL OBJECTS TO THIS INTERROGATORY ON THE GROUND THAT IT IS OVERBROAD AND REQUIRES THE DISCLOSURE OF INFORMATION THAT IS TO REMAIN UNDISCLOSED UNDER CHAPTER 20A OF THE TEXAS CODE OF CRIMINAL PROCEDURE. DEFENSE COUNSEL ALSO OBJECTS TO THIS INTERROGATORY ON THE BASIS OF RELEVENCY.

ANSWER:  See my response to Interrogatory No. 10.

INTERROGATORY NO. 12:   Describe in detail the facts supporting Plaintiff's Indictment.

OBJECTIONS:    DEFENSE COUNSEL OBJECTS TO THIS INTERROGATORY BECAUSE IT VIOLATES THE GRAND JURY SECRECY UNDER CCP ART. 20A.204 – DISCLOSURE BY ATTORNEY REPRESENTING THE STATE.

INTERROGATORY NO. 13: Describe all accusations, investigations, and determinations regarding violations of disciplinary rules related to the Investigation, Indictment, Arrest, Bail, or Dismissal, whether internal or external.

OBJECTIONS:    DEFENSE COUNSEL OBJECTS TO THIS INTERROGATORY ON THE GROUND THAT IT SEEK INFORMATION THAT IS NOT RELEVENT TO THE CLAIMS AND DEFENSES IN THIS LAWSUIT NOR IS IT CALCULATED TO LEAD TO THE DISCOVERY OF RELEVENT EVIDENCE. FURTHER, THE INTERROGATORY IS

OBJECTIONABLE BECAUSE IT REQUESTS INFORMATION THAT IS CONFIDENTIAL UNDER THE TEXAS DISCIPLINARY RULES OF PROFESSSIONAL CONDUCT. SEE TEX. DISCIPLINARY R. PROF. CONDUCT, REPRINTED IN TEX. GOVT CODE ANN., TIT. 2, SUBTIT. G, APP. (VERNON SUPP. 1995)(STATE BAR RULES ART X [[SECTION]]9)), SPECIFICALLY RULE 2.16 – CONFIDENTIALITY. DEFENDANT HAS NOT WAIVED CONFIDENTIALITY AS TO THE CONTENTS OF THIS PROCEEDING BEYOND WHAT IS ALREADY AVAILABLE IN THE PUBLIC DOMAIN.

INTERROGATORY NO. 14: Describe all Communication between the District Attorney's Office and the Sheriff's Office related to sharing public information about the Investigation, Indictment, Arrest, Bail, or Dismissal.

OBJECTIONS: DEFENSE COUNSEL OBJECTS TO THIS INTERROGATORY BECAUSE IT VIOLATES THE GRAND JURY SECRECY UNDER CCP ART. 20A.204 – DISCLOSURE BY ATTORNEY REPRESENTING THE STATE.

ANSWER: None by me. There is no public information to be shared between my Office and the Sheriff's Office. Communications between SCSO Investigators and Assistant DAs under my supervision typically involve legal questions but this is not public information. The two offices have different roles and they operate independently from each other.

INTERROGATORY NO. 15: Describe in detail all Interactions you had since January 1, 2015, with any elected official, including but not limited to Governor Greg Abbott, Attorney General Ken Paxton, and their staff, employees, agents or representatives, related to abortion or the termination of pregnancy, or related to alleged harm to an unborn child under any criminal or civil statute, including those Interactions relating to Texas Senate Bill 8 (87(R)), also known as the Texas Heartbeat Act.

ANSWER: None.

INTERROGATORY NO. 16: Identify all classes, courses, or trainings attended, or certifications obtained, since January 1, 2015, including those from the Texas Commission on Law Enforcement.

ANSWER: Please refer to my personal MCLE Report from my State Bar Account for the time period in question.

-END-

## VERIFICATION

STATE OF TEXAS §
§
COUNTY OF STARR §

    BEFORE ME, the undersigned authority personally appeared GOCHA ALLEN RAMIREZ, who stated upon oath, that his Responses to the Interrogatories in the foregoing document are within are true and correct.

_____
GOCHA ALLEN RAMIREZ
DISTRICT ATTORNEY FOR THE
229TH JUDICIAL DISTRICT

    SUBSCRIBED and SWORN to before me on the __7th__ day of __October__, 2024.

BELINDA GONZALEZ
Notary Public, State of Texas
Comm. Expires 03-03-2025
Notary ID 126823632

_____
Notary Public, State of Texas
Commission Expires: