UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LIZELLE GONZALEZ, | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:24-cv 00132 |
| | § | |
| GOCHA ALLEN RAMIREZ, | § | JURY DEMANDED |
| ALEXANDRIA LYNN BARRERA, | § | |
| STARR COUNTY, and | § | |
| RENE FUENTES, | § | |
| *Defendants* | § | |

**DEFENDANT SHERIFF RENE FUENTES'S OBJECTIONS AND RESPONSES
TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**
===============================================

TO:   Plaintiff, Lizelle Gonzalez, by and through their attorneys of record, Cecilia Garza and Veronica Sepulveda Martinez of Garza Martinez Law, 202 E. Sprague Street, Edinburg, Texas 78539; Lauren Alicia Johnson of American Civil Liberties Union Foundation, 915 15th Street NW, Washington, D.C. 20005; and David A. Donatti and Adriana Pinon of American Civil Liberties Union of Texas, P.O. Box 12905, Austin, TX 78711.

Now comes Defendant, Rene Fuentes, and files these Objections and Responses to Plaintiff's First Requests for Production, First Set of Interrogatories, and First Request for Admission.

SIGNED on this the 8th day of OCTOBER 2024.

Respectfully submitted,

**DENTON NAVARRO RODRIGUEZ
BERNAL SANTEE & ZECH, P.C.**
549 N. Egret Bay Blvd., Suite 200
League City, Texas 77573
Telephone: (832) 632-2102
Facsimile: (832) 632-2132

By: *Ricardo J. Navarro*
RICARDO J. NAVARRO
State Bar No. 14829100
rjnavarro@rampagelaw.com

KELLY R. ALBIN
State Bar No. 24086079
kralbin@rampagelaw.com

**ATTORNEYS FOR DEFENDANTS
SHERIFF RENE FUENTES**

**CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that a true copy of this document has been served in accordance with one or more of the authorized methods for service of process contained in the Federal Rules of Civil Procedure on the persons or parties identified below and who are listed as attorneys to be noticed in this proceeding, on the on this the 8th day of OCTOBER 2024.

Ida Cecilia Garza
Veronica Sepulveda Martinez
GARZA MARTINEZ, PLLC
202 E. Sprague Street
Edinburg, TX 78539

Adriana Piñon
David A. Donatti
American Civil Liberties Union of Texas
P.O. Box 12905
Austin, TX 78711-2905

Lauren Alicia Johnson
American Civil Liberties Union Foundation
915 15th Street NW
Washington DC 20005

**ATTORNEYS FOR PLAINTIFF**

*Ricardo J. Navarro*
RICARDO J. NAVARRO
KELLY R. ALBIN

**DEFENDANT RENE FUENTES'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

===============================================

INTERROGATORY NO. 1: Identify all persons with knowledge of the Investigation, Indictment, Arrest, Bail, and Dismissal, and describe their involvement, including all individuals who participated in the Investigation or were present during witness interviews.

> OBJECTIONS: DEFENSE COUNSEL OBJECTS TO THIS INTERROGATORY ON THE GROUND THAT IT IS INVASIVE OF ATTORNEY WORK PRODUCT PRIVILEGE. THE IDENTITY OF PERSONS WITH KNOWLEDGE OF FACTS IS CONTAINED IN THE RULE 26 DISCLOSURES.

INTERROGATORY NO. 2: Identify each criminal statute under which Plaintiff was investigated and arrested related to the Investigation.

ANSWER: I WAS NOT PERSONALLY INVOLVED IN THE INVESTIGATION OF THE COMPLAINT THAT CAME FROM THE HOSPITAL SO I DO NOT HAVE PERSONAL KNOWLEDGE TO ANSWER THIS QUESTION. THIS INFORMATION WOULD BE CONTAINED IN THE CRIMINAL CASE FILE INVESTIGATED AND PREPARED BY DEPUTIES FROM MY OFFICE.

INTERROGATORY NO. 3: Describe each action you took related to the Investigation, Indictment, Arrest, Bail, and Dismissal.

ANSWER: NONE. I DID NOT HAVE ANY DIRECT INVOLVEMENT IN THIS INVESTIGATION. MY ONLY ACTION WAS TO APPROVE THE BAIL BOND.

INTERROGATORY NO. 4: Describe all Interactions you had with the District Attorney's Office related to the Investigation, Indictment, Arrest, Bail, and Dismissal, including the date, substance of the conversation, and names and titles of all individuals present.

ANSWER: NONE.

INTERROGATORY NO. 5: Describe all Interactions you had with employees of the Sheriff's Office related to the Investigation, Indictment, Arrest, Bail, and Dismissal, including the date, substance of the conversation, and names of all individuals present.

ANSWER: NONE; OTHER THAN THAT I WAS AWARE THAT MY INVESTIGATORS WERE WORKING ON A COMPLAINT. BUT I DID NOT GET PERSONNALY INVOLVED IN THAT WORK-UP.

INTERROGATORY NO. 6: Describe all Interactions you had with any individual or witness related to the Investigation, Indictment, Arrest, Bail, and Dismissal, including the date, substance of the conversation, and names of all individuals present.

ANSWER:   NONE.

INTERROGATORY NO. 7: Describe all Interactions you had with the Rio Grande City Police Department related to the Investigation, Indictment, Arrest, Bail, and Dismissal, including the date, substance of the conversation, and names of all individuals present.

