```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                      McALLEN DIVISION
```

LIZELLE GONZALEZ              ) (
      Plaintiff              ) (
                     ) (
VS.                          ) (    CIVIL ACTION NO.
                     ) (    7:24-cv-00132
GOCHA ALLEN RAMIREZ,         ) (
ALEXANDRIA LYNN BARRERA,      ) (
RENE FUENTES, and STARR       ) (
COUNTY, TEXAS                ) (
      Defendants              ) (

_____

```
              ORAL AND VIDEOTAPED DEPOSITION OF
                      ROSITA ROCHA
                      JUNE 4, 2025
                   (Reported Remotely)
```

_____


      ORAL AND VIDEOTAPED DEPOSITION OF ROSITA ROCHA,

produced as a witness at the instance of the

DEFENDANTS, taken in the above-styled and numbered

cause on JUNE 4, 2025, between the hours of 10:03 a.m.

and 2:53 p.m., reported stenographically by DONNA

McCOWN, Certified Court Reporter No. 6625, in and for

the State of Texas, in Rio Grande City, Texas, pursuant

to the Federal Rules of Civil Procedure and any

provisions stated on the record or attached therein.


**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755          McAllen (956) 618-2366**

```
                        APPEARANCES

        COUNSEL FOR PLAINTIFF:

             MARIANA (MOLLY) KOVEL, via Zoom
             JUNE (ANNIE) GERSH, via Zoom
             AMERICAN CIVIL LIBERTIES UNION
             125 Broad Street, 18th Floor
             New York, NY  10004

             I. CECILIA GARZA, via Zoom
             VERONICA SEPULVEDA MARTINEZ, via Zoom
             GARZA MARTINEZ, PLLC
             202 East Sprague Street
             Edinburg, Texas  78539

        COUNSEL FOR DEFENDANTS:

             KELLY R. ALBIN, via Zoom
             DENTON NAVARRO RODRIGUEZ BERNAL
             SANTEE & ZECH, P.C.
             549 North Egret Bay Boulevard, Suite 200
             League City, Texas  78550

        ALSO PRESENT:
             Rene Ortiz, Videographer, via Zoom
             Lizelle Gonzalez, via Zoom
             Gocha Allen Ramirez, via Zoom
                           INDEX
```

```
                                                   PAGE
Appearances ..................................   2

ROSITA ROCHA
Examination by Ms. Albin .......................   3
Examination by Ms. Kovel ....................... 123
Examination by Ms. Albin ....................... 150
Examination by Ms. Kovel ....................... 159

Errata Sheet/Signature Page .................... 161

Reporter's Certificate ......................... 163

Attached to the end of the transcript:  Stipulations

                      EXHIBITS

NUMBER  DESCRIPTION                             PAGE

    (No Exhibits Marked)
```

**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755        McAllen (956) 618-2366**

1      THE VIDEOGRAPHER:  Today is June 4, 2025.

2  This is the deposition of Rosita Rocha.  It is

3  10:03 a.m.  We're on the record.

4      THE COURT REPORTER:  This deposition is

5  being conducted remotely.  The witness is located in

6  Rio Grande City, Texas.  My name is Donna McCown, Texas

7  Certified Shorthand Reporter No. 6625.  I am

8  administering the oath and reporting the deposition

9  remotely by stenographic means from my residence in

10  Harlingen, Texas.  Would counsel please state their

11  appearances, who they represent, and locations for the

10:03 12  record beginning with the taking attorney.

10:03 13      MS. ALBIN:  Kelly Albin, and I represent

10:03 14  the defendants Starr County and the assistant district

10:03 15  attorney, assistant district attorney and Sheriff

10:03 16  Fuentes.  I am located in Seabrook, Texas.

10:03 17      MS. KOVEL:  Mariana Kovel, M-A-R-I-A-N-A,

10:03 18  Molly Kovel, K-O-V-E-L, and I'm located -- representing

10:04 19  the plaintiff and defending the deposition.  And I'm

10:04 20  located in New York City.

10:04 21      ROSITA ROCHA,

10:04 22  having been duly sworn, testified as follows:

10:04 23      EXAMINATION

10:04 24  BY MS. ALBIN:

10:04 25      Q.  Good morning, Ms. Rocha.  My name is Kelly

Electronically signed by Donna McCown (101-253-986-8079)                    08a84ecc-4da2-4865-86d2-04c8b0785423

4

10:04 1  Albin, and I represent the defendants in a lawsuit

10:04 2  that's been filed by Lizelle Gonzalez.  Do you

10:04 3  understand that?

10:04 4       A.  Yes.

10:04 5       Q.  Thank you.  Are you represented by an attorney

10:04 6  today?

10:04 7       A.  No, ma'am.

10:04 8       Q.  All right.  Can you please state your full name

10:04 9  for the record.

10:04 10      A.  Rosita Mae Rocha.

10:04 11      Q.  And you're currently at your home in Rio Grande

10:04 12  City?

10:04 13      A.  Correct.

10:04 14      Q.  All right.  Who do you live in that home with?

10:05 15      A.  My son.

10:05 16      Q.  Do you have a sister named Becky Rocha?

10:05 17      A.  Yes, I do.

10:05 18      Q.  Does she live with you?

10:05 19      A.  No, ma'am.

10:05 20      Q.  Where does she live?

10:05 21      A.  In Roma-Los Saenz, Texas.

10:05 22      Q.  Thank you.  What is her address?

10:05 23      A.  To be honest with you, I don't -- I don't -- I

10:05 24  just get to her house.  I don't know her address.

10:05 25      Q.  Okay.  Do you know what street she lives on?

**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755          McAllen (956) 618-2366**

Electronically signed by Donna McCown (101-253-986-8079)                    08a84ecc-4da2-4865-86d2-04c8b0785423

10:05  1          A.  7th Street.

10:05  2          Q.  7th Street in Roma, Texas?

10:05  3          A.  Los Saenz, yes.

10:05  4          Q.  I'm sorry.  Is it -- I -- I couldn't quite

10:05  5     hear.  Is it not Roma?

10:05  6          A.  Los Saenz.

10:05  7          Q.  What is her phone number?

10:05  8          A.  I don't know it off the top of my head.  Do you

10:05  9     want me to look for it on my phone?

10:05  10         Q.  If you could, please.

10:05  11         A.  Yes.  It's 956-730-7184.

10:06  12         Q.  Thank you.  Do you know Lizelle Gonzalez, the

10:06  13    plaintiff in this case?

10:06  14         A.  No, ma'am, I don't.

10:06  15         Q.  Have you ever met her?

10:06  16         A.  No, ma'am.

10:06  17         Q.  Have you read the lawsuit that she's filed

10:06  18    against Starr County and the other defendants I named

10:06  19    earlier?

10:06  20         A.  No, ma'am.

10:06  21         Q.  Do you understand that she's listed you as a

10:06  22    witness in her case?

10:06  23         A.  Yes, ma'am.

10:06  24         Q.  Okay.  Do you have any idea why you've been

10:06  25    identified as a witness?

Electronically signed by Donna McCown (101-253-986-8079)                          08a84ecc-4da2-4865-86d2-04c8b0785423

10:06  1      A.  Yes, I do.

10:06  2      Q.  Okay.  What is your understanding of why you've

10:06  3  been listed as a witness?

10:06  4      A.  Because I have information regarding of what

10:07  5  Mr. Gocha Allen Ramirez told me when that incident

10:07  6  happened.

10:07  7      Q.  What information is that?

10:07  8      A.  Well, should I start from the beginning?  I've

10:07  9  known Gocha for 40 years.  He was my friend for

10:07 10  40 years.

10:07 11          So he called me to ask me if -- how I

10:07 12  felt, because I also had had an abortion.  Not an

10:07 13  induced one, ma'am.  I had gone through a doctor.

10:07 14          He wanted to know how I felt

10:07 15  psychologically regarding my abortion.

10:07 16      Q.  When was that call?

10:07 17      A.  I don't recall the -- the day or the date, but

10:07 18  I know it was when it was -- when he had her in jail,

10:08 19  he called me and told me.

10:08 20      Q.  How did you know she was in jail at the time of

10:08 21  the call?

10:08 22      A.  Because he told me.

10:08 23      Q.  Did you have any other conversations with

10:08 24  Mr. Ramirez about Ms. Gonzalez?

10:08 25      A.  That one, just that one where he told me

10:08  1    that -- well, first he wanted to ask me how I felt with

10:08  2    my abortion.  I told him, "There's a difference.

10:08  3    You're telling me she had an induced abortion.  I had

10:08  4    to go to a doctor.  So there's a difference."

10:08  5                Well, he said, "Psychologically, what does

10:08  6    it do?"

10:08  7                "Where is she?"

10:08  8                And he said, "She's in jail."

10:08  9                So I said, "Gocha, get her out of jail,

10:08 10    psychologically.  I went through -- through a doctor.

10:08 11    She did it -- an induced.  She's got to be not going --

10:08 12    her head is not well."

10:08 13                And then he told me, "But you do know that

10:09 14    she induced."

10:09 15                I said, "Gocha, the laws have not

10:09 16    changed."  Not because I'm an attorney, not because

10:09 17    I'm -- I know everything, but I follow that law because

10:09 18    I -- I had gone through an abortion and so did my

10:09 19    sister.

10:09 20                So he in turn told me -- I said, "Are you

10:09 21    okay?"

10:09 22                And he says, "Yes, Rosie.  Abel and -- and

10:09 23    Alexandria are on top of everything, and they're

10:09 24    advising everything that's going on."

10:09 25                I said, "So then why call me?"

Electronically signed by Donna McCown (101-253-986-8079)                    08a84ecc-4da2-4865-86d2-04c8b0785423

10:09  1                    And he says, "Well, because you've gone

10:09  2      through an abortion."

10:09  3                    "So did Becky.  You can call Becky too."

10:09  4         Q.  Anything else in that conversation?

10:09  5         A.  No.

10:09  6         Q.  Did you exchange any text messages with

10:10  7      Mr. Ramirez at that time?

10:10  8         A.  Regarding Lizelle?

10:10  9         Q.  Yes.

10:10  10        A.  No, ma'am.

10:10  11        Q.  Was there a text message before the phone call?

10:10  12        A.  No, ma'am.

10:10  13        Q.  Was there a text message after the phone call

10:10  14     about that conversation?

10:10  15        A.  No, ma'am.

10:10  16        Q.  Are there any records that you're aware of that

10:10  17     would establish that that conversation happened other

10:10  18     than what you're -- other than your testimony about it?

10:10  19        A.  No.

10:10  20        Q.  You didn't -- you didn't text anybody else and

10:10  21     say, "Hey, Gocha just called me, and we talked about

10:10  22     this"?

10:10  23        A.  No.  Because Gocha's and I friendship was just

10:10  24     Gocha's and I friendship.  Why was I going to share

10:10  25     anything to anybody else?  Who?  I mean, no.

10:10  1          Q.  Before today, have you told anybody else about
10:10  2     that conversation?
10:10  3          A.  Yes.
10:10  4          Q.  Who?
10:10  5          A.  Cecilia Garza, Molly.
10:11  6          Q.  When did you tell them about that conversation?
10:11  7          A.  Cecilia, I told her since -- I believe it was
10:11  8     the late part of January.
10:11  9          Q.  Did she call you, or did you call her?
10:11  10         A.  No, ma'am.  I reached out to them.
10:11  11         Q.  You said "them."  Was there someone other than
10:11  12    Cecilia in January?
10:11  13         A.  Oh, I'm sorry.  I -- I reached out to their law
10:11  14    office, Cecilia.  I just spoke to Cecilia.
10:11  15         Q.  Okay.  And when -- just so the record is clear,
10:11  16    when we're talking about Cecilia, you're talking about
10:11  17    the plaintiff's attorney Ms. Garza who's here in
10:11  18    attendance today, correct?
10:11  19         A.  Correct.
10:11  20         Q.  Okay.  And I think you said Molly a moment ago.
10:11  21    Are you talking about Ms. Kovel who's also here today?
10:11  22         A.  Yeah, but I didn't speak to her until I think
10:11  23    it was -- I don't want to lie to you -- maybe May,
10:12  24    March, May.
10:12  25         Q.  Of this year?

Electronically signed by Donna McCown (101-253-986-8079)                    08a84ecc-4da2-4865-86d2-04c8b0785423

10:12  1      A.   Yes.

10:12  2      Q.   Okay.  Going back to the call that you made to

10:12  3  Ms. Garza's office.  Who did you speak with in her

10:12  4  office?

10:12  5      A.   Well, whoever answered the phone, which I don't

10:12  6  know what her name is, but I did ask for counsel of

10:12  7  Lizelle Gonzalez, and then I was transferred to Cecilia

10:12  8  Garza.

10:12  9      Q.   Okay.  And what did you talk about in that

10:12 10  conversation?

10:12 11      A.   I had previously -- I had been with my sister,

10:12 12  because my sister's husband had passed away, so we -- I

10:12 13  had been at her house, and she had shown me some -- we

10:12 14  were talking about different things.  We had not spoken

10:12 15  for ten years.

10:12 16           So we were talking about everything,

10:12 17  anything, and anything that made her comfortable.  I

10:12 18  wanted to make her comfortable.  And one of the things

10:12 19  she had told me was that, "Hey, did you know that Gocha

10:13 20  sent me a message about that girl" -- she said it in

10:13 21  Spanish.  So I don't -- do you want me to say it

10:13 22  Spanish?  Do you want me to say it in English?  She

10:13 23  said --

10:13 24      Q.   My -- go ahead.

10:13 25      A.   Okay.  So she said -- I said, "You have a

**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755        McAllen (956) 618-2366**

Electronically signed by Donna McCown (101-253-986-8079)                    08a84ecc-4da2-4865-86d2-04c8b0785423

10:13 1    message about Gocha regarding what?"

10:13 2    And she says, "Well" -- because you have

10:13 3    to understand Gocha told me he would not talk about --

10:13 4    to talk to her when -- while he was having an affair

10:13 5    with her, but -- and he would tell her she wasn't

10:13 6    talking to me.  So we were, like, confused.

10:13 7    So I said, "What did he send you?"

10:13 8    And she said, "Well, he sent me a -- two

10:13 9    text messages regarding Lizelle Gonzalez."

10:13 10    And I'm like, "Why would he talk to you

10:13 11    about it?"

10:13 12    "Because no, we've been seeing each other,

10:13 13    and he sent -- he sent me those messages because I

10:13 14    reached out to him to see if he was doing okay."  Okay.

10:13 15    So she says, "Let me -- let me -- let me show it to

10:14 16    you."

10:14 17    "Right now, Becky -- I mean, you're

10:14 18    worried about what you're going through right now."

10:14 19    Said, "No, no, I want to show you."

10:14 20    So I took the phone.  She got the phone.

10:14 21    She showed me the messages, and I saw the messages.  I

10:14 22    don't recall exactly what the message said.  I only can

10:14 23    recall that he said that if this was going to bring him

10:14 24    down -- and I'm not saying the correct thing.  I'm just

10:14 25    saying what I remember.

Electronically signed by Donna McCown (101-253-986-8079)                    08a84ecc-4da2-4865-86d2-04c8b0785423

| | | |
|---|---|---|
| 10:14 | 1 | If this is going to bring me down -- they |
| 10:14 | 2 | were talking about the Lizelle case.  She told him, |
| 10:14 | 3 | "Hey, I'm here for you if you need me.  I'm here for |
| 10:14 | 4 | you." |
| 10:14 | 5 | So he says, you know, "It's -- if it's -- |
| 10:14 | 6 | if I'm going to go down, I have a good 43 years that |
| 10:14 | 7 | I've worked in this field, and if it's going to take me |
| 10:14 | 8 | down, so take me down." |
| 10:14 | 9 | So in the next message, there was a -- I |
| 10:15 | 10 | don't know if it's -- whatever attorneys have that -- |
| 10:15 | 11 | it's a book, and then there was like a chapter, and it |
| 10:15 | 12 | said "murder" where he wrote it.  And he -- well, what |
| 10:15 | 13 | it seemed to me.  I'm not a professional on anything, |
| 10:15 | 14 | but what it seemed to me was as if he had gotten his |
| 10:15 | 15 | phone, taken a picture of the -- of the chapter, and it |
| 10:15 | 16 | said "murder" on the side. |
| 10:15 | 17 | So I said, "He's admitting to it?  Why |
| 10:15 | 18 | would he send you this pic?" |
| 10:15 | 19 | And he says -- she says -- (Speaking |
| 10:15 | 20 | Spanish).  It did say there before on the message, it |
| 10:15 | 21 | said she was reaching out to him.  You know, they did |
| 10:15 | 22 | have a long-term relationship, 14 years.  I mean, you |
| 10:15 | 23 | know, in those 14 years, I'm sure they know each other |
| 10:15 | 24 | that well like I know him. |
| 10:15 | 25 | And I was stunned, because when I spoke to |

**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755        McAllen (956) 618-2366**

Electronically signed by Donna McCown (101-253-986-8079)                                    08a84ecc-4da2-4865-86d2-04c8b0785423

10:16 1  Gocha, he sounded like he -- he wanted to make sure

10:16 2  about what I felt, but then he's telling Becky about

10:16 3  this thing about -- the messages about how he felt, yet

10:16 4  Becky had an abortion that -- Gocha.  So I was -- I was

10:16 5  taken back.

10:16 6      Q.  So that's -- and my question -- I appreciate

10:16 7  the information.  My question was what did you and

10:16 8  Ms. Garza talk about.

10:16 9          And so I think your answer is you told her

10:16 10  about what you just testified to which was this

10:16 11  conversation you had with Becky; is that fair?

10:16 12      A.  Yes, ma'am.

10:16 13      Q.  Okay.  Thank you.  And when did your sister's

10:16 14  husband pass away?

10:16 15      A.  January 10th, 2000 -- 2025.

10:17 16      Q.  Did -- when you met with Ms. Garza, did you

10:17 17  ever meet with her in person or just over the phone?

10:17 18      A.  No.  I met with her in person.

10:17 19      Q.  So it was first a phone call and then an office

10:17 20  visit?

10:17 21      A.  No, no, not an office visit, ma'am.  We went --

10:17 22  we met at Adobe -- Adobe restaurant.

10:17 23      Q.  Did you provide her with any documents?

10:17 24      A.  No, ma'am.

10:17 25      Q.  Have you ever -- I'm sorry.  Go ahead.

Electronically signed by Donna McCown (101-253-986-8079)                    08a84ecc-4da2-4865-86d2-04c8b0785423

| | | |
|---|---|---|
| 13:59 | 1 | was trying to fight those demons.  He referred to an |
| 14:00 | 2 | attorney from here that he didn't want to be like him. |
| 14:00 | 3 | He didn't want to end it like him.  David Garza, I |
| 14:00 | 4 | believe. |
| 14:00 | 5 | Q.  Okay. |
| 14:00 | 6 | A.  But that he was struggling.  And I was his |
| 14:00 | 7 | friend.  I was always trying to see the better.  I |
| 14:00 | 8 | tried my best, and Gocha knows.  Even up to May I was |
| 14:00 | 9 | still defending him.  And I remember that he told me, |
| 14:00 | 10 | "This loyalty shit is getting old."  It's on text. |
| 14:00 | 11 | Q.  Do you believe that he was using cocaine after |
| 14:01 | 12 | he was elected to district attorney? |
| 14:01 | 13 | A.  Yes, ma'am. |
| 14:01 | 14 | Q.  And do you believe he was using you said |
| 14:01 | 15 | generic Xanax, nonprescribed, after he was elected |
| 14:01 | 16 | district attorney? |
| 14:01 | 17 | A.  Yeah.  I told him on text, I said, "Gocha, get |
| 14:01 | 18 | a prescription, Gocha.  Don't trust Dinora." |
| 14:01 | 19 | And he said, "I am.  I will.  I have." |
| 14:01 | 20 | Again, I was protecting him.  I know what my mother is |
| 14:01 | 21 | capable of. |
| 14:01 | 22 | Q.  You also alluded to hydro in your deposition. |
| 14:01 | 23 | Can you tell me what hydro means? |
| 14:01 | 24 | A.  That's a strong marijuana that they smoke.  I |
| 14:01 | 25 | mean they, because Becky also smokes.  And he offered |

Electronically signed by Donna McCown (101-253-986-8079)                    08a84ecc-4da2-4865-86d2-04c8b0785423

14:02  1    Becky -- in text messages she -- that she -- that she

14:02  2    sent me, she says he says, you know, something to the

14:02  3    effect of he had got some hydro for us.  "Are you ready

14:02  4    for tonight, baby," or something like that.

14:02  5         Q.  Sorry.  So --

14:02  6         A.  And here I thought he told me not to talk to

14:02  7    Becky.  So when I saw the messages, I was like -- I'm

14:02  8    not understanding why he's lying about this.

14:03  9         Q.  You okay?

14:03 10         A.  Yes.  It's not doing me any good.  I mean

14:03 11    this -- this.

14:03 12         Q.  Okay.  I won't take too much longer.  I'm just

14:03 13    trying to --

14:03 14         A.  No, no, no, it's --

14:03 15         Q.  -- cleaning some stuff up.  Okay?

14:03 16         A.  I just want to finish this thing.

14:03 17         Q.  I know.  I know.  You need to get to sleep.

14:03 18    Okay.

14:03 19              So do you know if Mr. Ramirez ever sought

14:03 20    treatment for addiction?

14:03 21         A.  No, I don't know.  He said that he would.

14:03 22         Q.  Okay.  And you mentioned Orlando, I believe, in

14:03 23    your testimony talking about the Gazca case.

14:03 24         A.  Velasquez, yes.

14:03 25         Q.  Orlando Velasquez?

Electronically signed by Donna McCown (101-253-986-8079)                08a84ecc-4da2-4865-86d2-04c8b0785423

14:03  1          A.   Yeah.   When I talked to Gocha, when I told him,

14:04  2     I said, "Call me," because I didn't want to tell him --

14:04  3     text messages to me are so -- one word can go this way

14:04  4     or that way.  So I'd rather talk.  I'm a talker.  I'm

14:04  5     not -- the messages, yes, I can message, but when it's

14:04  6     something that big, I'm not going to want to text.

14:04  7               So when he called me, he says -- I said,

14:04  8     "Gocha, do you know that Rene Vera is on the jury --

14:04  9     the jury?"

14:04 10               He says, "Yes."

14:04 11               I said, "Do you know that y'all did three

14:04 12     turns?"

14:04 13               He said, "Yes."  And I know this because

14:04 14     Martie told me.

14:04 15          Q.   So just to pause, who was on the jury?

14:04 16          A.   Rene Vera, Jr.

14:04 17          Q.   Okay.  And that was someone who knew

14:04 18     Alexandria --

14:04 19          A.   Yes.

14:04 20          Q.   -- Barrera?

14:04 21          A.   He's -- he's -- Orlando Velasquez is best

14:04 22     friend.  Orlando is partner, husband to Alexandria.

14:04 23          Q.   Okay.  And does he work in the court system?

14:05 24          A.   He is the district clerk.

14:05 25          Q.   Okay.  So he would have been responsible for

**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755        McAllen (956) 618-2366**

14:05 1    the turns of the wheel?

14:05 2        A.  Yes.  From what I was able to get from Martie

14:05 3    was that Hilda was there and saw it unfold in front of

14:05 4    her.

14:05 5        Q.  Okay.

14:05 6        A.  And she was upset about it.  And she told me

14:05 7    that -- I mean, when I told him, I said, "Gocha, why

14:05 8    are you letting this shit?  I mean, do you know about

14:05 9    it?"

14:05 10            He says, "Yeah, Rosie, but we did three

14:05 11   turns because of the fact that we were not able to get

14:05 12   all the jurors."

14:05 13            I said, "That's odd, because Rene Vera

14:05 14   came out on the third."

14:06 15       Q.  Okay.

14:06 16       A.  And then he tells me -- is that -- do you want

14:06 17   to know?  Should I stop?

14:06 18       Q.  You can stop.  I think we've -- I just wanted

14:06 19   to know who Orlando was because I -- I didn't hear you

14:06 20   say.

14:06 21       A.  Oh, I'm sorry.

14:06 22       Q.  That's okay.

14:06 23       A.  He's the district clerk.

14:06 24       Q.  Okay.  So moving on to the conversation you had

14:06 25   about Lizelle on the phone that you testified about.

Electronically signed by Donna McCown (101-253-986-8079)                    08a84ecc-4da2-4865-86d2-04c8b0785423

14:06  1    Okay?  How did that conversation start?  He -- he
14:06  2    called you?
14:06  3        A.  He called -- he called me to ask me about how I
14:06  4    felt with my abortion.
14:06  5        Q.  Okay.  And -- I'm so sorry.
14:06  6            Did he tell you how he had found out or
14:06  7    learned of Lizelle's abortion?
14:06  8        A.  No.  He just told me, "Rosie, when you had your
14:07  9    abortion, how did you feel?"
14:07 10            "Like what do you mean?  Like
14:07 11    psychologically?"
14:07 12            "How did you feel?"
14:07 13            "My abortion was through a doctor.  It was
14:07 14    not induced.  Very different.  Psychologically you're
14:07 15    not there -- there, but not there."
14:07 16        Q.  And some years ago while you were still talking
14:07 17    to your sister, did she have an abortion?
14:07 18        A.  Yes.  She had an abortion.  I set it up.  It
14:07 19    was Gocha's child, and Gocha had asked Becky not to
14:07 20    have -- not to have the child.
14:07 21        Q.  Was he married?
14:07 22        A.  Yes.
14:08 23        Q.  And did he pay for the abortion?
14:08 24        A.  Yes.  I scheduled the appointment with
14:08 25    Landrum-Chester.

Electronically signed by Donna McCown (101-253-986-8079)                    08a84ecc-4da2-4865-86d2-04c8b0785423

14:08  1      Q.  And what did you do after the appointment?

14:08  2      A.  I -- well, I took Becky, and she came out out

14:08  3  of it, and Gocha was waiting for us outside, and he,

14:08  4  you know, hugged her, told her everything would be

14:08  5  okay.  He took us to Red Lobster.

14:08  6           And Becky was in pain.  Honestly, if you

14:08  7  haven't gone through it, you wouldn't know, but she --

14:08  8  her mind was somewhere else, and he was spoon

14:08  9  fooding -- spoon-feeding her.

14:08 10      Q.  How old was she?  Do you know?

14:08 11           MS. ALBIN:  I'm going to object to this

14:08 12  line of question.  Becky Rocha is set to be deposed

14:09 13  next.  I'm not sure what that topic has to do with the

14:09 14  immunity issue or any of the questions that I've asked

14:09 15  today.

14:09 16           MS. KOVEL:  I think the knowledge that

14:09 17  Mr. Ramirez had about whether or not abortion was legal

14:09 18  is relevant to his knowing -- his state of mind in --

14:09 19  and whether or not he knew that what Lizelle was

14:09 20  prosecuted for was categorically not a crime.

14:09 21           MS. ALBIN:  Well, she's already --

14:09 22  Ms. Rocha has testified that Becky had an abortion and

14:09 23  Gocha knew about it, so I don't know what more --

14:09 24           MS. KOVEL:  I just asked how old she was.

14:09 25           MS. ALBIN:  Right.  And I -- I don't know

Electronically signed by Donna McCown (101-253-986-8079)                    08a84ecc-4da2-4865-86d2-04c8b0785423

14:09  1    how that's relevant to whether or not he knew abortions

14:09  2    were legal or --

14:09  3                MS. KOVEL:  I think a lot of your

14:10  4    questions, Kelly, were not relevant to whether or not,

14:10  5    you know, your client has immunity.  I -- I think we're

14:10  6    talking about his credibility and his character, okay,

14:10  7    and I think --

14:10  8                MS. ALBIN:  Which has nothing to do with

14:10  9    immunity.

14:10  10               MS. KOVEL:  -- which has a lot to do with

14:10  11   whether his statements on the record are credible.

14:10  12               MS. ALBIN:  It has nothing to do with

14:10  13   immunity, and it's not just his statements.  They're

14:10  14   corroborated by plenty of other people.  But in any

14:10  15   event, the age of a person with whom there's a claim he

14:10  16   was affiliated and had an abortion, I don't see how

14:10  17   that's relevant to this case.

14:10  18               MS. KOVEL:  You've made your objection.

14:10  19   I'm really trying not to go too much longer.  I believe

14:10  20   the witness is not feeling well, and I'd like to just

14:10  21   keep going.  I'm not going to keep going very long on

14:10  22   this -- that was my last question on the topic.

14:11  23        A.  I'm okay.  I just want to finish this off.

14:11  24        Q.  Okay.

14:11  25        A.  If you have -- I'm holding the vomit, and it's

Electronically signed by Donna McCown (101-253-986-8079)                    08a84ecc-4da2-4865-86d2-04c8b0785423

14:11  1    probably making me very bloated.

14:11  2        Q.  Okay.

14:11  3        A.  Once we're off, I'll probably end up at the

14:11  4    hospital.  I'm fine.

14:11  5        Q.  Let me ask you when you were talking to him on

14:11  6    the phone when Lizelle was in jail, did you mention

14:11  7    Becky's abortion?

14:11  8        A.  He said -- when he called me and asked me how

14:11  9    it felt, is that what you're asking?

14:12 10        Q.  Yes.  Did -- did you mention Becky's abortion?

14:12 11        A.  Yes.  I said, "You should know.  Becky went

14:12 12    through one with your child."

14:12 13                MS. ALBIN:  I'm going to object because

14:12 14    the witness has just given two different answers to

14:12 15    that same question.

14:12 16        A.  I thought I had said it.

14:12 17        Q.  Did he talk about -- in the phone conversation

14:12 18    that you had with him, did he talk about -- you said

14:12 19    that he said that Ms. Barrera and Mr. Villarreal were

14:12 20    in touch with him about Lizelle's case?

14:12 21        A.  Correct.

14:12 22        Q.  And what was your understanding of what that

14:12 23    meant, like in touch with him?

14:12 24        A.  Honestly, I just -- I figured that Gocha was

14:13 25    trying to get it out, because you all -- none of you

Electronically signed by Donna McCown (101-253-986-8079)                    08a84ecc-4da2-4865-86d2-04c8b0785423

14:13  1    would understand the friendship that we had.  I don't

14:13  2    care who you are.

14:13  3              We had a friendship, a bond.  Besides sex

14:13  4    and everything, there was a bond.  He wanted to know

14:13  5    what it felt, and he said, "I have Alexandria and Abel

14:13  6    Villarreal -- Alexandria Barrera -- he didn't say

14:13  7    Alexandria Barrera, Abel Villarreal.

14:13  8              He said, "I have Alexandria, Abel," you

14:13  9    know, keeping him up with what they were doing.

14:13  10   Q.  But they were notifying him about the

14:13  11   prosecution?

14:13  12             MS. ALBIN:  Objection, leading.

14:13  13   Q.  Do you know if -- did you -- do you know if

14:13  14   they -- withdrawn.

14:13  15             Do you know if he instructed them to

14:14  16   arrest her, arrest Lizelle?

14:14  17   A.  No.

14:14  18   Q.  And do you know if -- do you know if

14:14  19   Mr. Ramirez had any contact with the jail while she was

14:14  20   arrested?

14:14  21   A.  From what I understand -- from what I

14:14  22   understood from him, he said he's in -- I told him,

14:14  23   "Is -- where is she?"

14:14  24             And he said, "She's in jail."

14:14  25             And I'm like, "Dude, get her out.  It's

**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755        McAllen (956) 618-2366**

14:14  1    going to fuck up her mind."  I said, "Get her out."  I

14:15  2    know I went through it, and I went with a doctor, and I

14:15  3    was able to walk out.  And I'm telling you this.  I

14:15  4    didn't tell him that.  I was able to walk out, and my

14:15  5    mind was somewhere else.  I said, "Get her out."

14:15  6        Q.  And what did he say in response to that?

14:15  7        A.  I vividly remember -- vividly remember that he

14:15  8    said that -- that she was going to come out.  I said,

14:15  9    "Get her out as soon as possible."

14:15 10        Q.  Okay.  How do you think the media around the

14:15 11    case affected him?  Was he upset?

14:15 12        A.  Oh, Gocha doesn't like social media.  He

14:16 13    doesn't like for nobody to post things.  He despises

14:16 14    that, because I remember that one time he told me,

14:16 15    "Have you ever gotten on Political Lies and Ties?"

14:16 16                And I'm like, "No.  Dude, there are so

14:16 17    many hate pages."

14:16 18                "Dude, don't get into it.  Don't get into

14:16 19    it."  And I'm like -- of course you know what happens

14:16 20    when somebody tells you don't get into it.  I went into

14:16 21    it.

14:16 22                And that's when I saw that Becky was

14:16 23    posting things about Gocha, about his personal life.

14:16 24        Q.  On social media?

14:16 25        A.  Yes.

**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755        McAllen (956) 618-2366**

14:16  1    Q.  You said that you spoke to Martie Garcia-Vela

14:16  2  at various times.  Did you ever speak to her about you

14:17  3  and Becky's knowledge about the Lizelle Gonzalez

14:17  4  matter?

14:17  5    A.  No.  Because we were not speaking then.  Becky

14:17  6  and I started speaking in January.

14:17  7    Q.  I meant this year.  After you and Becky

14:17  8  reconciled, did you speak to Martie about -- about this

14:17  9  case?

14:17 10    A.  No.

14:17 11    Q.  Did you ever ask her for advice about finding a

14:17 12  lawyer for this case?

14:17 13    A.  I called her yesterday.

14:17 14    Q.  Okay.

14:17 15    A.  She didn't answer.

14:17 16    Q.  Do you know if she ever talked to Mr. Ramirez

14:17 17  about you or your sister?

14:17 18         MS. ALBIN:  Objection, calls for

14:17 19  speculation.

14:17 20    A.  I can answer?

14:17 21    Q.  Uh-huh.

14:17 22    A.  I don't have concrete information, but I feel

14:17 23  that she has.

14:17 24    Q.  And you testified that you were anxious because

14:18 25  you -- there are people who are following you in cars

Electronically signed by Donna McCown (101-253-986-8079)                    08a84ecc-4da2-4865-86d2-04c8b0785423

14:18  1    outside your house?

14:18  2        A.  My house, the gym, the doctor.

14:18  3        Q.  And why do you think Mr. Ramirez would order

14:18  4    that to happen?

14:18  5        A.  I know Gocha well enough to know that when he

14:18  6    gets pissed off, he's going to do -- he's going to try

14:18  7    to do anything that he can.

14:18  8        Q.  And why would he be pissed off, as you say?

14:18  9            MS. ALBIN:  Objection, calls for

14:18 10    speculation.

14:18 11        A.  The loyalty.  It was -- there was no loyalty

14:18 12    after -- when he called me November and he told me his

14:18 13    wife was going to be out and that he would sneak me in

14:19 14    to the courthouse and then call again.  I think he

14:19 15    already knew that I was not interested.

14:19 16            I took the call because it was not his

14:19 17    phone number.  It was the -- it was the landline for

14:19 18    the County, which everybody uses, which is 81 -- I know

14:19 19    it's 81 something.  And so it could have been anybody,

14:19 20    but it was Gocha.  And he said, "I'm going to be

14:19 21    calling you from here from now on.  She should leave by

14:19 22    Thursday, and we can meet here."

14:19 23        Q.  Was it your understanding that he wanted to

14:19 24    have sex with you?

14:19 25        A.  Yes.

Electronically signed by Donna McCown (101-253-986-8079)                    08a84ecc-4da2-4865-86d2-04c8b0785423

14:19  1          MS. ALBIN:  Objection, speculation and

14:19  2     leading.

14:19  3          Q.  How confident are you, based on your

14:20  4     conversation, that he was inviting you to meet for sex?

14:20  5          MS. ALBIN:  Objection, leading.

14:20  6          A.  99.9 percent that he wanted.

14:20  7          Q.  And is that -- is that confidence based on

14:20  8     knowing him for 40 years?

14:20  9          A.  Correct.

14:20 10          Q.  And having a relationship with him for 40 years

14:20 11     that occasionally involved sexual relationships?

14:20 12          A.  Yes.

14:20 13          Q.  Okay.  So you knew when he was talking about

14:20 14     sex what he would sound like?

14:20 15          A.  Yes.

14:20 16          MS. ALBIN:  Objection, speculation.

14:20 17          Q.  Okay.

14:20 18          MS. ALBIN:  That's ridiculous.

14:20 19          Q.  And was it your understanding that he was

14:20 20     asking you to have sex in his office?

14:20 21          A.  Yes.

14:20 22          MS. ALBIN:  Objection, speculation and

14:20 23     leading.

14:20 24          A.  I have a text message that he sends -- sends me

14:20 25     that he says, "I can sneak you into the -- to the DA's

Electronically signed by Donna McCown (101-253-986-8079)                    08a84ecc-4da2-4865-86d2-04c8b0785423

14:20  1    office and we can fuck."

14:20  2        Q.  So --

14:20  3        A.  That day I was -- I was sick with allergies,

14:21  4    and I told him, "You know what?  I'm really sick with

14:21  5    the allergies, Gocha."

14:21  6            "Oh, that's a lot of -- there's a lot of

14:21  7    that going on."  And I didn't go.

14:21  8        Q.  When do you believe he came angry at you?

14:21  9            MS. ALBIN:  Objection, speculation.

14:21 10        A.  After -- after I showed him in November the

14:21 11    whole side of me, that phone call when he called me.  I

14:21 12    didn't -- Gocha has a way of talking and I have a way

14:21 13    of talking about sex, and I didn't talk about sex.

14:21 14            I didn't say, "Hey, you know, I'm horny.

14:21 15    Hey, I want you.  Hey."

14:21 16            He would tell me, "Hey, let me see the

14:21 17    twins.  Show me -- send me a picture of the twins."

14:21 18            And I said -- that was not what was -- the

14:22 19    conversation -- there was no conversation regarding

14:22 20    sex, but I knew what he wanted, because that's -- I

14:22 21    know Gocha, but I didn't -- I didn't -- I didn't follow

14:22 22    with -- I just said, "She's going to be out?"

14:22 23            "She," who is his wife, "is going to be

14:22 24    out next week, and we'll meet on Thursday.  I'm going

14:22 25    to be calling you from this number."

Electronically signed by Donna McCown (101-253-986-8079)                    08a84ecc-4da2-4865-86d2-04c8b0785423

14:22  1             And I was like, "uh-huh," you know, like
14:22  2    uninterested, and that was the last time we spoke.
14:22  3        Q.  And you think just based on that that he would
14:22  4    have you followed?
14:22  5        A.  Because of the fact the way that I would carry
14:22  6    myself.  I said, "Hey, what's up?  You want to meet or
14:22  7    what?"
14:22  8             And he says, "Yeah.  Let's meet.  Let's
14:22  9    fuck.  Let's do this, you know."
14:22 10        Q.  But now you think he's angry at you?
14:22 11        A.  Oh, yeah.
14:22 12             MS. ALBIN:  Objection, leading;
14:23 13    speculation.
14:23 14             MS. KOVEL:  I'm asking her what she
14:23 15    thinks.  Whether or not he's angry at her is not the
14:23 16    question.  I'm asking her if she thinks he's angry at
14:23 17    her.
14:23 18             MS. ALBIN:  Okay.  And I made my
14:23 19    objection.
14:23 20             MS. KOVEL:  It's not speculation.
14:23 21        Q.  Okay.
14:23 22        A.  I know he's upset at me.
14:23 23        Q.  And why?  Why is he upset?  Why --
14:23 24        A.  Because I told --
14:23 25             MS. ALBIN:  Objection, speculation.

**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755        McAllen (956) 618-2366**

Electronically signed by Donna McCown (101-253-986-8079)                    08a84ecc-4da2-4865-86d2-04c8b0785423

14:23  1        Q.  Is it because of the grievance?

14:23  2             MS. ALBIN:  Objection, leading.

14:23  3        A.  It's apparent.  He had told me when -- when he

14:23  4   was on whatever probation, I felt bad for him, but then

14:23  5   when didn't I feel bad for him.

14:23  6             Up until today that I decided there was no

14:23  7   more loyalty towards him.  He disrespected me and my

14:23  8   son.  Didn't give a fuck about him.  Blaming my son for

14:24  9   shit that he didn't do.  Come on, Gocha.  Come on.  You

14:24  10  remember -- remember him telling me one time, "Friend,

14:24  11  you know so much about the politicos you can write a

14:24  12  book."

14:24  13            And I said, "Should I include you there?"

14:24  14            He said, "I'm not a politico yet."

14:24  15            How many times did I discourage him to run

14:24  16  for city?  Many.  And I would see him stand there.  I

14:24  17  felt sorry for him.  That was not his place.  And this

14:24  18  is just me.  I remember him telling me, "Write a book.

14:24  19  You know so much."  What did I do with the Gene Falcon

14:25  20  case?  He knows.

14:25  21       Q.  Is that the sheriff before Mr. Fuentes, Sheriff

14:25  22  Fuentes?

14:25  23       A.  Before Ray Guerra, before Rene.  He was his

14:25  24  attorney.

14:25  25       Q.  Sorry.  Mr. Ramirez was his attorney?

Electronically signed by Donna McCown (101-253-986-8079)                    08a84ecc-4da2-4865-86d2-04c8b0785423

14:25  1          A.  Gene Falcon's attorney.  He took so many hits.
14:25  2     I slept with the FBI agent so this shit would be over.
14:25  3     And he knows it.  You don't know how much shit I've
14:25  4     been through, and he knows that.
14:25  5          Q.  Rosie, I'm going to -- I'm going to wrap this
14:25  6     up.  I think you've been through enough.
14:25  7          A.  Just know this.  I'm not leaving because --
14:26  8     because of anything.  I'm not -- I'm feeling sick.
14:26  9          Q.  I know.
14:26 10          A.  And Gocha meant a lot to me as a friend, but to
14:26 11     go there and say things about me as in -- he might say
14:26 12     I'm a piece of shit to the world, but to my son.  I'm
14:26 13     his only and he's my only.  Don't talk about my son
14:26 14     because I know you wouldn't want me to talk about his
14:26 15     and I have messages where he sent about his son going
14:26 16     to juvenile, and I've never said anything like that to
14:26 17     no one.
14:26 18               Leave my son alone.  What the fuck.  I
14:26 19     didn't talk about his kids.  And yes, I feel that I'm
14:26 20     going to get more retaliation.  It's not going to end.
14:26 21     I'm lawless here in Starr County.
14:27 22          Q.  What do you mean by "lawless"?
14:27 23          A.  You think Rene is going to send the sheriff's
14:27 24     officer over here.  I called him -- I called him about
14:27 25     a month ago because my dog was lost.  My dog, somebody

Electronically signed by Donna McCown (101-253-986-8079)                    08a84ecc-4da2-4865-86d2-04c8b0785423

14:27 1    took it.  I told him that the neighbor was causing

14:27 2    problems.  They didn't come.  They didn't come to take

14:27 3    a report.

14:27 4        Q.  So you mean you don't have the support of law

14:27 5    enforcement --

14:27 6        A.  No.

14:27 7        Q.  -- when you say "lawless."  Are you afraid?

14:27 8        A.  All the time, but why should I?  I have to

14:27 9    remind myself I went through domestic violence, and I

14:27 10   can go through this, but I was more loyal to him than

14:27 11   to my own husband, to my ex-husband, more loyal to him

14:27 12   than this piece of shit that made me -- made me marry

14:27 13   him.  I was more loyal to him.  And he knows that.

14:28 14       Q.  Okay.  I'm just looking at my notes to make

14:28 15   sure I didn't scribble anything down.  Okay?

14:28 16           MS. KOVEL:  Are you going to have

14:28 17   redirect, Kelly?

14:28 18       A.  I feel any retaliation at this point from today

14:28 19   forward --

14:28 20       Q.  Yes.

14:28 21       A.  -- I will contact authorities above Gocha,

14:28 22   because I fear for my son, I fear for myself, and I

14:28 23   fear for my sister.

14:28 24           Leave my son alone, Gocha.  Leave him

14:28 25   alone, dude.  I've never did shit -- protect your ass.

Electronically signed by Donna McCown (101-253-986-8079)                    08a84ecc-4da2-4865-86d2-04c8b0785423

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

LIZELLE GONZALEZ                )(
        Plaintiff               )(
                                )(
VS.                             )(    CIVIL ACTION NO.
                                )(    7:24-cv-00132
GOCHA ALLEN RAMIREZ,            )(
ALEXANDRIA LYNN BARRERA,        )(
RENE FUENTES, and STARR         )(
COUNTY, TEXAS                   )(
        Defendants              )(

REPORTER'S CERTIFICATE

        I, DONNA McCOWN, Certified Court Reporter,
certify that the witness, ROSITA ROCHA, was duly sworn
by me, and that the deposition transcript is a true and
correct record of the testimony given by the witness
remotely on JUNE 4, 2025, and that the deposition was
reported by me remotely in stenograph and was
subsequently transcribed under my supervision.

        Pursuant to Federal Rule 30(e)(2), a review of
the transcript was requested.
        I FURTHER CERTIFY that I am not a relative,
employee, attorney or counsel of any of the parties,
nor a relative or employee of such attorney or counsel,
nor am I financially interested in the action.

        WITNESS MY HAND on this the _____ day
_____, 2025.


        _____
        DONNA McCOWN, Texas CSR 6625
        Expiration Date:  01-31-26
        Bryant & Stingley, Inc., CRN No. 41
        P.O. Box 3420
        Harlingen, Texas  78551
        (956) 428-0755


**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755          McAllen (956) 618-2366**

Electronically signed by Donna McCown (101-253-986-8079)                    08a84ecc-4da2-4865-86d2-04c8b0785423