1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

LIZELLE GONZALEZ                )(
      Plaintiff               )(
                                    )(
VS.                             )(    CIVIL ACTION NO.
                                    )(    7:24-cv-00132
GOCHA ALLEN RAMIREZ,            )(
ALEXANDRIA LYNN BARRERA,        )(
RENE FUENTES, and STARR         )(
COUNTY, TEXAS                   )(
      Defendants              )(

_____

ORAL AND VIDEOTAPED DEPOSITION OF
BECKY ANN ROCHA
JUNE 4, 2025
(Reported Remotely)

_____

      ORAL AND VIDEOTAPED DEPOSITION OF BECKY ANN
ROCHA, produced as a witness at the instance of the
DEFENDANTS, taken in the above-styled and numbered
cause on JUNE 4, 2025, between the hours of 3:13 p.m.
and 5:06 p.m., reported stenographically by DONNA
McCOWN, Certified Court Reporter No. 6625, in and for
the State of Texas, in Roma, Texas, pursuant to the
Federal Rules of Civil Procedure and any provisions
stated on the record or attached therein.

**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755          McAllen (956) 618-2366**

Electronically signed by Donna McCown (101-253-986-8079)                    82d29df7-27b1-4c5f-8504-95d38baea94d

2

                    APPEARANCES

        COUNSEL FOR PLAINTIFF:

              MARIANA (MOLLY) KOVEL, via Zoom
              JUNE (ANNIE) GERSH, via Zoom
              AMERICAN CIVIL LIBERTIES UNION
              125 Broad Street, 18th Floor
              New York, NY  10004

              I. CECILIA GARZA, via Zoom
              VERONICA SEPULVEDA MARTINEZ, via Zoom
              GARZA MARTINEZ, PLLC
              202 East Sprague Street
              Edinburg, Texas  78539

        COUNSEL FOR DEFENDANTS:

              KELLY R. ALBIN, via Zoom
              DENTON NAVARRO RODRIGUEZ BERNAL
              SANTEE & ZECH, P.C.
              549 North Egret Bay Boulevard, Suite 200
              League City, Texas  78550

        ALSO PRESENT:
              Rene Ortiz, Videographer, via Zoom
              Lizelle Gonzalez, via Zoom
              Gocha Allen Ramirez, via Zoom
                        INDEX

                                                PAGE
Appearances ................................... 2

BECKY ANN ROCHA
Examination by Ms. Albin ......................  3
Examination by Ms. Kovel ...................... 46
Examination by Ms. Albin ...................... 66
Examination by Ms. Kovel ...................... 68

Errata Sheet/Signature Page ................... 71

Reporter's Certificate ........................ 73

Attached to the end of the transcript:  Stipulations

                      EXHIBITS

NUMBER  DESCRIPTION                             PAGE

     (No Exhibits Marked)

               **BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755        McAllen (956) 618-2366**

Electronically signed by Donna McCown (101-253-986-8079)                      82d29df7-27b1-4c5f-8504-95d38baea94d

1          THE VIDEOGRAPHER:  Today is June 4, 2025.

2    This is the deposition of Becky Rocha.  It is 3:13 p.m.

3    We're on the record.

4          THE COURT REPORTER:  This deposition is

5    being conducted remotely.  The witness is located in

6    Roma, Texas.  My name is Donna McCown, Texas Certified

7    Shorthand Reporter No. 6625.  I am administering the

8    oath and reporting the deposition remotely by

9    stenographic means from my residence in Harlingen,

10   Texas.  Would counsel please state their appearances,

11   who they represent, and locations for the record

15:13 12   beginning with the taking attorney.

15:13 13          MS. ALBIN:  Kelly Albin.  I am located in

15:13 14   Seabrook, Texas.  I represent defendants Gocha Allen

15:14 15   Ramirez, Alexandria Barrera, Sheriff Rene Fuentes, and

15:14 16   Starr County.

15:14 17          MS. GARZA:  Good afternoon.  My name is

15:14 18   Cecilia Garza, and I represent the plaintiff.  I'm

15:14 19   located in San Isidro, Texas.

15:14 20                    BECKY ANN ROCHA,

15:14 21   having been duly sworn, testified as follows:

15:14 22                     EXAMINATION

15:14 23   BY MS. ALBIN:

15:14 24       Q.  Good afternoon, Ms. Rocha.

15:14 25       A.  Good afternoon.

**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755          McAllen (956) 618-2366**

Electronically signed by Donna McCown (101-253-986-8079)                    82d29df7-27b1-4c5f-8504-95d38baea94d

16

15:34  1    know who it was.  I didn't know where it was coming

15:34  2    from.  I just knew when I talked to my sister that it

15:34  3    was going to be the attorney that was going to be

15:34  4    representing us.

15:34  5              I didn't know Vance Gonzales had quit

15:34  6    until the day before yesterday.  So I was not aware of

15:34  7    anything.  I have not spoken to Mr. Hole.  I have not

15:34  8    spoken to Mr. Gonzales.  I haven't spoken in months to

15:34  9    Ms. Cecilia Garza.  So it's like I said, ma'am, I was

15:34 10    kept in the dark.

15:35 11        Q.  Did your sister Rosita ever tell you why she

15:35 12    was working with the plaintiff's lawyers and providing

15:35 13    text messages from you?

15:35 14        A.  Well, she said that it was to help Lizelle

15:35 15    Gonzalez with her case, that maybe the text messages

15:35 16    that I had sent, my sister would help Ms. Garza with

15:35 17    the case.

15:35 18        Q.  And did your sister tell you why she was

15:35 19    concerned about helping Ms. Gonzalez or helping

15:35 20    Ms. Garza with the case?

15:35 21        A.  Yes.  She mentioned something about getting

15:35 22    back at Mr. Ramirez.

15:35 23        Q.  And did she say what she was trying to get back

15:35 24    at him for?

15:35 25        A.  Oh, yes.  She -- she -- it's like I mentioned

Electronically signed by Donna McCown (101-253-986-8079)                                    82d29df7-27b1-4c5f-8504-95d38baea94d

17

| | | |
|---|---|---|
| 15:35 | 1 | earlier right now when I started talking to you, ma'am. |
| 15:35 | 2 | She told me things about Mr. Ramirez that I was unaware |
| 15:36 | 3 | of, and it was like we were talking about two different |
| 15:36 | 4 | people. |
| 15:36 | 5 | Because what she told me about Mr. Allen |
| 15:36 | 6 | Ramirez were things that I had no idea that they were |
| 15:36 | 7 | going on.  I had no idea they were in contact, because |
| 15:36 | 8 | Mr. Ramirez would always tell me that he was not in |
| 15:36 | 9 | contact with my sister. |
| 15:36 | 10 | And all this time, she sent me so many |
| 15:36 | 11 | text messages where they were having conversations, |
| 15:36 | 12 | among other things. |
| 15:36 | 13 | Q.  Okay. |
| 15:36 | 14 | A.  And that's why she wanted to get back at |
| 15:36 | 15 | Mr. Ramirez because Mr. Ramirez was talking things |
| 15:36 | 16 | about her son, and my sister is very overprotective |
| 15:36 | 17 | with her son. |
| 15:36 | 18 | Q.  And she -- you know that she testified earlier |
| 15:37 | 19 | this morning, right? |
| 15:37 | 20 | A.  Yes, I -- yeah, she told me last night. |
| 15:37 | 21 | Q.  Okay.  And she testified that when the two of |
| 15:37 | 22 | you reconnected in January after your husband passed |
| 15:37 | 23 | away that you told her that Mr. Ramirez had said she |
| 15:37 | 24 | was having a sexual relationship with her son.  Did you |
| 15:37 | 25 | tell her that? |

**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755        McAllen (956) 618-2366**

Electronically signed by Donna McCown (101-253-986-8079)                                    82d29df7-27b1-4c5f-8504-95d38baea94d

18

15:37 1      A.   That Mr. Ramirez had told me that -- that she

15:37 2   had sexual relations with her son?

15:37 3      Q.   Yes.

15:37 4      A.   No.   Mr. Ramirez told me that he had heard --

15:37 5   that he had heard that she and her son had something

15:37 6   going on, that people thought, people assumed that they

15:37 7   were having a sexual relationship.

15:37 8      Q.   And did you tell your sister that information

15:37 9   in January 2025?

15:37 10      A.   Yes.

15:37 11      Q.   Okay.   Was she -- how did she react to that

15:38 12   when you told her that?

15:38 13      A.   She told me that she had heard the same thing

15:38 14   from Mr. -- from the county judge Eloy Vera, that Eloy

15:38 15   Vera -- that somebody else had mentioned it to

15:38 16   Mr. Vera, and Mr. Vera told my sister Rosie that

15:38 17   Mr. Ramirez had been -- that they had heard it from

15:38 18   Mr. Ramirez's mouth, whoever told Judge Vera.

15:38 19           She didn't -- she didn't tell me who told

15:38 20   Judge Vera.   She just told me that Judge Vera had said

15:38 21   that Gocha was saying that, that Mr. Ramirez was saying

15:38 22   that.

15:38 23      Q.   Was she angry?   Did she seem angry to you?

15:38 24      A.   Oh, yes, definitely.

15:38 25      Q.   Did it seem like she wanted to get revenge for

**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755        McAllen (956) 618-2366**

Electronically signed by Donna McCown (101-253-986-8079)                          82d29df7-27b1-4c5f-8504-95d38baea94d

19

15:39  1     those statements she believed he made?

15:39  2                 MS. GARZA:  Objection, speculation.

15:39  3         Q.  You can answer.

15:39  4         A.  I can answer?

15:39  5         Q.  Yes.

15:39  6         A.  What was your question?

15:39  7         Q.  Did it seem like she wanted to get revenge for

15:39  8     the statements that she believed Mr. Ramirez had made

15:39  9     about her and her son?

15:39 10         A.  Well, not --

15:39 11                 MS. GARZA:  Objection, speculation.

15:39 12                 Sorry, Ms. Rocha.

15:39 13         A.  It's okay.  It's not revenge.  I don't -- I

15:39 14     don't see it as revenge.  From what she told me all

15:39 15     about Mr. Ramirez that I was not aware of it at all,

15:39 16     it's not the Mr. Ramirez I knew.  It was about setting

15:39 17     things straight, getting to the -- getting to the

15:39 18     truth.

15:39 19                 That's how I -- I felt that she was doing

15:39 20     it to -- to get this straightened out after I found out

15:40 21     that -- that all the things that she was telling me

15:40 22     about Mr. Ramirez, and then it was hard for me to

15:40 23     believe it.

15:40 24                 Because Mr. Ramirez had mentioned to me

15:40 25     several times that he was in no contact with my sister,

**BRYANT & STINGLEY, INC.**

**Harlingen (956) 428-0755        McAllen (956) 618-2366**

20

| | | |
|---|---|---|
| 15:40 | 1 | for me to promise him that I was not going to talk to |
| 15:40 | 2 | my sister after everything she had done to me. |
| 15:40 | 3 | So I don't think it was revenge.  I think |
| 15:40 | 4 | she just wanted to set the record straight or for me to |
| 15:40 | 5 | know the real Mr. Ramirez. |
| 15:40 | 6 | Q.  Okay.  When did you first meet Mr. Ramirez? |
| 15:40 | 7 | A.  Oh, me and Mr. Ramirez have a long history.  I |
| 15:40 | 8 | met Mr. Ramirez the first time when I was 17.  And then |
| 15:40 | 9 | after that, when I was 26 -- no.  It was -- yes, when I |
| 15:41 | 10 | was 26, we started seeing each other. |
| 15:41 | 11 | And we -- I've had issues with three -- |
| 15:41 | 12 | three of his wives that he's had, I've had issues with |
| 15:41 | 13 | them.  And we -- we got -- we started going out when I |
| 15:41 | 14 | was like 26, and then when -- it lasted, like, about |
| 15:41 | 15 | probably two years, two and a half years. |
| 15:41 | 16 | And then after that, we would see each |
| 15:41 | 17 | other occasionally, because I lived in Mexico, and I |
| 15:41 | 18 | started seeing him again while I was pregnant with my |
| 15:41 | 19 | daughter.  And then that's when I started living in |
| 15:41 | 20 | Mexico, ma'am.  But when I could come to Rio, I |
| 15:41 | 21 | would -- we would see each other occasionally, not |
| 15:42 | 22 | often, you know. |
| 15:42 | 23 | But then a couple of years -- ten years -- |
| 15:42 | 24 | I mean, this last time that me and Mr. Ramirez were |
| 15:42 | 25 | seeing each other, it was in 2012 up until 2022. |

**BRYANT & STINGLEY, INC.**

**Harlingen (956) 428-0755        McAllen (956) 618-2366**

Electronically signed by Donna McCown (101-253-986-8079)                                    82d29df7-27b1-4c5f-8504-95d38baea94d

21

```
15:42  1        Q.   And you were in a romantic relationship?
15:42  2        A.   Well, from my -- well, from what I've heard is
15:42  3   that Mr. Ramirez says that I was an acquaintance.  But
15:42  4   all Starr County knows.  Most of the Starr County knows
15:42  5   we had a relationship.
15:42  6             So I don't think it was -- I don't know if
15:42  7   it was a romantic relationship, because we -- I mean,
15:42  8   we weren't in -- at least not me.  I was -- I was not
15:42  9   in love with Mr. Ramirez.  Yes, I had lot of love for
15:42 10   him because of how he treated me, how he -- how nice he
15:43 11   was to me, but I don't think Mr. Ramirez ever loved me
15:43 12   either, you know, because it was not -- it was not like
15:43 13   I was going to leave my husband, although he asked me
15:43 14   if I would ever leave my husband for him.
15:43 15             And I would say that maybe I would, but I
15:43 16   never did, I mean not even when I got pregnant by
15:43 17   Mr. Ramirez I did not leave my husband.  I chose to
15:43 18   have -- he -- he told me that I had to have -- get -- I
15:43 19   mean, he didn't tell me like straight out to have an
15:43 20   abortion, but he told me that I could -- we couldn't
15:43 21   have that baby because of his career.
15:43 22        Q.   When was that?
15:43 23        A.   I was -- it was in between '96 and '97.
15:43 24        Q.   Okay.
15:43 25        A.   1996 or '97.
```

**BRYANT & STINGLEY, INC.**

**Harlingen (956) 428-0755        McAllen (956) 618-2366**

Electronically signed by Donna McCown (101-253-986-8079)                    82d29df7-27b1-4c5f-8504-95d38baea94d

22

15:43  1          Q.   And what ended the relationship in 2022?

15:44  2          A.   Yes.  It ended in 2022 without -- without

15:44  3     either of us saying anything to each other.  We just

15:44  4     parted ways.

15:44  5          Q.   Okay.  Have you -- when was the last time you

15:44  6     spoke with him?

15:44  7          A.   With Mr. Ramirez, the last time I spoke with

15:44  8     Mr. Ramirez, I believe that it was in November of 2022,

15:44  9     because I remember it was going to be Thanksgiving.

15:44  10    And I went to his -- where -- the subdivision where he

15:44  11    lives, and I parked my truck -- my vehicle at the

15:44  12    water -- there's a water something, a building there

15:44  13    where his subdivision is.

15:44  14               And I would park my car there, and he

15:44  15    would go pick me up, and that was the last time I saw

15:44  16    him.

15:44  17         Q.   Have you spoken to him since November 2022?

15:45  18         A.   No.

15:45  19         Q.   All right.  And I believe that your sister

15:45  20    testified earlier that she had seen a social media page

15:45  21    where you were posting about Mr. Ramirez I think in

15:45  22    2021.  Do you recall talking to her about that?

15:45  23         A.   Yes.

15:45  24         Q.   And what was it that you were posting about him

15:45  25    in 2021, just generally?

**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755      McAllen (956) 618-2366**

Electronically signed by Donna McCown (101-253-986-8079)                                    82d29df7-27b1-4c5f-8504-95d38baea94d

23

15:45  1          A.   That I had new information about our new DA.   I

15:45  2     called Mr. Ramirez, and I told him what -- what I was

15:45  3     going to do.   I sent him a screenshot also.

15:45  4          Q.   And what was it that you were trying to do?

15:45  5          A.   To scare him, I guess.

15:45  6          Q.   Why did you want to do that?

15:46  7          A.   Because I was upset at him because I still have

15:46  8     flashbacks about -- about that abortion.   And mostly

15:46  9     that was what was discussed between Mr. Ramirez and I

15:46 10     that day.

15:46 11               He offered to -- to meet up with me here

15:46 12     in Roma to talk about it, you know, that -- that his

15:46 13     wife was -- his wife was -- his now wife was going to

15:46 14     find out and that his career could be over and for me

15:46 15     to reconsider, that we could work things out.   And I

15:46 16     started telling him that I was upset at him, that I

15:46 17     disliked him because of what -- that why could -- could

15:46 18     Ana, his first wife, and Tracie, his second wife, could

15:46 19     have his children and I couldn't.

15:46 20               And I asked him, "Is it because you

15:46 21     consider us -- you consider me low class or because

15:46 22     you're embarrassed that -- that a person like me

15:47 23     could -- could have a child with a person like you?"

15:47 24     And that's when we had it out big time, me and

15:47 25     Mr. Ramirez.

**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755      McAllen (956) 618-2366**

24

15:47  1          Q.   Was he --

15:47  2          A.   And after that --

15:47  3          Q.   Go ahead.

15:47  4          A.   Excuse me.  Sorry.

15:47  5          Q.   No, no.  Please go ahead.

15:47  6          A.   And after that, we didn't speak, and then I --

15:47  7     I think, I'm not sure, ma'am, I think I texted him to

15:47  8     apologize, to apologize to him for -- for telling him

15:47  9     that I was going to disclose information.

15:47 10               And he told me that he forgave me.  He had

15:47 11     a meeting with my mom, and I -- I said -- I told

15:47 12     Mr. Ramirez I was going with my mom to go -- whatever

15:48 13     they had to talk about, but I wanted to talk to him in

15:48 14     person to delete the messages in front of him so he

15:48 15     could know that I was not going to do it again, I was

15:48 16     not going to threaten him again, that I was -- I was

15:48 17     going to disclose information.

15:48 18               So yes, my mom was with me that day.  She

15:48 19     was inside the car.  Me and Mr. Ramirez were behind --

15:48 20     standing behind the car in the trunk, and I told him

15:48 21     that I was sorry, that it wouldn't happen again, that

15:48 22     for him to forgive me.  And he said that -- for me to

15:48 23     not to worry that he would forgive me, and that -- so I

15:48 24     said, "I'm going to -- I'm going to erase the text

15:48 25     messages here in front of you."

**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755        McAllen (956) 618-2366**

Electronically signed by Donna McCown (101-253-986-8079)                                        82d29df7-27b1-4c5f-8504-95d38baea94d

25

15:48  1                    He said, "Becky, you don't have to do

15:48  2    that.  I trust you."  He told me that.

15:48  3                    So I said, "No.  I want do it in front of

15:48  4    you so you can see."  So I did.  I deleted the text

15:48  5    messages in front of him.

15:48  6        Q.   And were these all -- like all of your text

15:49  7    messages with each other, or was it a specific

15:49  8    conversation?

15:49  9        A.   There was a lot of text messages, ma'am.  It

15:49 10    was about -- about -- before he was -- he ran for DA,

15:49 11    while he was running for DA, after he ran for DA, when

15:49 12    he -- when he got married, he called me the following

15:49 13    day to let me know that he got married because he

15:49 14    didn't want me to hear it from somebody else.

15:49 15                    All those things were in -- in the text

15:49 16    messages and also about my abortion.  Everything was

15:49 17    there.

15:49 18        Q.   Okay.

15:49 19        A.   So -- hello.

15:49 20        Q.   Hi.  I'm not sure if I froze or you froze.

15:49 21    There.  I see --

15:49 22        A.   Sorry.

15:49 23        Q.   Okay.  So and that was -- that conversation --

15:49 24    I guess the Facebook post happened, and then after

15:49 25    that, you had the meeting in November 2022?

**BRYANT & STINGLEY, INC.**

**Harlingen (956) 428-0755        McAllen (956) 618-2366**

Electronically signed by Donna McCown (101-253-986-8079)                                    82d29df7-27b1-4c5f-8504-95d38baea94d

73

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

LIZELLE GONZALEZ                    )(
        Plaintiff                   )(
                                    )(
VS.                                 )(    CIVIL ACTION NO.
                                    )(    7:24-cv-00132
GOCHA ALLEN RAMIREZ,                )(
ALEXANDRIA LYNN BARRERA,            )(
RENE FUENTES, and STARR             )(
COUNTY, TEXAS                       )(
        Defendants                  )(

REPORTER'S CERTIFICATE

        I, DONNA McCOWN, Certified Court Reporter,
certify that the witness, BECKY ANN ROCHA, was duly
sworn by me, and that the deposition transcript is a
true and correct record of the testimony given by the
witness remotely on JUNE 4, 2025, and that the
deposition was reported by me remotely in stenograph
and was subsequently transcribed under my supervision.

        Pursuant to Federal Rule 30(e)(2), a review of
the transcript was requested.
        I FURTHER CERTIFY that I am not a relative,
employee, attorney or counsel of any of the parties,
nor a relative or employee of such attorney or counsel,
nor am I financially interested in the action.

        WITNESS MY HAND on this the _____ day
_____, 2025.


_____
DONNA McCOWN, Texas CSR 6625
Expiration Date: 01-31-26
Bryant & Stingley, Inc., CRN No. 41
P.O. Box 3420
Harlingen, Texas  78551
(956) 428-0755


**BRYANT & STINGLEY, INC.**

**Harlingen (956) 428-0755        McAllen (956) 618-2366**

Electronically signed by Donna McCown (101-253-986-8079)                    82d29df7-27b1-4c5f-8504-95d38baea94d