IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LIZELLE GONZALEZ | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | CIVIL ACTION 7:24-CV-00132 |
| | § | |
| GOCHA ALLEN RAMIREZ, et al. | § | |
| *Defendants* | § | |

## AFFIDAVIT OF I. CECILIA GARZA

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HIDALGO | § |

BEFORE ME, the undersigned notary public on this day personally appeared IDA CECILIA GARZA, known to me, and first being duly sworn according to the law upon her oath deposed and stated as follows:

"My name is Ida Cecilia Garza. I am over 18 years of age. I have never been convicted of a crime of moral turpitude or a felony. I am of sound mind and am capable of making this affidavit. I am fully competent to testify to the matters stated herein. I am a partner in the law firm Garza Martinez, PLLC and a member in good standing of the State Bar of Texas, the U.S. District Court for the Southern District of Texas Bar, and the Hidalgo County Bar Association. I serve as Attorney in Charge for Plaintiff Lizelle Gonzalez in this action and as such I have personal knowledge of the facts stated herein.

I submit this Affidavit in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment. As attorney in charge, I have knowledge that the following exhibits attached to, and referenced in, Plaintiff's Opposition to Defendants' Motion for Summary Judgment are true and correct copies of documents filed with the Southern District of Texas and/or kept amongst the papers of this cause by the Clerk of the Southern District of Texas, and depositions taken, and/or documents produced in discovery in the above styled civil action:

- -1: excerpts of Notes of Investigator Esmeralda Muniz.
- -2: excerpts of Lizelle Gonzalez's Interrogation by the Starr County Sheriff's Office on January 31, 2022.

- **-3:** Gocha Ramirez for 229th DA campaign video.
- **-4:** text message exchange dated February 2 – April 7, 2025, between Alexandria Barrera and Esmeralda Muniz.
- **-5:** WhatsApp message dated April 2, 2022, from Gocha Ramirez.
- **-6:** Original Petition for Divorce in the Matter of the Marriage of Ismael Herrera and Lizelle Gonzalez.
- **-7:** email messages from various media outlets to the 229th Judicial District Attorney's Office dated April 8 – 9, 2022.
- **-8:** email messages from various members of the public to the 229th Judicial District Attorney's Office dated April 9, 2022.
- **-9:** text message exchange dated April 10, 2022, between Abel Villarreal and Gocha Ramirez.
- **-10:** text message exchange dated April 10, 2022, between Gocha Ramirez and Isaac Ramirez.
- **-11:** Affidavit of Bernice Garza, dated July 16, 2025
- **-12:** excerpts from the Starr County Sheriff's Office Policy Book.
- **-13:** text message exchanges dated September 27, 2017 – May 22, 2021, between Rosita Rocha and Gocha Ramirez.
- **-14:** text message exchange dated February 23, 2022, between Becky Ann Rocha and Gocha Ramirez.
- **-15:** State Bar of Texas Grievance Committee Exchanges in Reference to Complaint No. 202202571.
- **-16:** Defendant Alexandria Barrera's Objections and Responses to Plaintiff's Phase One Interrogatories, dated October 8, 2024
- **-17:** Defendant Gocha A. Ramirez's Objections and Responses to Plaintiff's Phase One Interrogatories, dated October 8, 2024
- **-18:** Defendant Rene Fuentes' Objections and Responses to Plaintiff's Phase One Interrogatories, dated October 8, 2024
- **-19:** excerpts of the deposition transcript of Gloria Gonzalez, taken on January 3, 2025
- **-20:** excerpts of the deposition transcript of Plaintiff Lizelle Gonzalez, taken on February 13, 2025
- **-21:** excerpts of the deposition transcript of ADA Abel Villarreal, taken on March 12, 2025
- **-22:** excerpts of the deposition transcript of Esmeralda Muniz, taken on March 25, 2025
- **-23:** excerpts of the deposition transcript of Defendant Alexandria Barrera, taken on March 27 and April 4, 2025
- **-24:** excerpts of the deposition transcript of Defendant Gocha A. Ramirez, taken on April 7, 2025

- **-25:** excerpts of the deposition transcript of Rosita Mae Rocha, taken on June 4, 2025
- **-26:** excerpts of the deposition transcript of Becky Ann Rocha, taken on June 4, 2025
- **-27:** excerpts of the deposition transcript of Rafael Aguirre, taken on May 1, 2025
- **-28:** excerpts of the deposition transcript of Lenard Fuentes, taken on May 2, 2025
- **-29:** excerpts of the deposition transcript of ADA Judith Solis, taken on June 6, 2025
- **-30:** excerpts of the deposition transcript of Defendant Rene Fuentes, taken on June 12, 2025

Further Affiant sayeth not.

Signed this the 11th day of August, 2025.

I. Cecilia Garza

SWORN TO AND SUBSCRIBED TO before me, the undersigned authority, on this the 11th day of August, 2025.

Notary Public in and for
The State of Texas