IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **LIZELLE GONZALEZ** | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | CIVIL ACTION 7:24-CV-00132 |
| | § | |
| **GOCHA ALLEN RAMIREZ, et al.** | § | JURY DEMANDED |
| *Defendants* | § | |

## ORDER DENYING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Now before the Court are Defendant Ramirez's Motion for Summary Judgment (ECF 79), Defendant Barrera's Motion for Summary Judgment (ECF 81), and Defendant Fuentes's Motion for Summary Judgment (ECF 88). After considering such motions, Plaintiff's Omnibus Response in Opposition, and the applicable authority, the Court finds that the Defendants' motions are without merit and are hereby DENIED.

SO ORDERED on this _____ of August, 2025.

_____

HON. DREW B. TIPTON

UNITED STATES DISTRICT JUDGE