IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **LIZELLE GONZALEZ** § | |
| *Plaintiff* § | |
| § | |
| Vs. § | CIVIL ACTION 7:24-CV-00132 |
| § | |
| **GOCHA ALLEN RAMIREZ, et al.** § | |
| *Defendants* § | |

**PLAINTIFF'S THIRD SUPPLEMENT
TO RULE 26(a)(1) INITIAL DISCLOSURES**

COMES NOW, Plaintiff LIZELLE GONZALEZ, by and through her attorneys of record, and provides the following amended second supplement to her initial disclosures under Rule 26(a)(1):

**i. The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

In addition to the individuals previously disclosed in Plaintiff's disclosures and supplemental and/or amended disclosures, Plaintiff identifies the following individual:

Bernice Garza
c/o Randall Barrera, Esq.
5959 S. Staples, Suite 208
Corpus Christi, Texas 78413
(361) 992-7197
*Communicated with Defendants Alexandria Barrera and Gocha Allen Ramirez in 2022 about the Starr County District Attorney office's investigation, arrest, and/or prosecution of Plaintiff.*

Plaintiff reserves the right to supplement in accordance with the Federal Rules of Civil Procedure.

**ii. A copy – or description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support is claims or defenses, unless the use would be solely for impeachment.**

In addition to documents previously produced, please see PLAINTIFF 00351-00355. Plaintiff reserves the right to supplement in accordance with the Federal Rules of Civil Procedure

        Respectfully Submitted,

By: /s/ I.C. Garza
I. Cecilia Garza
State Bar No. 24041627
Federal Admission No.: 578825
202 E. Sprague Street
Edinburg, Texas 78539
Telephone No.:  956/335-4900
Telecopier No.:  956/338-5700
cecilia@garzamartinezlaw.com
***Attorney in charge for Plaintiff***

Veronica Sepulveda Martinez
State Bar No. 24081144
Federal Admission No.: 3048499
202 E. Sprague Street
Edinburg, Texas 78539
Telephone No.:  956/335-4900
Telecopier No.:  956/338-5700
veronica@garzamartinezlaw.com

Lauren Alicia Johnson
American Civil Liberties Union Foundation
915 15th Street NW
Washington DC 20005
Telephone No.: (202) 731-5567
ljohnson@aclu.org

David A. Donatti (Bar No. 24097612)
Adriana Piñon (Bar No. 24089768)
American Civil Liberties Union of Texas
P.O. Box 12905
Austin, TX 78711-2905
Telephone No.: (713) 942-8146
Facsimile: (713) 942-8966
ddonatti@aclutx.org
apinon@aclutx.org
***Attorneys for the Plaintiff***

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of these supplemental disclosures were served in accordance with the Federal Rules of Civil Procedure by e-mail to all registered ECF users appearing in the case on July 18, 2025.

_____
I. Cecilia Garza