```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
                   McALLEN DIVISION

LIZELLE GONZALEZ              )(
      Plaintiff               )(
                              )(
VS.                           )(   CIVIL ACTION NO.
                              )(   7:24-cv-00132
GOCHA ALLEN RAMIREZ,          )(
ALEXANDRIA LYNN BARRERA,      )(
RENE FUENTES, and STARR       )(
COUNTY, TEXAS                 )(
      Defendants              )(
```

---

ORAL AND VIDEOTAPED DEPOSITION OF
BECKY ANN ROCHA
JUNE 4, 2025
(Reported Remotely)

---

ORAL AND VIDEOTAPED DEPOSITION OF BECKY ANN ROCHA, produced as a witness at the instance of the DEFENDANTS, taken in the above-styled and numbered cause on JUNE 4, 2025, between the hours of 3:13 p.m. and 5:06 p.m., reported stenographically by DONNA McCOWN, Certified Court Reporter No. 6625, in and for the State of Texas, in Roma, Texas, pursuant to the Federal Rules of Civil Procedure and any provisions stated on the record or attached therein.

**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755          McAllen (956) 618-2366**

| | |
|---|---|
| 15:17  1 | Q.  What were -- what were you arrested for? |
| 15:17  2 | A.  I was arrested because of harassment towards my |
| 15:17  3 | sister Rosie Rocha, but I -- I obtained an attorney, |
| 15:17  4 | Reno Gonzalez, and we went to court, and the charges |
| 15:17  5 | were dismissed for lack of information and -- and she |
| 15:18  6 | didn't present herself. |
| 15:18  7 | Q.  Okay.  So you had been accused of harassment by |
| 15:18  8 | your sister Rosita Rocha; is that correct? |
| 15:18  9 | A.  Yes. |
| 15:18 10 | Q.  Okay.  And you mentioned a few times.  Were |
| 15:18 11 | there other things that you were arrested for in -- |
| 15:18 12 | around eight years ago? |
| 15:18 13 | A.  It was all -- it was all with my sister, and -- |
| 15:18 14 | but all of that was -- was fixed by my attorney -- not |
| 15:18 15 | fixed, but was settled by my attorney because Judge |
| 15:18 16 | Romero Molina -- Judge Molina gave ample time to my |
| 15:18 17 | sister to come up with evidence about what she was |
| 15:18 18 | accusing me of. |
| 15:19 19 | She did not have any, so they dismissed |
| 15:19 20 | my -- my -- what she was accusing me of.  So it was -- |
| 15:19 21 | the four or five times that I was arrested, it was |
| 15:19 22 | within the same year and the same accusations, but |
| 15:19 23 | there was no proof. |
| 15:19 24 | She didn't have -- she didn't come up with |
| 15:19 25 | any proof that she was saying was correct.  So they |

15:19 1   dismissed my case for lack of evidence.
15:19 2       Q.  Okay.  And in those cases where she had accused
15:19 3   you of harassment, do you believe she was being honest
15:19 4   in her accusation?
15:19 5       A.  No, of course not.
15:19 6       Q.  All right.  And what was your relationship like
15:20 7   with Rosita at this time when the harassment charges
15:20 8   were brought?
15:20 9       A.  It was bad.  It was really bad.  She got me
15:20 10  into so much trouble.  She sent the CPS to my house.
15:20 11  She sent CPS to my daughter's school.  We caught her in
15:20 12  multiple lies about what she was accusing me of.
15:20 13          She involved the -- the county judge Eloy
15:20 14  Vera also that he was involved in this.  And I just --
15:20 15  I just -- I'm sorry.  I forgot what you asked me.
15:20 16      Q.  I was asking how your relationship was at that
15:20 17  time, if you could describe it.
15:20 18      A.  Oh, it was really bad.
15:20 19      Q.  Okay.
15:20 20      A.  I mean, I'll tell you that much.
15:20 21      Q.  And other than these times where there were
15:21 22  harassment, you said she called CPS, had CPS sent out
15:21 23  to your daughter's school, has there been any other
15:21 24  instances when you feel like she said something
15:21 25  dishonest about you or somebody in your family?

```
15:55  1   this affidavit before you came in and signed it?
15:55  2        A.   No.
15:55  3        Q.   Okay.  So how did you end up -- walk me through
15:56  4   what happened when you signed this document.
15:56  5        A.   What do you mean?
15:56  6        Q.   Did you -- you showed up at the plaintiff's
15:56  7   lawyer's office, and they handed you this statement
15:56  8   that was prepared, and you signed it, or did something
15:56  9   else happen?
15:56 10        A.   No.  What happened was that I was calling to
15:56 11   the office to -- to Ms. Garza.  Cecilia wanted to see
15:56 12   the text messages on my phone, which she did.
15:56 13             And then I don't remember, ma'am, exactly
15:56 14   what was discussed, because like I said, my husband had
15:56 15   just passed away a week earlier.  So I was -- my head
15:56 16   was not there, you know.  And I do remember telling --
15:56 17   I -- I very, very -- I mean, I remember very, very
15:56 18   correctly that I told Ms. Cecilia Garza that the only
15:57 19   way I was going to sign the paper was that it would say
15:57 20   that I was -- I was not going to testify.
15:57 21        Q.   And did she agree that you would not have to
15:57 22   testify?
15:57 23        A.   Yes.  That's when a notary public -- the notary
15:57 24   public was in another room or a witness, but I think it
15:57 25   was a notary public, and she came into the -- into the
```

15:57 1  room where me and Ms. Garza were, and she brought me
15:57 2  that paper. And I read it, and it did state that I was
15:57 3  not -- I would not testify, and I signed it.
15:57 4      Q. And I'm happy to let you read this over if --
15:57 5  if you would like. I will represent to you that this
15:57 6  document does not say that you are not going to
15:57 7  testify. So --
15:57 8      A. The one I have does.
15:57 9      Q. The one that you have does say that?
15:58 10     A. I read it, ma'am.
15:58 11     Q. So there's another document is what you're
15:58 12 saying?
15:58 13     A. The one I have is about -- it says -- because I
15:58 14 read it. It says that I will not testify.
15:58 15     Q. Okay. So if this document does not say that
15:58 16 you're not going to testify, you're saying that exists
15:58 17 either in a different document or this document has
15:58 18 been changed? Is that fair?
15:58 19     A. Well, I don't know. I mean this is -- it is my
15:58 20 handwriting. I mean, I tell you that much. But then
15:58 21 again, I know by my sister Rosie that Ms. Garza had a
15:58 22 tendency, at least with her, to -- to falsify her
15:58 23 signature.
15:58 24     Q. And what --
15:58 25     A. So --

```
15:58  1         Q.   What did you --
15:59  2              MS. GARZA:  Objection, nonresponsive.
15:59  3         Q.   Go ahead.
15:59  4         A.   So I don't know -- I do know this is -- this is
15:59  5    my -- my signature, and from what I remember, I
15:59  6    remember that the paper did say that I was not going to
15:59  7    testify.
15:59  8         Q.   Okay.  And we -- this paper in front of us
15:59  9    today does not say that, so it's your belief --
15:59 10         A.   Yes, ma'am.  This is what I'm reading.
15:59 11         Q.   Uh-huh.  What did your sister tell you about
15:59 12    her signature being falsified by Ms. Garza?
15:59 13         A.   Well, about an affidavit that -- what I know,
15:59 14    ma'am, what I'm telling you is what I've heard from my
15:59 15    sister, because like I told you before, I had no
15:59 16    contact with Ms. Garza or Mr. Vance or Mr. Hole.
15:59 17              The things I'm telling you is because what
15:59 18    my sister has told me, not by Ms. Garza, not by anybody
16:00 19    else, but my sister.  Okay?
16:00 20         Q.   Yes.
16:00 21         A.   So she told -- my sister told me I had noticed
16:00 22    that -- I had noticed that Ms. Garza was very
16:00 23    persistent with my sister about signing the paper, the
16:00 24    affidavit.  The reason, I don't know.  But I'm just
16:00 25    saying what -- what my sister told me.
```

```
16:00  1              And that she was very persistent about my
16:00  2   sister signing the paper that when my sister and
16:00  3   Ms. Garza were -- I don't know where they met or where
16:00  4   they were that they were together, that Ms. Garza had
16:00  5   signed the paper with my sister's name in front of my
16:00  6   sister.
16:00  7              And Rosie said that -- that she had sent
16:00  8   Ms. Garza a text stating that that paper had not been
16:00  9   signed by her, that that paper should be done again and
16:01 10   with her -- with my sister's signature, not by
16:01 11   Ms. Garza's signature.  That's what was said.  So I
16:01 12   don't know what's going -- I mean, I don't know what's
16:01 13   going on between them or what went on or what was
16:01 14   talked about or what was done.  I don't know anything.
16:01 15        Q.  Okay.  I'm going to scroll up on this and just
16:01 16   show these -- some of these text messages.  Are you
16:01 17   able to see these okay on your screen?
16:01 18        A.  Yes.
16:01 19        Q.  Okay.  And we don't have to read them all.  I
16:01 20   just want to confirm that it appears these are all from
16:01 21   April 12th, 2022.  Do you see the date right here?
16:01 22        A.  Yes.
16:01 23        Q.  Can you see that?
16:02 24        A.  Yes.
16:02 25        Q.  Okay.  And then the name up here is -- is it
```