**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **LIZELLE GONZALEZ** | § | |
| **Plaintiff** | § | |
| | § | |
| **Vs.** | § | **CIVIL ACTION 7:24-CV-00132** |
| | § | |
| **GOCHA ALLEN RAMIREZ, et al.** | § | |
| **Defendants** | § | |

**ORDER ON DEFENDANT GOCHA ALLEN RAMIREZ'**
**MOTION TO STRIKE**
====================================================================

On this day the Court took under consideration the Motion to Strike filed on behalf of

Individual Defendant Gocha Allen Ramirez; the District Attorney in Starr County, sued in his

Individual Capacity.

After consideration of the Motion, the response thereto, and the materials pertinent to the

Motion, the Court finds that the Motion has merit and should be Granted.

IT IS, THEREFORE, ORDERED that the Defendant's objections to the admissibility are

**GRANTED** and hereby struck from the record

SO ORDERED.

SIGNED this _____ day of _____, 2025.


_____
U.S. DISTRICT COURT