United States District Court
Southern District of Texas
**ENTERED**
September 25, 2025
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | |
|---|---|
| **LIZELLE GONZALEZ,** § | |
| *Plaintiff* § | |
| § | |
| vs. § | **CIVIL ACTION NO. 7:24-cv-00132** |
| § | |
| **GOCHA ALLEN RAMIREZ,** § | |
| **ALEXANDRIA LYNN BARRERA,** § | |
| **STARR COUNTY, and** § | |
| **RENE FUENTES,** § | |
| *Defendants* § | |

## AGREED MODIFIED DISCOVERY SCHEDULING ORDER

On September 17, 2025, the Court ordered the parties to confer and submit an agreed proposed modified discovery schedule regarding discovery on the Individual Defendants' assertions of immunity. Pursuant to the Parties' Joint Motion for Entry of a Proposed Modified Discovery Schedule, the Court issues this Agreed Discovery Scheduling Order.

| | |
|---|---|
| Deadline for Defendants to produce the following documents/items,<br>- Text and application messages from Cellebrite search of Defendant Fuentes's phone<br>- Facebook messages referenced in Defendants' IT affidavit<br>- Text and application messages from search of county-phones of Esmeralda Muniz, Rafael Aguirre, and Lenard Fuentes | October 13, 2025 |
| Deadline for the Parties to exchange deficiency letters (if any) | October 20, 2025 |
| Phase 1 Discovery Deadline, subject to FRCP Rule 26 | October 27, 2025 |
| Deadline for Notice to the Court of Disputes Regarding Written Discovery (if any) & Request for discovery hearing | November 3, 2025 |

| Deadline for the parties to file supplemental briefing pertaining to pending motions for summary judgment or relevant to Defendants' Motion to Strike, if necessary, limited to information from new discovery. | November 10, 2025 |
|---|---|
| Deadline for the parties to file any response to supplemental briefing, if necessary | November 17, 2025 |

The Agreed Modified Discovery Scheduling Order may be further modified by mutual agreement of the parties. The parties reserve the right to request a continuance of the supplemental briefing deadlines, subject to the Court's resolution of discovery disputes.

IT IS SO ORDERED.

SIGNED on _____September 25_____, 2025.

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE