IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **LIZELLE GONZALEZ** | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | CIVIL ACTION 7:24-CV-00132 |
| | § | |
| | § | |
| **GOCHA ALLEN RAMIREZ, et al.** | § | |
| *Defendants* | § | |

### PLAINTIFF'S MOTION WITHDRAWING KIERA GODDU AS PLAINTIFF'S COUNSEL

Plaintiff in the above-captioned case respectfully provides this notice withdrawing Kiera Goddu as Plaintiff's counsel in this case. Ms. Goddu ended her employment with the American Civil Liberties Union. Plaintiff will continue to be represented by attorneys from the American Civil Liberties Union and co-counsel pursuant to LR83.2. Accordingly, Plaintiff respectfully withdraws Kiera Goddu as Plaintiff's counsel in this case.

Date: October 1, 2025

Respectfully submitted,

/s/ Kiera Goddu* (NY Bar No. 6185656)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY

*admitted pro hac vice

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **LIZELLE GONZALEZ** | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | CIVIL ACTION 7:24-CV-00132 |
| | § | |
| **GOCHA ALLEN RAMIREZ, et al.** | § | |
| *Defendants* | § | |

## ORDER

  Pending before the Court is Plaintiff's Motion Withdrawing Kiera Goddu as Plaintiff's Counsel. After reviewing the Motion, the Response, the record and the applicable law, the Court is of the opinion that it should be ___.

It is SO ORDERED.

Signed this ___ of October, 2025.

               DREW B. TIPTON

               UNITED STATES DISTRICT JUDGE