Case 7:24-cv-00132   Document 110   Filed on 10/14/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 14, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **LIZELLE GONZALEZ** § | |
| *Plaintiff* § | |
| § | |
| **vs.** § | CIVIL ACTION 7:24-CV-00132 |
| § | |
| **GOCHA ALLEN RAMIREZ, et al.** § | |
| *Defendants* § | |

## ORDER

Pending before the Court is Plaintiff's Motion Withdrawing Kiera Goddu as Plaintiff's Counsel. After reviewing the Motion, the Response, the record and the applicable law, the Court is of the opinion that it should be **GRANTED**.

It is SO ORDERED.

Signed this 14th of October, 2025.

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE