IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LIZELLE GONZALEZ § | | |
| *Plaintiff* § | | |
| § | | |
| vs. § | | CIVIL ACTION 7:24-CV-00132 |
| § | | |
| GOCHA ALLEN RAMIREZ, et al. § | | |
| *Defendants* § | | |

## JOINT MOTION FOR ENTRY OF A STIPULATED PROTECTIVE ORDER

Plaintiff Lizelle Gonzalez and Defendants Gocha Ramirez, Alexandria Barrera, Rene Fuentes, and Starr County (collectively, "Defendants") respectively move for entry of a protective order, pursuant to Fed. R. Civ. P. 26(c), with respect to the attachments to Investigator Esmerelda Muniz's, Captain Lenard Fuentes's, and Sergeant Aguirre's text messages that were produced to Plaintiff. In support of this motion, the Parties state as follows:

1. On October 13, 2025, Defendants produced to Plaintiff the search results of Sheriff's Office Investigator Esmerelda Muniz's, Captain Lenard Fuentes's, and Sergeant Aguirre's county-issued phones, as ordered by this Court during the September 17, 2025, hearing. The production included 423 pages of Muniz's text messages (LGVSC001860-LGVSC002282), 270 pages of Fuentes's text messages (LGVSC000883-LGVSC001152), 284 pages of Aguirre's text messages (LGVSC001152-LGVSC001436). However, attachments to the text messages, including documents, photos, and audio files, were not visible in the report of the text messages and were not produced separately. During the parties' October 27, 2025, meet and confer, Defendants' counsel explained that that the

1

attachments were withheld because some attachments contain information regarding other suspects or criminal investigations.

2. To facilitate the production of the attachments while protecting against unnecessary disclosure, the Parties have negotiated and agreed upon the terms of a Stipulated Protective Order.
3. Entry of the proposed Stipulated Protective Order will protect the interests of all Parties and non-parties.

WHEREFORE, the parties respectfully request that the Court enter the attached Stipulated Protective Order.

Dated: October 31, 2025                             Respectfully submitted,

*I. Cecilia Garza*
Texas Bar No. 24041627
USDTX Federal Admission No.: 578825
Garza Martinez, PLLC
202 E. Sprague Street
Edinburg, Texas 78539
Telephone No.: 956-335-4900
Telecopier No.: 956-338-5700
cecilia@garzamartinezlaw.com
*Attorney in charge for Plaintiff*

*David A. Donatti*
Texas Bar No. 24097612
USDTX Federal Admission No.: 33771067
American Civil Liberties Union of Texas
P.O. Box 12905
Austin, TX 78711-2905
Telephone No.: 713-942-8146
Facsimile: 713-942-8966
ddonatti@aclutx.org

*Lauren Alicia Johnson*
DC Bar No.: 1011382*
American Civil Liberties Union Foundation
915 15th Street NW
Washington DC 20005
Telephone No.: 202-731-5567
ljohnson@aclu.org
* Admitted *pro hac vice*

*Sarah F. Corning*
Texas Bar No. 24144442
USDTX Federal Admission No.: 3904827
American Civil Liberties Union of Texas
P.O. Box 12905
Austin, TX 78711-2905
Telephone No.: 713-942-8146
Facsimile: 713-942-8966
scorning@aclutx.org

<u>*Kelly R. Albin*</u>
State Bar No. 24086079
So. Dist. ID No. 3792304
Denton Navarro Rodriguez Bernal
Santee & Zech, P.S. ENTON
549 N. Egret Bay, Suite 200
League City, Texas 77573
Telephone No.: 832- 632-2102
Facsimile: 832-632-2132
kralbin@rampagelaw.com
*Attorney in charge for Defendants*