

| # | | Deleted | * |
|---|---|---|---|
| 2 | **Name:** +19564378601<br>**Start Time:** 1/18/2022 8:59:26 AM(UTC-6)<br>**Last Activity:** 9/13/2022 2:54:33 PM(UTC-5)<br>**Number of attachments:** 0<br>**Source:** Native Messages<br>**Account:** +19564374054<br>**Chat Type:** Unknown<br>**Source file:** EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x8CB3F5F (Table: chat, message, handle, Size: 160223232 bytes)<br>**Body file:** chat-5.txt<br><br>**Participants:**<br><br>+19564374054<br>Alexandria Barrera* (owner)<br><br>+19564378601<br>Sgt Rafael Aguirre* | | |

**From:** +19564378601 Sgt Rafael Aguirre
**To:** +19564374054 Alexandria Barrera (owner)

Good morning Mrs Barrera. This is Investigator Rafael Aguirre with Starr County Sheriff's Office. Would you be available today to discuss a case involving an abortion?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 1/18/2022 8:59:30 AM(UTC-6) | |

**Status:** Read
**Platform:**
**Message Deleted Reason:** User Deleted
**Deletion Date:** 2/24/2025 1:18:11 PM(UTC-6)

1/18/2022 8:59:26 AM(UTC-6)

**Source Info:**
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4472FE4 (Table: message, handle, chat_recoverable_message_join, Size: 160223232 bytes)

From: +19564374054 Alexandria Barrera (owner)
To: +19564378601 Sgt Rafael Aguirre

Good morning. I'm actually in McAllen at the doctors right now but I'll be available later today. I'll be at the office I can send you a text.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564378601 Sgt Rafael Aguirre | | | |

**Status:** Sent
**Platform:**
**Message Deleted Reason:** User Deleted
**Deletion Date:** 2/24/2025 1:18:11 PM(UTC-6)

1/18/2022 8:59:56 AM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x44729D0 (Table: message, handle, chat_recoverable_message_join, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

---

From: +19564378601 Sgt Rafael Aguirre
To: +19564374054 Alexandria Barrera (owner)

Thank you. I'll be here till 4pm and work everyday till Saturday.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 1/18/2022 9:01:19 AM(UTC-6) | |

**Status:** Read
**Platform:**
**Message Deleted Reason:** User Deleted
**Deletion Date:** 2/24/2025 1:18:11 PM(UTC-6)

1/18/2022 9:00:55 AM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4473FC0 (Table: message, handle, chat_recoverable_message_join, Size: 160223232 bytes)



From: +19564374054 Alexandria Barrera (owner)
To: +19564378601 Sgt Rafael Aguirre

Sounds good.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564378601 Sgt Rafael Aguirre | | | |

**Status:** Sent
**Platform:**
**Message Deleted Reason:** User Deleted
**Deletion Date:** 2/24/2025 1:18:11 PM(UTC-6)

1/18/2022 9:01:22 AM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4473546 (Table: message, handle, chat_recoverable_message_join, Size: 160223232 bytes)



From: +19564374054 Alexandria Barrera (owner)
To: +19564378601 Sgt Rafael Aguirre

Good afternoon I'll be here all afternoon whenever you want to come by.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564378601 Sgt Rafael Aguirre | | | |

**Status:** Sent
**Platform:**
**Message Deleted Reason:** User Deleted
**Deletion Date:** 2/24/2025 1:18:11 PM(UTC-6)

1/18/2022 12:27:36 PM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4476343 (Table: message, handle, chat_recoverable_message_join, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

From: +19564378601 Sgt Rafael Aguirre
To: +19564374054 Alexandria Barrera (owner)

Okay awesome thanks. I'm taking lunch at 1pm and will be there at 2.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 1/18/2022 12:28:37 PM(UTC-6) | |

**Status:** Read
**Platform:**
**Message Deleted Reason:** User Deleted
**Deletion Date:** 2/24/2025 1:18:11 PM(UTC-6)

1/18/2022 12:28:36 PM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4477FC0 (Table: message, handle, chat_recoverable_message_join, Size: 160223232 bytes)

**From:** +19564374054 Alexandria Barrera (owner)
**To:** +19564378601 Sgt Rafael Aguirre

Sounds good

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564378601 Sgt Rafael Aguirre | | | |

**Status:** Sent
**Platform:**
**Message Deleted Reason:** User Deleted
**Deletion Date:** 2/24/2025 1:18:11 PM(UTC-6)

1/18/2022 12:28:52 PM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4477A0B (Table: message, handle, chat_recoverable_message_join, Size: 160223232 bytes)

---

**From:** +19564374054 Alexandria Barrera (owner)
**To:** +19564378601 Sgt Rafael Aguirre

Rafa, let's hold off on tejé arrest warrant. Let's talk to that lady that gave her the drugs first. Interview her.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564378601 Sgt Rafael Aguirre | | | |

**Status:** Sent
**Platform:**
**Message Deleted Reason:** User Deleted
**Deletion Date:** 2/24/2025 1:11:55 PM(UTC-6)

1/18/2022 2:47:00 PM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x447FD8C (Table: message, handle, chat_recoverable_message_join, Size: 160223232 bytes)

---

**From:** +19564374054 Alexandria Barrera (owner)
**To:** +19564378601 Sgt Rafael Aguirre

I don't think she's a flight risk...so let's gather everything we can before

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564378601 Sgt Rafael Aguirre | | | |

**Status:** Sent
**Platform:**
**Message Deleted Reason:** User Deleted
**Deletion Date:** 2/24/2025 1:11:55 PM(UTC-6)

1/18/2022 2:47:15 PM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x447FACB (Table: message, handle, chat_recoverable_message_join, Size: 160223232 bytes)

From: +19564378601 Sgt Rafael Aguirre
To: +19564374054 Alexandria Barrera (owner)

**Okay will do**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 1/18/2022 2:59:12 PM(UTC-6) | |

**Status:** Read
**Platform:**
**Message Deleted Reason:** User Deleted
**Deletion Date:** 2/24/2025 1:11:55 PM(UTC-6)

1/18/2022 2:48:50 PM(UTC-6)

**Source Info:**
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x447F850 (Table: message, handle, chat_recoverable_message_join, Size: 160223232 bytes)

| # | | Deleted | * |
|---|---|---|---|
| 3 | **Name:** chat117895517358153636<br>**Start Time:** 9/20/2021 10:20:56 AM(UTC-5)<br>**Last Activity:** 1/11/2023 5:22:28 PM(UTC-6)<br>**Number of attachments:** 7<br>**Source:** Native Messages<br>**Account:** +19564374054<br>**Chat Type:** Unknown<br>**Source file:** EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x8CA14BE (Table: chat, message, handle, Size: 160223232 bytes)<br>**Body file:** chat-9.txt<br>**Participants:**<br><br>+19564374054<br>Alexandria Barrera* (owner)<br><br>alexandriabarrera5@gmail.com<br>Alexandria Barrera* (owner)<br><br>+19562226041<br>Abel Villarreal*<br><br>+19568449912<br>Judy Solis*<br><br>+19567772099<br>Alfredo Garcia*<br><br>+19568445148<br>Gocha Ramirez - Boss*<br><br>+13612075654<br>Rumi Solis*<br><br>19564374054<br>Alexandria Barrera* (owner) | | |

**From:** +19564374054 Alexandria Barrera (owner)
**To:** +19562988585 Bernice Garza

This Herrera case is out of control. The Washington Post, NBC, Buzzfeed

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19562988585 Bernice Garza | 4/9/2022 2:15:33 PM(UTC-5) | | |

**Status:** Sent
**Platform:**
**Message Deleted Reason:** User Deleted
**Deletion Date:** 2/24/2025 12:57:00 PM(UTC-6)

4/9/2022 2:15:32 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4858619 (Table: message, handle, chat_recoverable_message_join, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

---

**From:** +19564374054 Alexandria Barrera (owner)
**To:** +19562988585 Bernice Garza

Most of these People think we indicted her because she didn't know she was pregnant and freaked and had the abortion early on. They think we went under SB 8

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19562988585 Bernice Garza | 4/9/2022 2:16:29 PM(UTC-5) | 4/9/2022 3:07:39 PM(UTC-5) | |

**Status:** Sent
**Platform:**
**Message Deleted Reason:** User Deleted
**Deletion Date:** 2/24/2025 12:57:00 PM(UTC-6)

4/9/2022 2:16:27 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4858368 (Table: message, handle, chat_recoverable_message_join, Size: 160223232 bytes)

From: +19562988585 Bernice Garza
To: +19564374054 Alexandria Barrera (owner)

Yeah…i knew it would

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 4/9/2022 3:08:16 PM(UTC-5) | |

**Status:** Read
**Platform:**
**Message Deleted Reason:** User Deleted
**Deletion Date:** 2/24/2025 12:57:00 PM(UTC-6)

4/9/2022 3:07:56 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x485A68C (Table: message, handle, chat_recoverable_message_join, Size: 160223232 bytes)

---

From: +19562988585 Bernice Garza
To: +19564374054 Alexandria Barrera (owner)

Thats why i reached out yesterday

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 4/9/2022 3:08:24 PM(UTC-5) | |

**Status:** Read
**Platform:**
**Message Deleted Reason:** User Deleted
**Deletion Date:** 2/24/2025 12:57:00 PM(UTC-6)

4/9/2022 3:08:23 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x485BF83 (Table: message, handle, chat_recoverable_message_join, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

**From:** +19562988585 Bernice Garza
**To:** +19564374054 Alexandria Barrera (owner)

But…once they hear the facts they will all freak

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 4/9/2022 3:09:24 PM(UTC-5) | |

**Status:** Read
**Platform:**
**Message Deleted Reason:** User Deleted
**Deletion Date:** 2/24/2025 12:57:00 PM(UTC-6)

4/9/2022 3:09:21 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x485B82C (Table: message, handle, chat_recoverable_message_join, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

---

**From:** +19564374054 Alexandria Barrera (owner)
**To:** +19562988585 Bernice Garza

Yeah. Well let's hope

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19562988585 Bernice Garza | 4/9/2022 3:09:42 PM(UTC-5) | 4/9/2022 3:09:42 PM(UTC-5) | |

**Status:** Sent
**Platform:**
**Message Deleted Reason:** User Deleted
**Deletion Date:** 2/24/2025 12:57:00 PM(UTC-6)

4/9/2022 3:09:40 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x485B3BE (Table: message, handle, chat_recoverable_message_join, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

**From:** +19562988585 Bernice Garza
**To:** +19564374054 Alexandria Barrera (owner)

What I told Gocha was some of the facts need to be released.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 4/9/2022 3:11:50 PM(UTC-5) | |

**Status:** Read
**Platform:**
**Message Deleted Reason:** User Deleted
**Deletion Date:** 2/24/2025 12:57:00 PM(UTC-6)

4/9/2022 3:10:12 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x485C937 (Table: message, handle, chat_recoverable_message_join, Size: 160223232 bytes)

---

**From:** +19564374054 Alexandria Barrera (owner)
**To:** +19562988585 Bernice Garza

Yes they do. And the fact the we didn't go under "abortion laws"

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19562988585 Bernice Garza | 4/9/2022 3:12:19 PM(UTC-5) | 4/9/2022 3:12:53 PM(UTC-5) | |

**Status:** Sent
**Platform:**
**Message Deleted Reason:** User Deleted
**Deletion Date:** 2/24/2025 12:57:00 PM(UTC-6)

4/9/2022 3:12:17 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x485DD25 (Table: message, handle, chat_recoverable_message_join, Size: 160223232 bytes)

---

**From:** +19562988585 Bernice Garza
**To:** +19564374054 Alexandria Barrera (owner)

Yes

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 4/9/2022 3:43:16 PM(UTC-5) | |

**Status:** Read
**Platform:**
**Message Deleted Reason:** User Deleted
**Deletion Date:** 2/24/2025 12:57:00 PM(UTC-6)

4/9/2022 3:41:59 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x485EB0B (Table: message, handle, chat_recoverable_message_join, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

---

**From:** +19564374054 Alexandria Barrera (owner)
**To:** +19562988585 Bernice Garza

R u at this mtg

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19562988585 Bernice Garza | 4/9/2022 5:45:31 PM(UTC-5) | 4/9/2022 5:45:55 PM(UTC-5) | |

**Status:** Sent
**Platform:**

4/9/2022 5:45:30 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x485F1D3 (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

---

**From:** +19562988585 Bernice Garza
**To:** +19564374054 Alexandria Barrera (owner)

No

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 4/9/2022 5:46:00 PM(UTC-5) | |

**Status:** Read
**Platform:**

4/9/2022 5:45:57 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4860F83 (Table: message, handle, Size: 160223232 bytes)

**From:** +19564374054 Alexandria Barrera (owner)
**To:** +19567355296 Inv. Esmer Muniz

Thank you for letting me know!

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19567355296 Inv. Esmer Muniz | 4/7/2022 1:07:47 PM(UTC-5) | 4/7/2022 1:16:50 PM(UTC-5) | |

**Status:** Sent
**Platform:**

4/7/2022 1:07:46 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x483B724 (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

---

**From:** +19564374054 Alexandria Barrera (owner)
**To:** +19567355296 Inv. Esmer Muniz

Hey friend

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19567355296 Inv. Esmer Muniz | 4/7/2022 5:22:58 PM(UTC-5) | | |

**Status:** Sent
**Platform:**
**Message Deleted Reason:** User Deleted
**Deletion Date:** 2/24/2025 12:59:23 PM(UTC-6)

4/7/2022 5:22:56 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x483C469 (Table: message, handle, chat_recoverable_message_join, Size: 160223232 bytes)

---

**From:** +19564374054 Alexandria Barrera (owner)
**To:** +19567355296 Inv. Esmer Muniz

Did Herrera turn herself in voluntarily

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19567355296 Inv. Esmer Muniz | 4/7/2022 5:23:05 PM(UTC-5) | 4/7/2022 5:23:13 PM(UTC-5) | |

**Status:** Sent
**Platform:**

4/7/2022 5:23:05 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x483C233 (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

From: +19567355296 Inv. Esmer Muniz
To: +19564374054 Alexandria Barrera (owner)

**It is getting crazy**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 4/9/2022 8:59:37 AM(UTC-5) | |

Status: Read
Platform:

4/9/2022 8:59:28 AM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4851D98 (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

---

From: +19564374054 Alexandria Barrera (owner)
To: +19567355296 Inv. Esmer Muniz

**Yup. People don't even know the facts & they are already marching up and down**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19567355296 Inv. Esmer Muniz | 4/9/2022 8:59:59 AM(UTC-5) | 4/9/2022 9:03:43 AM(UTC-5) | |

Status: Sent
Platform:
Message Deleted Reason: User Deleted
Deletion Date: 2/24/2025 1:01:50 PM(UTC-6)

4/9/2022 8:59:59 AM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4851B8F (Table: message, handle, chat_recoverable_message_join, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

---

From: +19567355296 Inv. Esmer Muniz
To: +19564374054 Alexandria Barrera (owner)

**If you goggle her name… there's a lot of news reporting it**

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 4/9/2022 9:47:01 AM(UTC-5) | |

Status: Read
Platform:

4/9/2022 9:04:34 AM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x48518CC (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

117

**From:** +19567355296 Inv. Esmer Muniz
**To:** +19564374054 Alexandria Barrera (owner)

It's going to get crazier

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 4/9/2022 9:47:01 AM(UTC-5) | |

**Status:** Read
**Platform:**

4/9/2022 9:04:53 AM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x485166A (Table: message, handle, Size: 160223232 bytes)

---

**From:** +19567355296 Inv. Esmer Muniz
**To:** +19564374054 Alexandria Barrera (owner)

Yes, people blindly follow other people, knowing nothing of a case

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 4/9/2022 9:47:01 AM(UTC-5) | |

**Status:** Read
**Platform:**
**Message Deleted Reason:** User Deleted
**Deletion Date:** 2/24/2025 1:02:05 PM(UTC-6)

4/9/2022 9:06:05 AM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x485144F (Table: message, handle, chat_recoverable_message_join, Size: 160223232 bytes)

---

**From:** +19564374054 Alexandria Barrera (owner)
**To:** +19567355296 Inv. Esmer Muniz

Why are media outlets saying baby was born alive?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19567355296 Inv. Esmer Muniz | 4/9/2022 11:39:25 AM(UTC-5) | 4/9/2022 11:39:37 AM(UTC-5) | |

**Status:** Sent
**Platform:**

4/9/2022 11:39:24 AM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4856D7A (Table: message, handle, Size: 160223232 bytes)

118

**From:** +19567355296 Inv. Esmer Muniz
**To:** +19564374054 Alexandria Barrera (owner)

The baby did not have a heart beat when she got to the hospital

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 4/9/2022 11:40:40 AM(UTC-5) | |

**Status:** Read
**Platform:**

4/9/2022 11:40:40 AM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x485639A (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

---

**From:** +19564374054 Alexandria Barrera (owner)
**To:** +19567355296 Inv. Esmer Muniz

I just wanted to make sure that I remembered the facts correctly lol.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19567355296 Inv. Esmer Muniz | 4/9/2022 11:41:01 AM(UTC-5) | 4/9/2022 11:41:01 AM(UTC-5) | |

**Status:** Sent
**Platform:**
**Message Deleted Reason:** User Deleted
**Deletion Date:** 2/24/2025 1:00:30 PM(UTC-6)

4/9/2022 11:41:01 AM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4857F85 (Table: message, handle, chat_recoverable_message_join, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

---

**From:** +19567355296 Inv. Esmer Muniz
**To:** +19564374054 Alexandria Barrera (owner)

Lol

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 4/9/2022 11:41:15 AM(UTC-5) | |

**Status:** Read
**Platform:**
**Message Deleted Reason:** User Deleted
**Deletion Date:** 2/24/2025 1:00:30 PM(UTC-6)

4/9/2022 11:41:09 AM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4857CD6 (Table: message, handle, chat_recoverable_message_join, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

120

From: +19567355296 Inv. Esmer Muniz
To: +19564374054 Alexandria Barrera (owner)

Yes we are right on the facts

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 4/9/2022 11:41:24 AM(UTC-5) | |

**Status:** Read
**Platform:**
**Message Deleted Reason:** User Deleted
**Deletion Date:** 2/24/2025 1:00:30 PM(UTC-6)

4/9/2022 11:41:23 AM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4857ADB (Table: message, handle, chat_recoverable_message_join, Size: 160223232 bytes)

---

From: +19564374054 Alexandria Barrera (owner)
To: +19567355296 Inv. Esmer Muniz

Esmer did doctors or nurses ever say why they took a while to report? Sorry for the questions we are gonna start working on a press release on Monday.

My email is blowing up. Washington Post, NBC, Buzzfeed…and then the rest are threats and nasty.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19567355296 Inv. Esmer Muniz | 4/9/2022 2:22:39 PM(UTC-5) | 4/9/2022 2:26:30 PM(UTC-5) | |

**Status:** Sent
**Platform:**

4/9/2022 2:19:57 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4859F85 (Table: message, handle, Size: 160223232 bytes)

From: +19567355296 Inv. Esmer Muniz
To: +19564374054 Alexandria Barrera (owner)

It was only the sack coming out not the baby cuz the baby was bridged

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 4/9/2022 5:43:31 PM(UTC-5) | |

**Status:** Read
**Platform:**

4/9/2022 5:43:31 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x485FAC5 (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

---

From: +19564374054 Alexandria Barrera (owner)
To: +19567355296 Inv. Esmer Muniz

Pos it is what it is then

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19567355296 Inv. Esmer Muniz | 4/9/2022 5:43:36 PM(UTC-5) | 4/9/2022 5:43:36 PM(UTC-5) | |

**Status:** Sent
**Platform:**
**Message Deleted Reason:** User Deleted
**Deletion Date:** 2/24/2025 1:02:46 PM(UTC-6)

4/9/2022 5:43:35 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x485F857 (Table: message, handle, chat_recoverable_message_join, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

---

From: +19567355296 Inv. Esmer Muniz
To: +19564374054 Alexandria Barrera (owner)

The baby detached from the placenta

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 4/9/2022 5:44:15 PM(UTC-5) | |

**Status:** Read
**Platform:**

4/9/2022 5:43:44 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x485F603 (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

125

**From:** +19567355296 Inv. Esmer Muniz
**To:** +19564374054 Alexandria Barrera (owner)

Yes it is

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 4/9/2022 5:44:15 PM(UTC-5) | |

**Status:** Read
**Platform:**
**Message Deleted Reason:** User Deleted
**Deletion Date:** 2/24/2025 1:02:46 PM(UTC-6)

4/9/2022 5:43:51 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x485F3D8 (Table: message, handle, chat_recoverable_message_join, Size: 160223232 bytes)

---

**From:** +19564374054 Alexandria Barrera (owner)
**To:** +19567355296 Inv. Esmer Muniz

Hey friend do you have robert Fernandez #

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19567355296 Inv. Esmer Muniz | 4/13/2022 3:39:18 PM(UTC-5) | 4/13/2022 3:40:47 PM(UTC-5) | |

**Status:** Sent
**Platform:**

4/13/2022 3:39:15 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x4899467 (Table: message, handle, Size: 160223232 bytes)

---

**From:** +19567355296 Inv. Esmer Muniz
**To:** +19564374054 Alexandria Barrera (owner)

Yes friend, let me send it to you

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19564374054 Alexandria Barrera | | 4/13/2022 3:59:15 PM(UTC-5) | |

**Status:** Read
**Platform:**

4/13/2022 3:41:05 PM(UTC-5)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x489AF83 (Table: message, handle, Size: 160223232 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x2A3E43 (Table: message, Size: 2797512 bytes)

126