**UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| **LIZELLE GONZALEZ,** | § | |
| *Plaintiff* | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 7:24-cv-00132** |
| | § | |
| **GOCHA ALLEN RAMIREZ,** | § | |
| **ALEXANDRIA LYNN BARRERA,** | § | |
| **STARR COUNTY, and** | § | |
| **RENE FUENTES,** | § | |
| *Defendants* | § | |

**PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION
FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE DREW B. TIPTON:

COMES NOW, Plaintiff Lizelle Gonzalez, and files this Reply to Defendants' Response in Opposition to Plaintiff's Motion for Leave to File her Second Amended Complaint in this action, pursuant to Fed. R. Civ. P. Rule 15(a)(2).

Contrary to Defendants' arguments in their Response, Plaintiff's proposed Second Amended Complaint does <u>not</u> seek to reopen or relitigate the claims brought against the individual Defendants that were dismissed by this Court. In her Motion for Leave to Amend, Plaintiff acknowledged that the claims against the individual Defendants were dismissed and explained that these claims were still included in the proposed Second Amended Complaint to preserve them for any potential appeal. ECF 126 at 4 n.1. Plaintiff has not changed a word of those legal claims in the proposed Second Amended Complaint and including them does not have any impact on the status of those claims. S*ee, e.g.*, *Greenwald v. Cantrell*, No. CV 22-2371, 2023 WL 8827768, at *4 (E.D. La. Dec. 21, 2023) (previously dismissed claims included in amended complaint to preserve for appeal remained dismissed before the district court).

Pursuant to this Court's order on July 24, 2024, denying Defendants' motions to dismiss and ordering bifurcated discovery, ECF 45 at 49-50, Plaintiff now proceeds only with her claims against Defendant Starr County. In her proposed Second Amended Complaint, Plaintiff added facts learned through discovery and updated her legal claim against Defendant Starr County in light of these facts. Additionally, Plaintiff is no longer pursuing her claims against Sheriff Rene Fuentes in his official capacity.

In their opposition, Defendants do not respond in any way to Plaintiff's proposed changes to her claim against Defendant Starr County. Defendants do not argue that the proposed Second Amended Complaint would prejudice the defense of Defendant Starr County, nor that these amendments concerning the claims against Defendant Starr County were made in bad faith, untimely, or futile. Accordingly, because Plaintiff properly seeks leave to amend under Rule 15(a)(2), as set forth in her Motion, Plaintiff respectfully requests that the Court grant her Motion for Leave to File a Second Amended Complaint.

Respectfully Submitted,

By: _____
I. Cecilia Garza
TX State Bar No. 24041627
USDTX Federal Admission No.: 578825
202 E. Sprague Street
Edinburg, Texas 78539
Telephone No.: 956-335-4900
Telecopier No.: 956-338-5700
cecilia@garzamartinezlaw.com
*Attorney in charge for Plaintiff*

Veronica Sepulveda Martinez
TX State Bar No. 24081144
USDTX Federal Admission No.: 3048499
202 E. Sprague Street

Edinburg, Texas 78539
Telephone No.: 956-335-4900
Telecopier No.: 956-338-5700
veronica@garzamartinezlaw.com

Lauren Alicia Johnson
DC Bar No.: 1011382*
American Civil Liberties Union Foundation
915 15th Street NW
Washington DC 20005
Telephone No.: 202-731-5567
ljohnson@aclu.org

Nancy Rosenbloom,
NY Bar No.  2168425*
Mariana Kovel
NY Bar No.: 4512000*
Elizabeth Cheryl Jarit
NY Bar No.: 5005020*
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
Telephone No:  202-393-4930
nrosenbloom@aclu.org
mkovel@aclu.org
ljarit@aclu.org

David A. Donatti
Texas Bar No. 24097612
Adriana Piñon
Texas Bar No. 24089768
Ashley Harris
Texas Bar No.: 24123238
Sarah F. Corning
Texas Bar No. 24144442*
American Civil Liberties Union of Texas
P.O. Box 12905
Austin, TX 78711-2905
Telephone No.: 713-942-8146
Facsimile: 713-942-8966
ddonatti@aclutx.org
apinon@aclutx.org
aharris@aclutx.org
scorning@aclutx.org

**ATTORNEYS FOR PLAINTIFF**

\*  Admitted *pro hac vice*
\*\* P*ro hac vice* admission pending

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June, 2026, a copy of this motion was filed electronically with the Clerk of Court using the CM/ECF system, and that service to all counsel will be provided through the CM/ECF system.

I. Cecilia Garza