UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **LIZELLE GONZALEZ,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 7:24-cv-00132** |
| | § | |
| **GOCHA ALLEN RAMIREZ,** | § | **JURY DEMANDED** |
| **ALEXANDRIA LYNN BARRERA,** | § | |
| **STARR COUNTY, and** | § | |
| **RENE FUENTES,** | § | |
| *Defendants* | | |

**ORDER GRANTING PLAINTIFF'S OPPOSED MOTION FOR LEAVE
TO FILE SECOND AMENDED COMPLAINT**

Pending before this Court is Plaintiff's Opposed Motion for Leave to File Second Amended Complaint (Dkt. 126). After reviewing the Motion, the Response, the Reply, the record and the applicable authority, the Court is of the opinion that Plaintiff's Motion for Leave is justified, and the Motion is hereby GRANTED.

It is SO ORDERED

Signed on this _____ day of _____, 2026 at Houston, Texas.

_____
HON. DREW B. TIPTON
UNITED STATES DISTRICT JUDGE