**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| Lizelle Gonzalez | § | |
| | § | |
| | § | |
| *versus* | § | Civil Action 7:24–cv–00132 |
| | § | |
| | § | |
| Gocha Allen Ramirez, et al. | § | |

# Notice of Referral of Motion
# to Magistrate Judge

Pursuant to 28 U.S.C. 636(b)(1), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and General Order 2024-08, the presiding district judge has designated Magistrate Judge Juan F. Alanis to hear and determine the motion(s) identified below:

Motion for Leave to File Document – #134

Date: July 28, 2026.

Nathan Ochsner, Clerk
By: K. Papaioannou
Deputy Clerk