**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| LIZELLE GONZALEZ, | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:24-cv-00132-ARJ |
| | § | |
| GOCHA ALLEN RAMIREZ, | § | |
| ALEXANDRIA LYNN BARRERA, | § | |
| STARR COUNTY, and | § | |
| RENE FUENTES, | § | |
| *Defendants* | § | |

**UNOPPOSED MOTION FOR WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 83.2, Nancy Rosenbloom respectfully moves this Court for leave to withdraw her appearance as counsel for Plaintiff Gonzalez. As of September 4, 2026, Ms. Rosenbloom will no longer be employed by the American Civil Liberties Union. The appearances by other attorneys of Plaintiff are unaffected by this motion. Ms. Rosenbloom has permission from I. Cecilia Garza, attorney in charge for Plaintiffs, to file this motion.

Dated: September 3, 2026

Respectfully Submitted,

/s/ *Nancy Rosenbloom*
Nancy Rosenbloom (NY 2168425)*
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street New
York, NY 10004 T:
(202)393-4930
E: nrosenbloom@aclu.org

**Admitted Pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I uploaded the foregoing, along with all attachments thereto, to this Court's CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

Dated: September 3, 2026

*/s/ Nancy Rosenbloom*
Nancy Rosenbloom (NY 2168425)
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New York, NY 10004
T: (202)393-4930
E: nrosenbloom@aclu.org