ANSWER:   NONE.

INTERROGATORY NO. 8: Describe all Interactions you had with Starr County Memorial Hospital related to the Investigation, Indictment, Arrest, Bail, and Dismissal, including the date, substance of the conversation, and names of all individuals present.

ANSWER:   NONE.

INTERROGATORY NO. 9: Describe all Interactions you had with public hospitals since January 1, 2015, related to abortion or the termination of pregnancy, or related to alleged harm to an unborn child under any criminal or civil statute, including those Interactions relating to Texas Senate Bill 8 (87(R)), also known as the Texas Heartbeat Act.

ANSWER:   NONE.

INTERROGATORY NO. 10: State the number of times you have (a) investigated a person for homicide under Chapter 19 of the Texas Penal Code and (b) investigated a person for harm to an unborn child under any criminal or civil statute.

ANSWER:   NONE.

INTERROGATORY NO. 11: Provide the docket numbers for all cases since January 1, 2015, that the Sheriff's Office investigated in which at least one of the charges was for homicide under Chapter 19 of the Texas Penal Code or concerned alleged harm to an unborn child under any criminal or civil statute.

>   OBJECTION:   DEFENSE COUNSEL OBJECTS TO THIS INTERROGATORY ON THE GROUND THAT IT SEEKS INFORMATION NOT RELEVENT TO THE CLAIMS AND DEFENSES IN THIS LAWSUIT NOR IT IS CALCULATED TO LEAD TO THE DISCOVERY OF RELEVENT EVIDENCE UNDER THE RULES. MOREOVER, THE REQUEST IS OVERBROAD AND IS NOT PROPORTIONAL TO THE NEEDS OF THIS LIMITED PHASE ONE DISCOVERY.

INTERROGATORY NO. 12: Describe in detail the facts and evidence supporting Plaintiff's Arrest.

ANSWER: I DO NOT HAVE PERSONAL KNOWLEDGE OR PLAINTIFF'S ARREST AS I WAS NOT INVOLVED IN IT. THE ARREST UNDER THE CAPIAS WAS DONE BY A DEPUTY FROM MY OFFICE.

INTERROGATORY NO. 13: Describe accusations, investigations, and determinations regarding violations of disciplinary rules related to the Investigation, Indictment, Arrest, Bail, or Dismissal, whether internal or external.

ANSWER: THE SHERIFF'S OFFICE DOES NOT CONDUCT INVESTIGATIONS INVOLVING ALLEGED VIOLATION OF DISCIPLINARY RULES.

INTERROGATORY NO. 14: Describe all Communication between the District Attorney's Office and the Sheriff's Office related to sharing public information about the Investigation, Indictment, Arrest, Bail, or Dismissal.

ANSWER: I DID NOT HAVE ANY COMMUNICATIONS WITH THE DA'S OFFICE ON THIS CASE. I AM NOT PERSONALLY AWARE OF COMMMUNICATIONS BETWEEN MY INVESTIGATORS AND THE DA'S OFFICE.

INTERROGATORY NO. 15: Describe all Interactions you had since January 1, 2015, with any elected official, including but not limited to Governor Greg Abbott, Attorney General Ken Paxton, and their staff, employees, agents or representatives, related to abortion or the termination of pregnancy, or related to alleged harm to an unborn child under any criminal or civil statute, including those Interactions relating to Texas Senate Bill 8 (87(R)), also known as the Texas Heartbeat Act.

ANSWER: NONE.

INTERROGATORY NO. 16: Identify all classes, courses, or trainings attended, or certifications obtained, since January 1, 2015, including those from the Texas Commission on Law Enforcement.

OBJECTIONS: DEFENSE COUNSEL OBJECTS TO THIS INTERROGATORY ON THE GROUND THAT IT SEEKS INFORMATION NOT RELEVENT TO THE CLAIMS AND DEFENSES IN THIS LAWSUIT NOR IT IS CALCULATED TO LEAD TO THE DISCOVERY OF RELEVENT EVIDENCE UNDER THE RULES. MOREOVER, THE REQUEST IS OVERBROAD AND IS NOT PROPORTIONAL TO THE NEEDS OF THIS LIMITED PHASE ONE DISCOVERY.

INTERROGATORY NO. 17: Identify all persons involved in the Arrest and describe with specificity their involvement, including whether they recorded or otherwise created a record of the Arrest.

ANSWER: I WAS NOT PERSONALLY INVOLVED IN EXECUTING THE GRAND JURY CAPIAS IN THIS CASE. THE IDENTITY OF THE DEPUTY'S INVOLVED IN THE EXECUTION OF THE ARREST WOULD BE CONTAINED IN THE INVESTIGATIVE FILE AND THE FILE. OTHER THAN THIS, I DO NOT HAVE PERSONAL KNOWLEDGE OF THE ARREST OR THE DEPUTY TO DID THE ARREST.

## VERIFICATION

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF STARR | § |

BEFORE ME, the undersigned authority personally appeared SHERIFF RENE FUENTES, who stated upon oath, that his Responses to the Interrogatories in the foregoing document are based on his personal or record knowledge and are true and correct.

**RENE FUENTES**
**SHERIFF, STARR COUNTY, TEXAS**

SUBSCRIBED and SWORN to before me on the __2nd__ day of __October__, 2024.

Notary Public, State of Texas
Commission Expires: